UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---

| | |
|---|---|
| SAMI J. BAGHDADY, )<br>         Plaintiff, )<br> )<br>vs. )<br> )<br>GEORGE J. BAGHDADY; )<br>GEORGE J. BAGHDADY and GEORGE J. )<br>BAGHDADY, JR., as Trustees of the Sylvia M. )<br>Baghdady Qualified Personal Residence Trust; )<br>SYLVIA M. BAGHDADY and GEORGE J. )<br>BAGHDADY, JR., as Trustees of the George J. )<br>Baghdady Qualified Personal Residence Trust; )<br>and THE BAGHDADY FAMILY LIMITED )<br>PARTNERSHIP, )<br>         Defendants. )<br>_____ ) | Civil Action No. 04-11683 NG |

## STIPULATION TO EXTEND TIME TO RESPOND TO THE COMPLAINT AND FOR BRIEFING OF MOTION TO DISMISS

Defendants, George J. Baghdady; George J. Baghdady and George J. Baghdady, Jr., as Trustees of The Sylvia M. Baghdady Qualified Personal Residence Trust; Sylvia M. Baghdady and George J. Baghdady, Jr., as Trustees of The George J. Baghdady Qualified Personal Residence Trust; and The Baghdady Family Limited Partnership (collectively, "Defendants") removed the above-captioned action to this Court on July 29, 2004 and intend to respond to Plaintiff's Complaint by filing a motion to dismiss or to transfer venue if the case is not dismissed in its entirety (the "Motion to Dismiss"). Defendants and Plaintiff, by their counsel, stipulate to extend the time for Defendants to file their Motion to Dismiss until August 27, 2004 and to the following briefing schedule:

| | |
|---|---|
| Defendants' Motion to Dismiss and Moving Brief | To be filed and served on August 27, 2004 |
| Plaintiff's Opposition to Defendants' Motion to Dismis | To be filed and served on September 27, 2004 |
| Defendants' Reply Brief in Support of Motion to Dismiss | To be filed and served on October 14, 2004 |

PLAINTIFF,
By his attorney,

/s/ Kimberly A. Stone
Michael P. Angelini, (BBO# 019340)
Kimberly A. Stone, (BBO# 630952)
BOWDITCH & DEWEY, LLP
311 Main Street
P.O. Box 15156
Worcester, MA 01615-0156
(508) 926-3435

DEFENDANTS,
By their attorneys,

/s/ John W. Steinmetz
John W. Steinmetz, (BBO# 568108)
Caryn L. Daum, (BBO# 647001)
ROBINSON & COLE, LLP
One Boston Place
Boston, MA 02108
(617) 557-5900

Dated: August 3, 2004

APPROVED:

Honorable _____
United States District Court Judge

Dated: _____