UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SAMI J. BAGHDADY,<br><br>Plaintiff,<br><br>v.<br><br>GEORGE J. BAGHDADY,<br>GEORGE J. BAGHDADY and<br>GEORGE J. BAGHDADY, JR., as<br>Trustees of the Sylvia M. Baghdady<br>Qualified Personal Residence Trust,<br>SYLVIA M. BAGHDADY and<br>GEORGE J. BAGHDADY, JR., as<br>Trustees of the George J. Baghdady<br>Qualified Personal Residence Trust,<br>and THE BAGHDADY FAMILY<br>LIMITED PARTNERSHIP,<br>Defendants. | CIVIL ACTION NO. 04-11683-NG |

## AFFIDAVIT OF SERVICE

I, Kimberly A. Stone, on oath depose and state as follows:

1. I am counsel of record for the Plaintiff, Sami J. Baghdady, in the above-referenced case.

2. Pursuant to Mass. R. Civ. P. 4(e), I caused service to be made upon Defendants by mailing a copy of the Summons, Complaint and Demand for Trial by Jury, and Court's Tracking Order, via certified mail, return receipt requested, to:

   a. George J. Baghdady, individually, George J. Baghdady as Trustee of the Sylvia M. Baghdady Qualified Personal Residence Trust, and George J. Baghdady as Registered Agent of the Baghdady Family Limited Partnership;

    b.    George J. Baghdady, Jr., as Trustee of the George J. Baghdady Qualified Personal Residence Trust, and George J. Baghdady, Jr., as Trustee of the Sylvia M. Baghdady Qualified Personal Residence Trust; and

    c.    Sylvia M. Baghdady, as Trustee of the George J. Baghdady Qualified Personal Residence Trust.

3.    The original summonses are attached hereto as <u>Exhibit A</u>. The original return receipts are attached hereto as <u>Exhibit B</u>.

Signed under the pains and penalties of perjury this 5th day of August 2004.

_____
Kimberly A. Stone, Esquire

### CERTIFICATE OF SERVICE

I, Kimberly A. Stone, hereby certify that I have on this 5th day of August 2004 served the foregoing by mailing copy thereof, first class mail, postage prepaid, to the following:

John W. Steinmetz, Esquire
Caryn L. Daum, Esquire
Robinson & Cole, LLP
One Boston Place
Boston, MA 02108

_____
Kimberly A. Stone