UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SAMI J. BAGHDADY,<br><br>    Plaintiff,<br><br>vs.<br><br>GEORGE J. BAGHDADY;<br>GEORGE J. BAGHDADY and GEORGE J. BAGHDADY, JR., as Trustees of the Sylvia M. Baghdady Qualified Personal Residence Trust;<br>SYLVIA M. BAGHDADY and GEORGE J. BAGHDADY, JR., as Trustees of the George J. Baghdady Qualified Personal Residence Trust; and THE BAGHDADY FAMILY LIMITED PARTNERSHIP,<br><br>    Defendants. | Civil Action No. 04-11683 NG |

## ASSENTED TO MOTION TO APPEAR *PRO HAC VICE*

Pursuant to Federal Rule of Civil Procedure 83 and Local Rule 83.5.3, Caryn L. Daum, a member in good standing of the Bar of this Court and counsel of record for Defendants, hereby moves to have James A. Wade, a senior partner with the Hartford office of the law firm of Robinson & Cole, LLP, and counsel to Defendants, admitted *pro hac vice* to appear before this Court in the above-captioned action, including with respect to the hearing regarding Defendants' motion to dismiss on the basis of lack of personal jurisdiction, which Defendants intend to file per the stipulated schedule filed with the Court.

As grounds, Attorney Wade is a member in good standing of the Bars of Superior Court, State of Connecticut; Court Martial of the Armed Forces of the United States; United States District Court, District of Connecticut; United States Court of Appeals, 2nd Circuit; United States

BOST1-834323-1

Supreme Court; United States Court of Claims; United States Court of Appeals, DC Circuit; and United States Court of Appeals, 1st Circuit. He has practiced law since 1962. There are no disciplinary proceedings pending against Mr. Wade in any jurisdiction. An affidavit of Mr. Wade certifying his good standing is attached hereto as **Exhibit 1**.

The plaintiff assents to this motion.

WHEREFORE, the movant requests that the Court admit Attorney Wade to appear and practice in this Court *pro hac vice* in the above-captioned case.

Respectfully submitted,

DEFENDANTS,
GEORGE J. BAGHDADY; GEORGE J.
BAGHDADY and GEORGE J.
BAGHDADY, JR., as Trustees of the
Sylvia M. Baghdady Qualified Personal
Residence Trust; SYLVIA M.
BAGHDADY and GEORGE J.
BAGHDADY, JR., as Trustees of the
George J. Baghdady Qualified Personal
Residence Trust; and THE BAGHDADY
FAMILY LIMITED PARTNERSHIP,

By their attorneys,

/s/ Caryn L. Daum
John W. Steinmetz, (BBO# 568108)
Caryn L. Daum, (BBO# 647001)
ROBINSON & COLE, LLP
One Boston Place
Boston, MA 02108
(617) 557-5900

2

Assented to:

PLAINTIFF,
SAMI J. BAGHDADY,
By his attorneys,


/s/ Kimberly A. Stone
Michael P. Angelini (BBO# 019340)
Kimberly A. Stone (BBO#630952)
BOWDITCH & DEWEY, LLP
311 Main Street
P.O. Box 15156
Worcester, MA 01615-0156
(508) 926-3435


Dated: August 10, 2004