# EXHIBIT 1

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SAMI J. BAGHDADY,<br><br>              Plaintiff,<br><br>vs.<br><br>GEORGE J. BAGHDADY;<br>GEORGE J. BAGHDADY and GEORGE J. BAGHDADY, JR., as Trustees of the Sylvia M. Baghdady Qualified Personal Residence Trust;<br>SYLVIA M. BAGHDADY and GEORGE J. BAGHDADY, JR., as Trustees of the George J. Baghdady Qualified Personal Residence Trust; and THE BAGHDADY FAMILY LIMITED PARTNERSHIP,<br><br>              Defendants. | Civil Action No. 04-11683 NG |

**AFFIDAVIT OF JAMES A. WADE IN SUPPORT OF
<u>MOTION TO APPEAR *PRO HAC VICE*</u>**

I, James A. Wade, being first sworn, do hereby depose and state as follows:

1.     I am a senior partner with the law firm of Robinson & Cole LLP, 280 Trumbull Street, Hartford, Connecticut 06103-3597(860-275-8200). In connection with the above-captioned matter, and with my counsel and associate of record in this matter, John W. Steinmetz and Caryn L. Daum, I represent the defendants, George J. Baghdady; George J. Baghdady and George J. Baghdady, Jr., as Trustees of The Sylvia M. Baghdady Qualified Personal Residence Trust; Sylvia M. Baghdady and George J. Baghdady, Jr., as Trustees of The George J. Baghdady Qualified Personal Residence Trust; and The Baghdady Family Limited Partnership

BOST1-834326-1

(collectively, "Defendants"). I submit this affidavit in support of the motion for an order admitting me to practice before this Court *pro hac vice*.

2.    I have practiced law since 1962, and am a member in good standing of the Bars of Superior Court, State of Connecticut; Court Martial of the Armed Forces of the United States; United States District Court, District of Connecticut; United States Court of Appeals, 2nd Circuit; United States Supreme Court; United States Court of Claims; United States Court of Appeals, DC Circuit; and United States Court of Appeals, 1st Circuit.

3.    I have never been censured, suspended, or disbarred by any court, and there are no disciplinary proceedings pending against me in any jurisdiction.

4.    Mr. Steinmetz, a member of the bar of this Court and counsel of record for the Defendants in the above-captioned action, has submitted a motion for admission *Pro Hac Vice* on my behalf in this matter.

5.    If admitted to practice before this Court, I will conduct myself in accordance with the rules and regulations governing the conduct of attorneys admitted to practice before this Court, with which I am familiar.

Signed under the pains and penalties of perjury this 3rd of August, 2004.

/s/ James A. Wade