UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SAMI J. BAGHDADY,<br>      Plaintiff,<br><br>vs.<br><br>GEORGE J. BAGHDADY;<br>GEORGE J. BAGHDADY and GEORGE J.<br>BAGHDADY, JR., as Trustees of the Sylvia M.<br>Baghdady Qualified Personal Residence Trust;<br>SYLVIA M. BAGHDADY and GEORGE J.<br>BAGHDADY, JR., as Trustees of the George J.<br>Baghdady Qualified Personal Residence Trust;<br>and THE BAGHDADY FAMILY LIMITED<br>PARTNERSHIP,<br>      Defendants. | Civil Action No. 04-11683 NG |

**STIPULATION REGARDING AMENDED
BRIEFING SCHEDULE FOR MOTION TO DISMISS**

The parties hereby jointly stipulate to a thirty day extension of the briefing schedule on Defendants' motion to dismiss and/or to transfer venue ("motion to dismiss") so as to allow the parties an opportunity to try to resolve this matter before Defendants' file their motion to dismiss. The parties believe that this extension of the briefing schedule will serve the interests of judicial economy and will increase the possibility of an early settlement in this matter. Therefore, the parties, by their counsel, jointly stipulate to extend the time for Defendants to file their motion to dismiss until September 27, 2004 and to the following briefing schedule:

| | |
|---|---|
| Defendants' Motion to Dismiss<br>and Moving Brief | To be filed and served on<br>September 27, 2004 |
| Plaintiff's Opposition to<br>Defendants' Motion to Dismis | To be filed and served on October<br>27, 2004 |
| Defendants' Reply Brief in<br>Support of Motion to Dismiss | To be filed and served on<br>November 15, 2004 |

BOST1-836238-1

| | |
|---|---|
| PLAINTIFF,<br>By his attorney, | DEFENDANTS,<br>By their attorneys, |
| /s/ Kimberly A. Stone<br>Michael P. Angelini, (BBO# 019340)<br>Kimberly A. Stone, (BBO# 630952)<br>BOWDITCH & DEWEY, LLP<br>311 Main Street<br>P.O. Box 15156<br>Worcester, MA 01615-0156<br>(508) 926-3435 | /s/ John W. Steinmetz<br>John W. Steinmetz, (BBO# 568108)<br>Caryn L. Daum, (BBO# 647001)<br>ROBINSON & COLE, LLP<br>One Boston Place<br>Boston, MA 02108<br>(617) 557-5900 |

Dated: August 26, 2004

APPROVED:

_____
Honorable _____
United States District Court Judge

Dated: _____