UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SAMI J. BAGHDADY, )<br> )<br> Plaintiff, )<br> )<br>vs. )<br> )<br>GEORGE J. BAGHDADY; )<br>GEORGE J. BAGHDADY and GEORGE J. )<br>BAGHDADY, JR., as Trustees of the Sylvia M. )<br>Baghdady Qualified Personal Residence Trust; )<br>SYLVIA M. BAGHDADY and GEORGE J. )<br>BAGHDADY, JR., as Trustees of the George J. )<br>Baghdady Qualified Personal Residence Trust; )<br>and THE BAGHDADY FAMILY LIMITED )<br>PARTNERSHIP, )<br> )<br> Defendants. )<br> ) | Civil Action No. 04-11683 NG |

**DEFENDANTS' MOTION TO DISMISS OR TO TRANSFER
VENUE IF ACTION IS NOT DISMISSED IN ITS ENTIRETY**

 The Defendants, George J. Baghdady; George J. Baghdady and George J. Baghdady, Jr., as Trustees of The Sylvia M. Baghdady Qualified Personal Residence Trust; Sylvia M. Baghdady and George J. Baghdady, Jr., as Trustees of The George J. Baghdady Qualified Personal Residence Trust; and The Baghdady Family Limited Partnership (collectively "the Defendants"), hereby move this Court to dismiss this action on the grounds that there is no personal jurisdiction over the Defendants. None of the Defendants, with the exception of George J. Baghdady have ever had any contacts with Massachusetts and the very limited contacts that George J. Baghdady has had with Massachusetts are not sufficient to establish personal jurisdiction over him in this matter.

If the Court does not dismiss this action in its entirety, Defendants respectfully request that the Court transfer this case to the United States District Court for the District of Connecticut as the business and properties at issue in this case and all of the Defendants and key witnesses are located in Connecticut.

In further support of this Motion, the Defendants rely upon their Memorandum in Support of this Motion, and accompanying affidavits, filed herewith.

        DEFENDANTS,
        By their attorneys,


        /s/ John W. Steinmetz_____
        James A. Wade, *Pro Hac Vice*
        John W. Steinmetz, (BBO# 568108)
        Caryn L. Daum, (BBO# 647001)
        ROBINSON & COLE, LLP
        One Boston Place
        Boston, MA 02108
        (617) 557-5900

Dated:  September 27, 2004

## CERTIFICATE OF SERVICE

I, John W. Steinmetz, hereby certify that a true and accurate copy of the foregoing document was served by first-class mail, postage prepaid, on this 27th day of September, 2004, upon:

> Michael P. Angelini, Esq.
> Kimberly A. Stone, Esq.
> Bowditch & Dewey, LLP
> 311 Main Street
> Worcester, MA 01615

/s/ John W. Steinmetz
John W. Steinmetz
