UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SAMI J. BAGHDADY,<br><br>   Plaintiff,<br><br>vs.<br><br>GEORGE J. BAGHDADY;<br>GEORGE J. BAGHDADY and GEORGE J. BAGHDADY, JR., as Trustees of the Sylvia M. Baghdady Qualified Personal Residence Trust;<br>SYLVIA M. BAGHDADY and GEORGE J. BAGHDADY, JR., as Trustees of the George J. Baghdady Qualified Personal Residence Trust; and THE BAGHDADY FAMILY LIMITED PARTNERSHIP,<br><br>   Defendants. | Civil Action No. 04-11683 NG |

## LOCAL RULE 7.1 (A) (2) CERTIFICATION

I, John W. Steinmetz, counsel for the Defendants, hereby certify that counsel for the defendants conferred with counsel for the plaintiff, Kimberly A. Stone, on several occasions in a good faith effort to resolve and narrow the matters at issue concerning the Defendants' Motion to Dismiss. Despite their efforts, the parties were unable to resolve their disagreement.

              DEFENDANTS,
              By their attorneys,

              /s/ John W. Steinmetz_____
              James A. Wade, *Pro Hac Vice*
              John W. Steinmetz, (BBO# 568108)
              Caryn L. Daum, (BBO# 647001)
              ROBINSON & COLE, LLP
              One Boston Place
              Boston, MA 02108
              (617) 557-5900

Dated: September 27, 2004

BOST1-838657-1

Case 1:04-cv-11683-NG    Document 9    Filed 09/27/2004    Page 2 of 3

## CERTIFICATE OF SERVICE

I, John W. Steinmetz, hereby certify that a true and accurate copy of the foregoing document was served by first-class mail, postage prepaid, on this 27th day of September, 2004, upon:

> Michael P. Angelini, Esq.
> Kimberly A. Stone, Esq.
> Bowditch & Dewey, LLP
> 311 Main Street
> Worcester, MA 01615

/s/ John W. Steinmetz
John W. Steinmetz