UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-11683 NG

| | |
|---|---|
| SAMI J. BAGHDADY,<br>    Plaintiff,<br><br>v.<br><br>GEORGE J. BAGHDADY,<br>GEORGE J. BAGHDADY and GEORGE J.<br>BAGHDADY, JR., as Trustees of the Sylvia M.<br>Baghdady Qualified Personal Residence Trust,<br>SYLVIA M. BAGHDADY and GEORGE J.<br>BAGHDADY, JR., as Trustees of the George J.<br>Baghdady Qualified Personal Residence Trust,<br>And THE BAGHDADY FAMILY LIMITED<br>PARTNERSHIP,<br>    Defendants. | Michael P. Angelini, Esq.<br>BBO # 019340 |

**AFFIDAVIT OF SAMI J. BAGHDADY**

I, Sami J. Baghdady, depose and state under oath as follows:

1. I reside at 168 White Street, Belmont, Middlesex County, Massachusetts. I am the brother of the Defendant George J. Baghdady (hereafter "Defendant").

2. In 1960, I established with the Defendant a garden center business in Stratford, Connecticut under the name of Mary Carter Garden Center. We agreed that we would own the business equally and that profits would be retained in the business to support its growth.

3. In February of 1969, the Defendant and I purchased real estate on Elm Street in Monroe, Connecticut (the "Elm Street Property") to grow nursery products for the garden center business.

4. The Defendant recorded the Elm Street Property in his name for convenience, but agreed that we owned the property as partners. Upon information and belief, title to the Elm

Street Property is currently held by two trusts controlled by Defendant and/or Defendant's wife and son.

5. Upon further information and belief, George J. Baghdady and George J. Baghdady, Jr. are the Trustees of the Sylvia M. Baghdady Qualified Personal Residence Trust, which holds a one-half (1/2) interest in the Elm Street Property, and Sylvia M. Baghdady and George J. Baghdady, Jr. are the Trustees of the George J. Baghdady Qualified Personal Residence Trust, which holds another one-half (1/2) interest in the Elm Street Property.

6. There is a residence on the Elm Street Property, which is and has been occupied by the Defendant and his family.

7. On December 30, 1970, the parties agreed to expand the garden center business to include landscaping services and to establish other locations. Defendant and I reconfirmed that we would do so on a partnership basis.

8. In 1971, I advanced approximately $13,500 for expansion of the garden center business.

9. For his efforts in operating the garden center business, the Defendant was to draw a reasonable salary from the business.

10. The administration of the business was conducted from my office in Massachusetts, with an additional office in Connecticut. The Defendant supplied sales and inventory information to me in Massachusetts.

11. We met, on a regular basis, in Massachusetts to discuss the business and to make decisions relating to the business. Nursery stock was purchased from nurseries in Massachusetts. Tax returns for the business were prepared and filed from the Massachusetts office.

12. Mary Cooper, who held the position of book keeper, joined the Defendant and me on some meetings in Massachusetts. She received sales information from Defendant from which she prepared tax returns, quarterly withholdings, and payroll information.(Attached hereto are sample tax returns for the business, prepared and submitted in Massachusetts from information supplied by Defendant in his writing.)

13. It was agreed that the partnership would continue unless or until either one or both parties decided to distribute the profits or liquidate the business, at which time the proceeds would be divided equally.

14. In March of 1973, we acquired the Pond Spring Nurseries in Trumbull, Connecticut. This purchase included an operating nursery and land (the "Trumbull Property"). The Defendant recorded the Trumbull Property in his name for convenience, but agreed that it would be considered partnership property.

15. Upon information and belief, title to the Trumbull Property is currently held by the Baghdady Family Limited Partnership, for which George J. Baghdady is the Registered Agent.

16. In the Spring of 1973, operations of the Mary Carter Garden Center were moved to the Trumbull Property to merge with Pond Spring Nurseries. The retained earnings from previous years were used to help finance Pond Spring Nurseries.

17. In 1978, I contributed approximately $23,000 in capital to the garden center business for further expansion.

18. The Defendant has denied my participation in the partnership and my right to one-half of the value of all of the partnership assets, including real estate. Defendant has since

refused to provide me with updated accountings and has refused to terminate the partnership and equally divide the proceeds.

