# EXHIBIT 1



UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

---

| | | |
|---|---|---|
| GEORGE J. BAGHDADY, | X | |
| Plaintiff(s) | X | Civil Action No. |
| -vs- | | 3:97CV01188 (AVC) |
| SAMI J. BAGHDADY and SAMI W. EL TEENY, | X | SEPTEMBER 14, 1999 |
| Defendant(s) | X | |

---

DEPOSITION OF SAMI J. BAGHDADY

Session I

Pretrial deposition taken in the above-entitled action on behalf of the plaintiff, before John J. Carreiro, a Notary Public and Shorthand Reporter, Lic. #169, pursuant to the Federal Rules of Civil Procedure, at 12 p.m., at the Law Offices of Halloran & Sage, LLP, One Goodwin Square, 225 Asylum Street, Hartford, Connecticut 06103.

18

1                     S. BAGHDADY - DIRECT - SPALDING

2        Q    What happened to the Mary Carter store?

3                     MR. FORTNER:  The one in Stratford?

4                     MS. SPALDING:  The one in Stratford.

5        A    That was turned over to George in 1971.

6        Q    What happened to the Danbury Mary Carter

7    store?

8        A    The who?

9        Q    The Danbury store, the store in Danbury,

10   what happened to that one?

11       A    When I went to Lebanon, they were closed

12   up.

13       Q    Did Danbury, Norwalk, Bridgeport, and

14   New Haven close at the same time?

15       A    Eventually George closed them all down.

16       Q    So what was George's job at the Stratford

17   Mary Carter store?

18       A    Initially he started in just running the

19   store, like any other store manager.

20       Q    Okay.

21       A    And then eventually when I went to Lebanon

22   after my accident I put him in charge of the other

23   stores, and then that's when they started going out

24   of business one by one.

25       Q    Did you still hold the franchise?

19

S. BAGHDADY - DIRECT - SPALDING

2    A    Now?

3    Q    Then.

4    A    Oh, yeah.

5    Q    When George was running the stores?

6    A    Oh, yes.

7    Q    And did you ultimately lose the franchise?

8    A    I did not.  The company eventually was

9  bought by other companies and they went out of

10  business.  Plus in '71 when I turned over the

11  Stratford store completely to George I lost track of

12  what happened.

13    Q    Okay.  Let's go back.  In 1960, you came

14  back to the United States briefly?

15    A    Briefly.

16    Q    And then you went back to Lebanon for how

17  long?

18    A    For two years.

19    Q    For two years?

20    A    Yes.

21    Q    And so that would be like 1960 until 1962?

22    A    The end of '62, correct.

23    Q    What did you do in Lebanon while you were

24  there, sir?

25    A    I was processing my wife's papers.

36

1              S. BAGHDADY - DIRECT - SPALDING

2      Q    And you did not charge him rent?

3      A    No, I did not.

4      Q    For how long a period of time did that store

5   carry on?

6      A    Until 1971.

7      Q    So George was able to keep the store going

8   from 1958 until 1971?

9              MR. FORTNER:  Objection to the form.

10             You may answer.

11     A    That was the only store that survived out of

12   the other stores.

13     Q    When did you not have any part of the Mary

14   Carter store anymore?

15     A    The beginning of 1971, when I turned it over

16   to him.

17     Q    When you say you turned it over to him, tell

18   me exactly what you did.  What did that entail?

19     A    It entailed turning over stock and the

20   business to him.

21     Q    What was the stock worth at the time, just

22   the stock?

23     A    I have no idea.  He probably knows better

24   because he kept the books.

25     Q    How about the building, what was the worth

37

1                S. BAGHDADY - DIRECT - SPALDING

2    of the building at the time?

3        A    I have no idea.

4        Q    Did you turn the building over to him?

5                MR. FORTNER:  Objection to the form.

6            When?

7        Q    In 1971, did you turn the building over to

8    George?

9        A    No, no.  The building was turned over to him

10   in two --

11       Q    In two parts?

12       A    Correct.

13       Q    When was the first part of the building

14   turned over to him?

15       A    Again, here to the best of my knowledge,

16   around '74, '73, but that's a public record, also.

17       Q    And did he pay you any money for that

18   ownership?

19       A    No, he did not.

20       Q    When was the second part of the building

21   turned over to George?

