UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SAMI J. BAGHDADY,<br><br>        Plaintiff,<br><br>vs.<br><br>GEORGE J. BAGHDADY;<br>GEORGE J. BAGHDADY and GEORGE J.<br>BAGHDADY, JR., as Trustees of the Sylvia M.<br>Baghdady Qualified Personal Residence Trust;<br>SYLVIA M. BAGHDADY and GEORGE J.<br>BAGHDADY, JR., as Trustees of the George J.<br>Baghdady Qualified Personal Residence Trust;<br>and THE BAGHDADY FAMILY LIMITED<br>PARTNERSHIP,<br><br>        Defendants. | Civil Action No. 04-11683 NG |

**AFFIDAVIT OF CARYN L. DAUM IN SUPPORT OF DEFENDANTS' REPLY
IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS OR TO TRANSFER
<u>VENUE IF ACTION IS NOT DISMISSED IN ITS ENTIRETY</u>**

I, Caryn L. Daum, hereby depose and state as follows:

1. I am an attorney in the law firm of Robinson & Cole LLP and am counsel of record for the Defendants.

2. On November 15, 2004, I electronically filed a copy of *Defendants' Reply In Support of Defendants' Motion to Dismiss or To Transfer Venue If Action Is Not Dismissed In Its Entirety*. A copy of the Reply was also served via first class mail on Plaintiff's counsel.

3. Exhibit 1 attached to Defendants' Reply is a true and accurate copy of selected pages of the transcript for the Deposition of Sami J. Baghdady, taken on September 14, 1999 in the matter entitled <u>George J. Baghdady v. Sami J. Baghdady, et al.</u>, which was pending in the

BOST1-842877-1

United States District Court for the District of Connecticut, Civil Action No. 3:97CV01188 (AVC).

    4.    Exhibit 2 attached to Defendants' Reply is a true and accurate copy of selected pages of the transcript of the trial on February 8, 2002 in the matter entitled <u>George J. Baghdady v. Sami J. Baghdady, et al.</u>, which was pending in the United States District Court for the District of Connecticut, Civil Action No. 3:97CV01188 (AVC).

    5.    Exhibit 3 attached to the Defendants' Reply is a true and accurate certified copy of the Trade Name Certificate filed with the Town of Stratford by James F. Shevlin for the "Mary Carter Paint and Garden Center" on November 13, 1973.

    Signed under the pains and penalties of perjury this 15th day of November, 2004.

                                                  /s/ Caryn L. Daum
                                                 Caryn L. Daum

## CERTIFICATE OF SERVICE

I, Caryn L. Daum, hereby certify that a true and accurate copy of the foregoing document was served by first-class mail, postage prepaid, on this 15th day of November, 2004, upon:

> Michael P. Angelini, Esq.
> Kimberly A. Stone, Esq.
> Bowditch & Dewey, LLP
> 311 Main Street
> Worcester, MA 01615

/s/ Caryn L. Daum
Caryn L. Daum