# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

SAMI BAGHDADY,

   Plaintiff,

v.

GEORGE BAGHDADY, ET AL,

   Defendants.

CA. NO. 04-11683-NG

## *NOTICE*

November 23, 2004

**BOWLER, Ch.U.S.M.J.**

PLEASE TAKE NOTICE that a **hearing on docket entry # 7 (Defendants' Motion to Dismiss for Lack of Jurisdiction or to Transfer Venue if Action is not Dismissed in its Entirety)** at **10:30 a.m., Friday, December 17, 2004,** in courtroom # 25 on the 7th floor of the United States Courthouse, 1 Courthouse Way, Boston, Massachusetts.

   /s/ Marianne B. Bowler
**MARIANNE B. BOWLER**
Chief United States Magistrate Judge

To:   ALL COUNSEL OF RECORD

**\*PLEASE NOTE: All persons entering the courthouse are required to show two forms of photo identification.**