19. Defendant impliedly contracted to repay me for my contributions to and investment in these properties and entities.

20. I conferred clear financial benefits upon Defendant, including but not limited to, the contribution of significant funds into the Garden Center Business run, significant contributions to acquire two pieces of property (the Elm Street Property and the Trumbull Property), by providing Defendant with invaluable business advice, access to my credit lines, and business and financial services; by providing Defendant with use of a primary business office in Massachusetts; and by providing assistance in performing business tasks such as the purchase of nursery stock in Massachusetts and the preparation of tax returns from the Massachusetts office.

21. Defendant knowingly accepted and retained these financial benefits, then refused to fulfill his obligation to share partnership assets equally or to return or repay any of the benefits he received from me.

22. In order to induce me to advance Defendant funds for the various purposes outlined herein, Defendant made repeated specific misrepresentations to me while I was in Massachusetts of his intention to repay me the contributed funds, of his intention to treat me as an equal partner, of his intention to treat both the Elm Street and Trumbull Properties as partnership assets, and of his intention that the parties share equally in the Garden Center Business.

23. I relied upon Defendant's misrepresentations which he made to me in Massachusetts when I contributed to the Garden Center Business and to the purchase of both the Elm Street Property and the Trumbull Property.

Sworn to and signed under the pains and penalties of perjury this __25th__ day of __October__, 2004.


_____
Sami J. Baghdady

# WAGE AND TAX STATEMENT—1970
(For use in States or Cities authorizing combined form)

Copy 1—For State or City Tax Dept.

UJ 06-0737921

**Type or print EMPLOYER'S Federal identification number, name, and address above.**

Mary Carter Paint Factories
2225 Barnum Ave.,
Stratford, Conn.  06497

Employer's State Identification Number: 5230-178

## FEDERAL INCOME TAX INFORMATION

| Federal income tax withheld | Wages paid subject to withholding in 1970 [1] | Other compensation paid in 1970 |
|---|---|---|
| 108.00 | 2,250.00 | -- |

## SOCIAL SECURITY INFORMATION

EMPLOYEE'S social security number ▶ 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

| F.I.C.A. employee tax withheld | Total F.I.C.A. wages paid in 1970 | STATUS 1. Single  2. Married |
|---|---|---|
| 108.00 | 2,250.00 | 2 |

George J. Baghdady

**Type or print EMPLOYEE'S name and address (including ZIP code) above.**

| Name of State | State Form No. | State income tax withheld |
|---|---|---|
| Conn. | -- | -- |

| Name of City | City Form No. | City income tax withheld |
|---|---|---|
| | | -- |

[1] Includes tips reported by employee. Amount is before payroll deductions or sick pay exclusion.

*See Circ. E for sick pay reporting. **Gross wages for State if different from Federal.

INSTRUCTIONS TO EMPLOYERS: State or city copies of this wage and tax statement should be prepared and filed for employees in accordance with State or city instructions.

**FOR STATE OR CITY USE ONLY**

Employee's copy and employer's copy compared.

16-80371-1

| SCHEDULE C (Form 1040) Department of the Treasury Internal Revenue Service | Profit (or Loss) From Business or Profession (Sole Proprietorship) ► Partnerships, joint ventures, etc., must file on Form 1065. ► Attach to Form 1040. | 1970 |
|---|---|---|

Name as shown on Form 1040: **Sami J. & Nadia W. Baghdady**  
Social security number: 046 : 28 : 5123

**A** Principal business activity **Retail Paint Store** ; product _____  
(See separate instructions)   (For example: retail—hardware; wholesale—tobacco; services—legal; manufacturing—furniture; etc.)

**B** Business name **Mary Carter Paint Factory**  
**C** Employer Identification Number **06-0737321**  
**D** Business address **2225 Barnum Ave., Stratford, Connecticut 06497**  
**E** Indicate method of accounting: (1) ☒ cash; (2) ☐ accrual; (3) ☐ other.

**F** Was there any substantial change in the manner of determining quantities, costs, or valuations between the opening and closing inventories?  
☐ YES  ☒ NO.  If "Yes," attach explanation.