22       A    8th of August 1978.

23       Q    1978?

24       A    Correct.

25       Q    Did he pay you any money for the second part

70

S. BAGHDADY - DIRECT - SPALDING

1

2    Q    Did you ever talk to him over the telephone

3    about it?

4    A    I don't recollect, but the negotiations and

5    the agreement happened partially in 1971 and totally

6    completely in 1973.

7    Q    All right.  I take it, it is your position

8    that none of these conversations or negotiations took

9    place in Connecticut?

10   A    Correct.

11   Q    What I want you to do is to tell me

12   everything that you remember about the negotiations.

13   First of all, in 1971, do you have any specific

14   recollections about them?

15   A    I recollect some facts.

16            MR. FORTNER:  Objection to the form.

17        You may answer.

18   Q    What do you remember in 1971?

19   A    In 1971, George came up to Massachusetts.

20   Q    For what purpose?

21   A    Needing money.  He needed money, and he

22   expressed to me his willingness to sell me his shares

23   in Lebanon.  And we tentatively agreed.  He wanted

24   $5,000, and I would send him $5,000, and at the time

25   I would turn over to the him the paint store in

71

S. BAGHDADY - DIRECT - SPALDING

1   Connecticut effective January 1, 1971.

2        The explanation was I was in Massachusetts,

3   I don't need the store.  "The store isn't doing too

4   well," he said, "and I'm running it here" so I gave

5   it to him.

6        Q    Okay.  So the deal, as you remember it, was

7   that for the 800 shares of property in Zahleh George

8   was going to get $5,000 and the paint store?

9        A    Partial payment.

10       Q    Partial payment?

11       A    Yes, towards the 800 shares.

12       Q    Okay.

13       A    And we parted on the basis that he will

14  think it over and see exactly, make some contacts and

15  determine the exact amount that he wants for the

16  shares.  And that happened in 1973.

17       Q    Was there any discussion about having Barnum

18  Avenue appraised?

19            MR. FORTNER:  Objection to the form.

20            When?

21            MS. SPALDING:  In 1971.

22       A    Barnum Avenue was not in the discussion in

23  1971.  The paint store only was.

24       Q    How about the inventory of the store?

72

1                    S. BAGHDADY - DIRECT - SPALDING

2       A     As is.

3       Q     As is?

4       A     Turned over the store as, is to him.  He was

5    keeping the books.  He was running the store.

6       Q     Did you give him the check for $5,000 when

7    he was with you?

8       A     To the best of my recollection, I mailed it

9    to him.

10      Q     And why did you mail it to him?  The reason

11   I ask you is if he needed money, Mr. Baghdady, why

12   didn't you just give him a check then?

13      A     Because he was in my house and my books were

14   in my office.  He normally visited me on Sundays, and

15   I told him that I would mail him a check the

16   following day.

17      Q     So you think he visited you on a Sunday?

18      A     Normally, I said.  I would not say he did

19   visit me, but normally he went weekends.

20      Q     Did you send him the check for $5,000?

21      A     I did.

22      Q     Did you send him anything with it?

23      A     I believe I sent him the understanding at

24   the time about what we tentatively agreed on

25   partially for the 800 shares, specifically the $5,000

# EXHIBIT 2

1

```
 1              UNITED STATES DISTRICT COURT
                  DISTRICT OF CONNECTICUT
 2

 3                                              COPY

 4


 5   GEORGE J. BAGHDADY          )  Civil Action No.
              Plaintiff          )
 6                               )  3-97-CV-1188 (AVC)
     VS                          )
 7                               )  DATE: February 8, 2002
     SAMI J. BAGHDADY            )
 8              Defendant        ) _____
                                    Federal Building
 9                                  Hartford, Connecticut

10

11

12

13   TRIAL HELD BEFORE THE HONORABLE ALFRED V. COVELLO, U.S.D.J.

14

15

16

17

18

19

20

21

22

23
                      Wendy J. Allen, RPR
24                      450 Main Street
                      Hartford, CT  06103
25                      (860) 549-1850
```

1    Q    And when did he become a manager running the stores?

2    A    When?

3    Q    When?

4    A    1959.

5    Q    And did he continue to manage the stores for a period of

6    time after that?