**G** Were you required to file Forms 1096 and 1099 or 1087 for the calendar year 1970? (See "Item G" in separate instructions for Schedule C.)  
☐ YES  ☒ NO.  If "Yes," where were they filed? _____

| | | | |
|---|---|---:|---:|
| 1 | Gross receipts or gross sales $ 26,658.29   Less: Returns and allowances $ -0- | | $ 26,658 29 |
| 2 | Inventory at beginning of year (if different from last year's closing inventory—attach explanation) | 5,158 83 | |
| 3 | Merchandise purchased $ 17,585.49 , less cost of any items withdrawn from business for personal use $ - | 17,585 49 | |
| 4 | Cost of labor (do not include salary paid to yourself) | 3,443 00 | |
| 5 | Material and supplies | - | |
| 6 | Other costs (explain in Schedule C-1) | - | |
| 7 | Total of lines 2 through 6 | 26,187 32 | |
| 8 | Inventory at end of this year | 2,900 00 | |
| 9 | Cost of goods sold and/or operations (subtract line 8 from line 7) | | 23,287 32 |
| 10 | Gross profit (subtract line 9 from line 1) | | 3,370 97 |

**OTHER BUSINESS DEDUCTIONS**

| | | | |
|---|---|---:|---:|
| 11 | Depreciation (explain in Schedule C-2) | -0- | |
| 12 | Taxes on business and business property (explain in Schedule C-1) | 92 46 | |
| 13 | Rent on business property | 675 00 | |
| 14 | Repairs (explain in Schedule C-1) | 48 00 | |
| 15 | Salaries and wages not included on line 4 (exclude any paid to yourself) | - | |
| 16 | Insurance | 342 00 | |
| 17 | Legal and professional fees | | |
| 18 | Commissions | | |
| 19 | Amortization (attach statement) | - | |
| 20 | Retirement plans, etc. (other than contributions made on your behalf—see separate instructions) | - | |
| 21 | Interest on business indebtedness | 422 91 | |
| 22 | Bad debts arising from sales or services | - | |
| 23 | Depletion | - | |
| 24 | Other business expenses (explain in Schedule C-1) | 2,823 79 | |
| 25 | Total of lines 11 through 24 | | 4,404 16 |
| 26 | Net profit (or loss) (subtract line 25 from line 10). Enter here and on line 35, Form 1040. ALSO enter on Schedule SE, Part I, line 1 | | (1,033 19) |

**SCHEDULE C-1. EXPLANATION OF LINES 6, 12, 14, AND 24**

| Line No. | Explanation | Amount | Line No. | Explanation | Amount |
|---|---|---:|---|---|---|
| 12 | Inventory Tax | $ 92.46 | | | $ |
| 24 | Social Security Tax | 196.25 | | | |
| 24 | Advertising | 871.80 | | | |
| 24 | Auto Expense | 513.37 | | | |
| 24 | Utilities | 340.56 | | | |
| 24 | Telephone | 416.19 | | | |
| 24 | Miscellaneous | 17.48 | | | |
| 24 | Freight Out | 468.14 | | | |
| 24 | Total | 2,823.79 | | | |

_1st Qu. in 1970_

**PAINTS**

JAN    609 83

FEB    1201 29

MAR   1363 64
       ─────────
       $3174.76

3174.76
  5%
─────────
$158.7380

3174.76
-158.74
─────────
$3016.02
   5%
─────────
$150.80.10  TAX →

**GARDEN**

NON TAXABLE

───────

539.49
+1513.83
────────
2053.32

TAXABLES

118 ⁰⁰

1475 51
───────
$159.

  5
─────
$79.

159
 -7
─────
$151.

$75.6?

GARDEN  3rd Qtr 1970

| NON TAXABLES | TAXABLES |
|---|---|
| 402 88 | 910 57 |
| 262 90 | 733 02 |
| 1164 95 | 1943 46 |
| 1,830.73 | 3587.05 |
| | 1836 73 |
| | 5417.78 ✓R |

## PAINTS & SUNDRIES

LY.   2,734.43
AG.   3,577.35
PT.   3,278.19
      ─────────
      9,589.97 ✓R

NO SALARIES ~~$~~ ON THIS QUARTER

4th QUARTER
STATE TAX

## PAINTS

| | |
|---|---|
| OCTOBER | 3,174.53 |
| NOVEMBER | 3,177.03 |
| DECEMBER | 1,607.68 |
| | 7,959.24 paint |

## GARDEN CENTER

| | NON TAXABLES | | TAXABLES |
|---|---|---|---|
| OCTOBER | 446 36 | | 1,675.80 |
| NOV. | 322 05 | | 1 14 |
| DEC. | 1659 92 | | 74 |
| NON TAXABLES | 2,428.33 | TAXABLES → | 3,56 |