7    A    Right through his management I lost three stores.  The

8    left one is Stratford.  That I conveyed to him in 1971.

9    Q    So in 1971 was he the managing the store in Stratford?

10   A    Correct.

11   Q    Now, there was a little discussion earlier about the --

12   about your real estate business.  What is the name of business

13   that you've managed real estate under?

14   A    Cedarcrest Apartments.

15   Q    And have you also used Cedarcrest in any other names?

16   A    Yes.  I have also a corporation under the name of

17   Cedarcrest Construction, Inc.

18   Q    And when did you use that name?

19   A    What, sir?

20   Q    When did you use the name Cedarcrest Construction, Inc.?

21   A    I started that from 1970, '71, when I went into

22   construction.

23   Q    Now, after coming to the United States in 1952, did you

24   ever return to Lebanon?

25   A    Yes, sir, I did.

1    A    Yes, it does.

2    Q    Whose?

3    A    George Baghdady.

4    Q    And is there an endorsement on the back of the first

5    check?

6    A    Yes, sir.

7    Q    And whose endorsement is that?

8    A    Correct.

9    Q    Is it George Baghdady?

10   A    George Baghdady.

11   Q    Now, at the time that you gave him that check, then, what

12   was your understanding of the deal?

13   A    The understanding was, $25,000, plus the paint store that

14   I had already conveyed to him in 1971, plus an additional

15   $10,000, and half the property we owned in Stratford, my half

16   of the property, would constitute the final deed.

17   Q    And during that time, then, George was continuing to

18   manage the paint store.

19   A    Not after '71.

20   Q    Was George --

21   A    Excuse me, it became his store.

22   Q    You stopped being involved in the management of it.

23   A    Correct, sir.

24   Q    So he was a businessman at the time.

25   A    Correct.

```
1    A     Yes, there were tenants, correct, and there was one

2    supplied by George.

3    Q     And so there was income coming in from tenants on the

4    Stratford property, right?

5    A     Yes.

6    Q     And although there were tenants, you told us, in Zahleh,

7    the total amount that you would receive that would come in from

8    those tenants was no more than how much?

9    A     30, $3,500.  Due to a rent control, you cannot raise on

10   these tenants.

11   Q     And in addition to getting rents from tenants at

12   Stratford, was George also operating the paint store there?

13   A     Yes, he was.  The paint store was at 2224 to 225

14   Stratford.

15   Q     Try to speak up, if you could.

16   A     There was a paint store and George was running the paint

17   store, along with collecting the rents.

18   Q     Was there also a nursery on that property?

19   A     Yes, there was, garden center, correct.

20   Q     And was he also operating that?

21   A     He was, yes, he was.

22   Q     So Stratford, then, included -- withdrawn.

23         Did he also live there?

24   A     Yes, he did.

25   Q     So the Stratford property, which you quitclaimed to him,
```

# EXHIBIT 3

Trade Name Certificate.    TN    2083    JULIUS BLUMBERG, INC., LAW BLANK PUBLISHERS
80 EXCHANGE PLACE AT BROADWAY, NEW YORK

# Know all Men by these Presents,

The undersigned do e s hereby certify that    he    own s    conduct and transact the business of
retail Sales
under the assumed name of    Mary Carter Paint and Garden Center
and that the Post Office address of said business is    2225 Barnum Ave
STratford Conn.

and that there are no other persons associated with the undersigned in the conduct of said business;
and that the post office addresses given below are correct.

IN WITNESS WHEREOF, I    have hereunto set    My    hand at    STRATFORD
this    13    day of    November    19    73

Name    James F Sherlin    James F Sherlin

Address    183 Seaside Ave BPT Conn.

Name

Address

Name

Address

Name

Address

Name

Address

Name

Address

STATE OF CONNECTICUT
COUNTY OF    FFLD    } ss.:

On this the    13th day of    November    19 73 , before me,
the undersigned officer, personally appeared

known to me (or satisfactorily proven) to be the person    whose name
subscribed to the within instrument and acknowledged that    he    executed the same for the purposes
therein contained.

In witness whereof I hereunto set my hand.

Title of Officer

Notary Public

The above and foregoing is a true copy of the original certificate on file in the office of the Town
Clerk of the Town of

Attest

Patricia P. Watmsky    Town Clerk