3,560.32
2,428.33
5,988.65 garden

| SCHEDULE C (Form 1040) Department of the Treasury Internal Revenue Service | Profit (or Loss) From Business or Profession (Sole Proprietorship) ▶ Partnerships, joint ventures, etc., must file on Form 1055 ▶ See separate instructions  ▶ If you use this schedule, attach it to Form 1040 | 196 |
|---|---|---|

Name as shown on Form 1040: SAMI J. & NADIA W. BACHDADY  
Social security number: 046 : 28 : 5123

**A** Principal business activity: Retail Paint Store ; product ........  
(See separate instructions) (For example: retail—hardware; wholesale—tobacco; services—legal; manufacturing—furniture; etc.)

**B** Business name: MaryCarter Paint Factories  **C** Employer Identification Number: 06-0737921  
**D** Business address: 2225 Barnum Avenue, Stratford, Connecticut 06497  
**E** Indicate method of accounting: (1) ☐ cash; (2) ☒ accrual; (3) ☐ other.  
**F** Was there any substantial change in the manner of determining quantities, costs, or valuations between the opening and closing invent  
☐ YES  ☒ NO. If "Yes," attach explanation.  
**G** Were you required to file Forms 1096 and 1099 or 1037 for the calendar year 1969? (See "Item G" in separate instructions for Sched  
☐ YES  ☒ NO. If "Yes," where were they filed? ........

| | | | |
|---|---|---:|---:|
| 1 | Gross receipts or gross sales $............ Less: Returns and allowances $........... | | 34,820 |
| 2 | Inventory at beginning of year (if different from last year's closing inventory attach explanation) | 5,472 80 | |
| 3 | Merchandise purchased $ 21,553.02 ........, less cost of any items withdrawn from business for personal use $ -0- | 21,553 02 | |
| 4 | Cost of labor (do not include salary paid to yourself) | 9,632 80 | |
| 5 | Material and supplies | - | |
| 6 | Other costs (explain in Schedule C-1) | - | |
| 7 | Total of lines 2 through 6 | 36,658 62 | |
| 8 | Inventory at end of this year | 5,158 83 | |
| 9 | Cost of goods sold and/or operations (subtract line 8 from line 7) | | 31,499 |
| 10 | Gross profit (subtract line 9 from line 1) | | 3,321 |

**OTHER BUSINESS DEDUCTIONS**

| | | | |
|---|---|---:|---:|
| 11 | Depreciation (explain in Schedule C-2) | 488 34 | |
| 12 | Taxes on business and business property (explain in Schedule C-1) | | |
| 13 | Rent on business property | 1,485 00 | |
| 14 | Repairs (explain in Schedule C-1) | | |
| 15 | Salaries and wages not included on line 4 (exclude any paid to yourself) | | |
| 16 | Insurance | | |
| 17 | Legal and professional fees | | |
| 18 | Commissions | | |
| 19 | Amortization (attach statement) | | |
| 20 | Retirement plans, etc. (other than your share—see separate instructions) | | |
| 21 | Interest on business indebtedness | 444 29 | |
| 22 | Bad debts arising from sales or services | | |
| 23 | Losses of business property (attach statement) | | |
| 24 | Depletion | | |
| 25 | Other business expenses (explain in Schedule C-1) | 3,832 47 | |
| 26 | Total of lines 11 through 25 | | 6,250 |
| 27 | Net profit (or loss) (subtract line 25 from line 10). Enter here and include in total on line 14, Form 1040. ALSO enter on Schedule SE, Part I, line 1 | | (2,928 |

**SCHEDULE C-1. EXPLANATION OF LINES 6, 12, 14, AND 25**

| Line No. | Explanation | Amount | Line No. | Explanation | Amount |
|---|---|---:|---|---|---:|
| | FICA Taxes | $ 404.77 | | Telephone | $ 484.83 |
| | Conn. Payroll Taxes | 38.09 | | Health & Accident Ins. | 75.00 |
| | City Taxes & Licenses | 143.47 | | Office Expense | 27.29 |
| | Conn. Unincorp. Tax | 115.06 | | | |
| | Advertising | 715.29 | | | 3,832.47 |
| | Freight | 309.72 | | | |
| | Auto Expense | 680.54 | | | |
| | Utilities | 272.61 | | | |
| | Insurance | 565.80 | | | |

1969

# 2ND QUARTER

## PAINTS

9571.35
9867.42

Divide by 103%

| | RETAIL | | WHOLESALE |
|---|---|---|---|
| APRIL | 2,289.92 | | 255.32 |
| MAY | 4,153.19 | 296.07 | 40.75 |
| JUNE | 3,128.24 | 7123 | |
| | 9,571.35 | | 296.07 |

## GARDEN

| | TAXABLES | | NON TAXABLES |
|---|---|---|---|
| APRIL | 4,284.73 | 14186.90 | 2,694.29 |
| MAY | 7,904.50 | 7438.15 | 3,727.45 |
| JUNE | 1,997.67 | 14186.90 / 6748.75 / 20935.65 | 327.01 |
| | 14,186.90 | | 6,748.75 |

## PAY ROLL

THOMAS  LAPLACA

| REGULAR WAGES | S.C. | FED. WITHOLDING | TOTAL DEDUCTIONS | NET PA |
|---|---|---|---|---|
| 345.60 | 15.20 | 55.30 | 70.50 | 27 |

Apr. 7(?)

1969
2nd Quarter

| | | AMOUNT |
|---|---|---|
| LBS — TAX EXEMPTS | | ~~66 05~~ |
| CUS TIME       TAX NO | 312465 | ~~13 ~~ 149 48 |
| LTE - INC         " " | 66613 | 24 75 |
| MICHAEL's Cemetery " " | E 01310  Paint | 32 96 |
| ED METHO. CHURCH STRATFORD | E0 1931 | 30 95 |
| M.C.A  STRATFORD | E 446 | 15 09 |
| VINE BAPT. CHURCH | 0035874 | 36 46 |
| BECELLE FUEL Co. | 060735071 | ~~60~~ 50 |
| ? VITALIE | | |
| | TOTAL | 416.24 |

Sales

## PAINTS

### RETAIL

| | | |
|---|---|---|
| y | = | 3,900.88 |
| | = | 4,181.89 |
| | = | 3,422.95 |
| L | = | 11,505.72 |

### WHOLSALE

| | | |
|---|---|---|
| July | = | 260 78 |
| Aug | = | 175 68 |
| Sept | = | 205 64 |
| Total | = | 642.10 |

11505 72
642 1
12147 8-

## GARDEN

4122.82
684.05
5106 87

### TAXABLES

| | | |
|---|---|---|
| ly | = | 691.80 |
| g | = | 1476.28 |
| t. | = | 2254.74 |
| AL | = | 4,422.82 |

### NON TAXABLES

| | | |
|---|---|---|
| July | = | 00 00 |
| Aug | = | — |
| Sept | = | 684.05 |
| Total | = | 684.05 |

## TAX EXEMPTS

| | TAX No | | |
|---|---|---|---|
| St Baptist Church | E1679 | 31 · 95 | |
| Joseph " | E02440 | 20 80 | |
| M.C.A. Stratford | E01931 | 60 25 | |
| way Motors " " | 0195147 | 56 70 | |
| " " " | 0195147 | 50 50 | |
| | | 220 20 | TOTAL TAX EXEMPTS |

Garden

1976 — Geo. & Smith

2221-2225 Barnum Ave
Stratford

| | |
|---|---|
| Gross Rentals | 10,216.00 |
| Mtg. Interest | 5,665.42 |
| Taxes | 1,920.54 |
| Gas Rentals | 109.14 |
| Insurance | 741.00 |
| Water | 449.93 |
| Repairs | 772.91 |

Gross Mtg Payments 8,786.52

1977

FROM ~~THE~~ OF THE PRESIDENT OF POND SPRING NURSERIES TO OUR FAVORITE MRS. COOPER INFORMATIONS ON BARNUM AIR GEORGE.

1977

GEO & SAMI

## 2221-2225 BARNUM AVE STRATFORD

$2 \frac{11908}{5954}$

GROSS RENTALS     11,908.00 R

MTG. INTEREST.   5,538.79

```
TAXES         :   1,920.54
GAS RENTALS   :      86.67
INSURANCE     :     741.00
WATER         :     578.29
REPAIRS       :     331.70
```

GROSS MTG PAYMENTS PAID TO BANK   (8,864.52)