# EXHIBIT 1

{}

GEORGE J. BAGHDADY vs.
SAMI J. BAGHDADY, ET AL

Multi-Page™

SAMI J. BAGHDADY - SESSION I
SEPTEMBER 14, 1999

Case 3:97-cv-01188-NG    Document 16-2    Filed 11/29/2004    Page 1 of 4

# UNITED STATES DISTRICT COURT

## DISTRICT OF CONNECTICUT

GEORGE J. BAGHDADY,      X

          Plaintiff(s)      Civil Action No.

                      X

        -vs-            3:97CV01188 (AVC)

SAMI J. BAGHDADY and     X   SEPTEMBER 14, 1999
SAMI W. EL TEENY,

          Defendant(s)    X

## DEPOSITION OF SAMI J. BAGHDADY

### Session I

Pretrial deposition taken in the above-entitled

action on behalf of the plaintiff, before John J.

Carreiro, a Notary Public and Shorthand Reporter,

Lic. #169, pursuant to the Federal Rules of Civil

Procedure, at 12 p.m., at the Law Offices of

Halloran & Sage, LLP, One Goodwin Square, 225 Asylum

Street, Hartford, Connecticut 06103.

GEORGE J. BAGHDADY vs.
SAMI J. BAGHDADY, ET AL
Case 3:00-cv-01253-NG   Document 16-2   Filed 11/29/2004   Page of
Multi-Page™
SAMI J. BAGHDADY - SESSION I
SEPTEMBER 14, 1999

**Page 2**

1
2  A P P E A R A N C E S:
3
4
5      Representing the Plaintiff(s)
6          MARIA S. SPALDING, ESQ.
7          UPDIKE, KELLY & SPELLACY, P.C.
           Century Tower
8          265 Church Street
           New Haven, Connecticut 06510
9
10     Representing the Defendant(s)
11         JOSEPH G. FORTNER, JR., ESQ.
12         HALLORAN & SAGE, LLP
           One Goodwin Square
13         225 Asylum Street
           Hartford, Connecticut 06103
14
       Also Present
15
           David Baghdady, Esq.
16         Sami S. Baghdady, Esq.
17
18
19         _____
20
21
22
23
24
25

**Page 3**

1
2      STIPULATIONS AS TO TAKING OF DEPOSITION
3
4          IT IS HEREBY STIPULATED AND AGREED by and
5  between counsel representing the respective parties
6  that each party reserves the right to make specific
7  objections at the trial to each and every question
8  asked and of the answers given thereto by the
9  deponent, reserving the right to move to strike out
10 where applicable, except as to such objections as are
11 directed to the form of the question.
12         IT IS FURTHER STIPULATED AND AGREED by and
13 between counsel representing the respective parties
14 that proof of the authority of the Notary Public
15 before whom this deposition is taken is waived.
16         IT IS FURTHER STIPULATED AND AGREED by and
17 between counsel representing the respective parties
18 that the reading and signing of the deposition by the
19 deponent is reserved.
20         IT IS FURTHER STIPULATED AND AGREED by and
21 between counsel representing the respective parties
22 that all defects, if any, as to the notice of the
23 taking of the deposition are waived.
24         Filing of the Notice of Deposition with the
25 original transcript is waived.

**Page 4**

1
2          S A M I   J.   B A G H D A D Y, the witness,
3  after having been first duly sworn, by John J.
4  Carreiro, a Notary Public, testified under oath as
5  follows:
6  DIRECT EXAMINATION BY MS. SPALDING:
7      Q  Good afternoon, Mr. Baghdady.
8      A  How are you?
9      Q  I'm fine.  Thank you.
10         We are here today to take your deposition,
11 and I know that you have been to some of the other
12 depositions in the case so I know that you are a
13 little familiar with the process.
14         Only one of us can talk at a time.
15         If you answer my question, I'll assume that
16 I was understood.  If you don't understand my
17 question, tell me and I will try and ask it in
18 another way.
19         If at any time you want to take a break,
20 that would be fine.  If you want to talk to your
21 lawyer, that would be fine, also.  Okay?
22     A  Fine.
23     Q  All right.  Now, could you state your full
24 name and your current address for the record?
25     A  Sami J. Baghdady, 168 White Street, Belmont,

**Page 5**

1          S. BAGHDADY - DIRECT - SPALDING
2  Massachusetts.
3      Q  How long have you lived at 168 White Street
4  in Belmont, Massachusetts?
5      A  Since 1968.
6      Q  Now, sir, in preparation for your deposition
7  today were you shown a notice of the deposition?
8      A  No, I was not.
9      Q  Did you bring any documents with you today
10 to the deposition?
11     A  No, I did not.
12     Q  In preparation for the deposition, did you
13 review any documents?
14     A  I did it with my attorney.
15     Q  Did you review any documents to prepare for
16 the deposition today?
17     A  I reviewed documents that were submitted
18 relative to this case with my attorney yesterday.
19     Q  Did you review any deposition testimony?
20     A  I did not.
21     Q  Sir, can you tell me your Social Security
22 number?
23     A  My Social Security number is 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.
24     Q  And the country of your birth is Lebanon?
25     A  Lebanon, correct.

Page 6

S. BAGHDADY - DIRECT - SPALDING

1
2 Q In what year were you born?
3 A 1933.
4 Q What is your birthdate?
5 A April 7.
6 Q Did you grow up in Lebanon?
7 A I did.
8 Q Where did you grow up in Lebanon?
9 A In Zahleh, Lebanon.
10 Q Did you go to school there?
11 A I did.
12 Q When did you come to the United States?
13 A In 1952.
14 Q Did you come right from Lebanon to the
15 United States or did you live elsewhere during your
16 lifetime?
17 A No, from Lebanon. I came direct.
18 Q Who did you come to the United States with?
19 A Alone.
20 Q You came alone?
21 A Yes.
22 Q Did you have any family here already?
23 A I had my brother, Elie, and cousins and an
24 aunt.
25 Q Were they the Ganims?

Page 7

S. BAGHDADY - DIRECT - SPALDING

1
2 A Correct.
3 Q Why did you come to the United States?
4 A For education. For college.
5 Q Okay. As you sit here today, what is the
6 status of your citizenship?
7 A A U.S. citizen.
8 Q Do you also hold citizenship in Lebanon?
9 A I do.
10 Q So you have dual citizenship?
11 A Correct.
12 Q Did you complete your high school studies in
13 Lebanon?
14 A Yes.
15 Q What school did you go to there?
16 A Lebanese College of Souk El Gharb.
17 Q Did you attend the American University of
18 Beirut?
19 A I did.
20 Q But you did not graduate from there?
21 A I made only freshman, one year.
22 Q Were you asked to leave for academic
23 reasons?
24 A No, I was not.
25 Q What did you do after that?

Page 8

S. BAGHDADY - DIRECT - SPALDING

1
2 A After what?
3 Q After your freshman year at the American
4 University of Beirut.
5 A I transferred to the U.S. I had filled an
6 application, was accepted, and I came to the
7 United States.
8 Q And where did you fill out an application?
9 A From Lebanon.
10 Q But to what were you applying?
11 A To be admitted to the University of
12 Bridgeport.
13 Q And how did you learn about the University
14 of Bridgeport?
15 A Through my cousin, Joseph Ganim.
16 Q And why did you not complete your studies at
17 the American University of Beirut?
18 A Because I wanted to study electrical
19 engineering, and they did not have a department.
20 Q And what year did you start your studies at
21 the University of Bridgeport?
22 A In the fall of 1952.
23 Q You told me a little while ago that you came
24 to the United States in 1958?
25 A No.

Page 9

S. BAGHDADY - DIRECT - SPALDING

1
2 MR. FORTNER: He didn't. Objection to
3 the form.
4 Q You came to the United States when?
5 A 1952.
6 Q Okay. When did you complete your studies at
7 the University of Bridgeport?
8 A 1956.
9 Q Did you receive a degree?
10 A I did.
11 Q What was that degree?
12 A B.A. in arts and sciences.
13 Q And after that, Mr. Baghdady, did you
14 continue your education?
15 A I did.
16 Q Where did you go after the University of
17 Bridgeport?
18 A I went to MIT for a summer, and then I went
19 and transferred to Georgia Tech.
20 Q Did you study electrical engineering at
21 U.B., at the University of Bridgeport?
22 A No, I did not. I got a degree, Bachelor of
23 Arts in mathematics, majored in mathematics.
24 Q And then did you ever pursue electrical
25 engineering?

Page 10

S. BAGHDADY - DIRECT - SPALDING

1
2  A  Did I what, please?
3  Q  Did you ever pursue the study of electrical
4  engineering?
5  A  Of course, at MIT and Georgia Tech.
6  Q  Were you accepted into the full-time
7  electrical engineering program at MIT?
8  A  I was, yes.
9  Q  What year was that?
10  A  That was 1957.
11  Q  Why did you transfer from MIT to Georgia
12  Tech?
13  A  Because I got a full scholarship to Georgia
14  Tech.  I had a partial one at MIT.  I was awarded a
15  full scholarship at Georgia Tech.
16  Q  And, sir, what is your current occupation?
17  A  I'm retired.
18  Q  You're retired?
19  A  Yes.
20  Q  Let's start with when you finished your
21  education.  What year did you graduate from Georgia
22  Tech?
23  A  1957, but they award the degree -- I
24  graduated in the fall.  I finished my studies at the
25  end of the summer of '58, and my degree was actually,

Page 11

S. BAGHDADY - DIRECT - SPALDING

1
2  the commencements were in '58, in the spring of '58.
3  Q  All right.  What was that degree?
4  A  Master's of Science in electrical
5  engineering.
6  Q  Where did you go from Georgia Tech?
7  A  To the University of Bridgeport to start an
8  Electrical Engineering Department.
9  Q  And is it your testimony that you started
10  the Electrical Engineering Department at U.B.?
11  A  Correct.  I started the first class issued
12  at that university in electrical engineering.
13  Q  Sir, have you ever held a professional
14  engineer's license?
15  A  From Lebanon I do.
16  Q  How did you go about getting a professional
17  engineer's license in Lebanon?
18  A  I --
19  Q  What did you have to do to make application?
20  A  Fill applications in Lebanon.
21  Q  Did you have to take a test?
22  A  No.  They go by the degrees that you hold.
23  The minimum, you have to hold a master's degree to
24  get registered and be able to practice in Lebanon,
25  which I did have.

Page 12

S. BAGHDADY - DIRECT - SPALDING

1
2  Q  Now, tell me how long were you at U.B.
3  A  Two years.
4  Q  Two years?
5  A  Correct.
6  Q  What position did you hold there?
7  A  Instructor.
8  Q  Instructor.  And why did you leave?
9  A  I left because I had an accident that
10  disabled me.  I took leave of absence.
11  Q  And can you tell me just generally,
12  Mr. Baghdady, the nature of your disability that you
13  suffered at that time?
14  A  At the time I had broken ribs.  I had an
15  accident.  My car was hit by a truck on U.S. 1.  I
16  was in the hospital for quite some time, and my
17  doctor and my attorney at the time advised me just to
18  lay low until I recover and that's when I stopped.
19  Q  How long were you disabled, sir?
20  A  Right through the fall.  My accident
21  happened, I think, in July of 1959, and I went right
22  through until the end of the year and the spring
23  before I was allowed to go back and resume activity.
24  Q  So what did you do then in the spring of
25  1960?  What did you do when you were no longer

Page 13

S. BAGHDADY - DIRECT - SPALDING

1
2  disabled?
3  A  I was in Lebanon at the time because I took
4  the opportunity to go to Lebanon and visit with my
5  mother.
6  Q  And when did you go to Lebanon during that
7  period of time?
8  A  1959, the end, December of '59.
9  Q  How long did you stay in Lebanon at that
10  time?
11  A  I stayed until about April of '60.
12  Q  And then what did you do, sir?
13  A  Then I came back to the U.S. briefly and
14  then returned back to Lebanon, because I had gotten
15  married from when I was in Lebanon.
16  Q  So you got married in Lebanon?
17  A  In 1960.
18  Q  And you came back to the U.S. briefly?
19  A  Correct.
20  Q  What did you do when you came back to the
21  U.S.?
22  A  Fill applications to bring my wife to the
23  U.S. and to look over the business I owned in
24  Connecticut.
25  Q  Okay.  What business was that that you owned

GEORGE J. BAGHDADY vs.
SAMI J. BAGHDADY, ET AL
Case No. 3:01CV1689NG     Document 16-2     Filed 11/29/2004     Page 6 of 54
Multi-Page™
SAMI J. BAGHDADY - SESSION I
SEPTEMBER 14, 1999

Page 14

S. BAGHDADY - DIRECT - SPALDING

1
2 in Connecticut?
3    A  Mary Carter Paint Stores, Paint Factories.
4 I had the franchise for the state in Connecticut.
5    Q  When did you acquire the franchise for the
6 Mary Carter Paint Stores?
7    A  In 1958.
8    Q  You were able to do that while you were
9 completing your master's?
10    A  That is after I got my master's degree.  And
11 I was teaching then.
12    Q  After your master's but while teaching?
13    A  Yes.  I was in the first year teaching,
14 correct, in 1959.
15    Q  How did it come about that you became
16 involved with the Mary Carter Paint Stores?
17    A  My classmate from Georgia Tech, his brother
18 was the franchise director of the company, and they
19 volunteered to set me up in business in Connecticut
20 and send managers to manage for me.  All I have to do
21 is just own the stores and pay the bills, and that's
22 what I did.
23    Q  How many stores did you have?
24        MR. FORTNER:  Objection to the form.
25        What time?

Page 15

S. BAGHDADY - DIRECT - SPALDING

1
2        MS. SPALDING:  In 1960.
3    A  In 1960?
4    Q  When you started, how many stores did you
5 start with?
6    A  I started with one and then I went for a
7 maximum of five; six within a two-year period of
8 time.
9    Q  Can you tell me where those stores were
10 located?
11    A  Yes.  The main store was in Stratford, the
12 second one was in Danbury, Connecticut, the third
13 store was in Norwalk, Connecticut, the fourth store
14 was in Bridgeport, Connecticut, and one in New Haven.
15    Q  Was the one in Bridgeport on Barnum Avenue?
16    A  No.  That's Stratford.
17    Q  That's the Stratford store.  Okay.  Can you
18 tell me what your day-to-day duties were?
19    A  To tour around the managers to make sure the
20 stores are running.
21    Q  Sir, did you have to invest any money into
22 Mary Carter?
23    A  Excuse me?
24    Q  Did you have to invest any money into Mary
25 Carter?

Page 16

S. BAGHDADY - DIRECT - SPALDING

1
2    A  A minimum.  Actually not, no, because they
3 brought the initial order for me to the store.
4    Q  The initial order?
5    A  Order.  They set up the store, and then I
6 used to pay them on a per order basis as I went on.
7    Q  As a result of the accident that you were
8 in, did you become involved in any litigation?
9    A  With respect to what?
10    Q  For your injuries.  Did you make a claim for
11 your injuries?
12    A  My attorneys did, correct.
13    Q  Did that case go to trial?
14    A  No, it did not.
15    Q  It was settled?
16    A  Correct.
17    Q  It was settled to your satisfaction?
18    A  At that time.
19    Q  At the time.  Now, there came a time when
20 your brother, George, came to the Stratford store; is
21 that correct?
22    A  Correct.
23    Q  When was that?
24    A  That was in 1959.
25    Q  And under what circumstances did he come to

Page 17

S. BAGHDADY - DIRECT - SPALDING

1
2 the store?
3        MR. FORTNER:  Objection to the form.
4        If you understand it, you can answer.
5    A  Because he was fired from where he was
6 working and I employed him in the store.
7    Q  Where was he working before?
8    A  With his cousin, John Ganim.
9    Q  What was he doing for John Ganim?
10    A  He was a nursery salesman.
11    Q  And you say that John Ganim fired him?
12    A  Correct.
13    Q  And when George came to work for you, what
14 was his position at the Mary Carter store in
15 Stratford?
16    A  To run the store for $100 a week.
17    Q  And, sir, did you own the property on which
18 the store was located?
19    A  Eventually I did own it.
20    Q  Okay.  When did you buy that property?
21    A  '59, thereabouts, '58, '59.
22    Q  And do you remember how much you paid for
23 it?
24    A  $32,000 thereabouts.  That's to the best of
25 my recollection.

GEORGE J. BAGHDADY vs.
SAMI J. BAGHDADY, ET AL

Multi-Page™

SAMI J. BAGHDADY - SESSION I
SEPTEMBER 14, 1999

Page 18

S. BAGHDADY - DIRECT - SPALDING

1
2  Q  What happened to the Mary Carter store?
3      MR. FORTNER:  The one in Stratford?
4      MS. SPALDING:  The one in Stratford.
5  A  That was turned over to George in 1971.
6  Q  What happened to the Danbury Mary Carter
7  store?
8  A  The who?
9  Q  The Danbury store, the store in Danbury,
10 what happened to that one?
11 A  When I went to Lebanon, they were closed
12 up.
13 Q  Did Danbury, Norwalk, Bridgeport, and
14 New Haven close at the same time?
15 A  Eventually George closed them all down.
16 Q  So what was George's job at the Stratford
17 Mary Carter store?
18 A  Initially he started in just running the
19 store, like any other store manager.
20 Q  Okay.
21 A  And then eventually when I went to Lebanon
22 after my accident I put him in charge of the other
23 stores, and then that's when they started going out
24 of business one by one.
25 Q  Did you still hold the franchise?

Page 19

S. BAGHDADY - DIRECT - SPALDING

1
2  A  Now?
3  Q  Then.
4  A  Oh, yeah.
5  Q  When George was running the stores?
6  A  Oh, yes.
7  Q  And did you ultimately lose the franchise?
8  A  I did not.  The company eventually was
9  bought by other companies and they went out of
10 business.  Plus in '71 when I turned over the
11 Stratford store completely to George I lost track of
12 what happened.
13 Q  Okay.  Let's go back.  In 1960, you came
14 back to the United States briefly?
15 A  Briefly.
16 Q  And then you went back to Lebanon for how
17 long?
18 A  For two years.
19 Q  For two years?
20 A  Yes.
21 Q  And so that would be like 1960 until 1962?
22 A  The end of '62, correct.
23 Q  What did you do in Lebanon while you were
24 there, sir?
25 A  I was processing my wife's papers.

Page 20

S. BAGHDADY - DIRECT - SPALDING

1
2  Q  Okay.
3  A  Plus I opened a paint division in Beirut.
4  Q  Now, when you say it was a paint division,
5  was that a paint factory or a paint store?
6  A  No, no, no.  I took a corner, a big corner
7  in Beirut, and I got a license to be able to
8  manufacture paint on that lot, and in the interim I
9  asked George to order and ship me paints to get me
10 going.
11 Q  And did he do that?
12 A  Yes, upon my instructions.
13 Q  What was the name of that store?
14 A  Mary Carter Paint Factories.
15 Q  Mary Carter Paint, and did that become a
16 going concern?
17 A  It became a going concern.  I had three
18 stores in Lebanon, plus it was growing when I had to
19 come back with my wife for her visa.
20 Q  Why did you have to come back with your
21 wife?
22 A  They admitted her to the U.S. and she had to
23 come in within a certain period of time, otherwise
24 she would lose her visa, you know, so I brought her
25 and came back.

Page 21

S. BAGHDADY - DIRECT - SPALDING

1
2  Q  And your wife's name is Nadia?
3  A  Nadia, correct.
4  Q  And while you were in Lebanon for those two
5  years, where did you live?
6  A  I lived in Zahleh.
7  Q  In Zahleh?
8  A  Yes.
9  Q  Did you live in the property that is the
10 subject of this dispute?
11 A  Not initially, no, until I completed the
12 building of the property.  The first year my mother
13 was renting some place, and I lived with her, and
14 then when the apartment was ready in the building,
15 when it was completed, I moved there with my mother
16 and my wife.
17 Q  Sir, there are two lots of property that are
18 contiguous in Lebanon; is that correct?
19     MR. FORTNER:  Objection to the form.
20 A  No, that is not correct.  There is one.
21 Q  There is one?
22 A  Correct.
23 Q  Is that the piece of property that the
24 apartment building is on?
25 A  Correct.

GEORGE J. BAGHDADY vs.
SAMI J. BAGHDADY, ET AL

Multi-Page™

SAMI J. BAGHDADY - SESSION I
SEPTEMBER 14, 1999

Case 3:00-cv-01279-SRU Document 16-2 Filed 11/29/2004 Page 8 of 54

| Page 22 | Page 24 |
|---|---|
| S. BAGHDADY - DIRECT - SPALDING | S. BAGHDADY - DIRECT - SPALDING |

**Page 22**

1      S. BAGHDADY - DIRECT - SPALDING
2    MR. FORTNER: I object to the form of
3 that question. I think it's an ambiguous
4 question. If you understand it, you can
5 answer.
6 A It's lot 246.
7 Q Thank you, sir. What is lot 247?
8 A Excuse me?
9 Q There is a lot 247?
10 A No.
11 Q No lot 247?
12 A No.
13 Q Okay. When did the property of lot 246 come
14 into the Baghdady family?
15    MR. FORTNER: Objection to the form.
16 You may answer.
17 A To the best of my knowledge, in 1958.
18 That's to the best of my knowledge.
19 Q Was your dad alive then?
20 A Correct.
21 Q And your mom's name was Loulou?
22 A Loulou.
23 Q And your dad's name was?
24 A Joseph.
25 Q Did they purchase that property?

**Page 23**

1      S. BAGHDADY - DIRECT - SPALDING
2 A Correct. They did.
3 Q Your mother was in professional practice in
4 Lebanon, correct?
5 A Correct.
6 Q What did she do for a living?
7 A She was a midwife.
8 Q Did she have a medical doctor's license?
9 A No, she did not, but she had the equivalent
10 to qualify her and allow her to be issued the license
11 to practice.
12 Q When your mother and father bought that
13 property, did they both own it when they bought it?
14 A My father, I believe, owned it. It was in
15 my father's name.
16 Q The property was in your father's name
17 initially?
18 A Correct.
19 Q And for what purpose was the property
20 bought?
21    MR. FORTNER: Objection to the form.
22 If you know, you may answer.
23 A I do not know.
24 Q Did they plan to build on it?
25 A I do not know, but eventually they did.

**Page 24**

1      S. BAGHDADY - DIRECT - SPALDING
2 Q What year did your dad die?
3 A It is not that they did. My mother did,
4 because my father died before anything happened on
5 the property.
6 Q And when did your dad pass away?
7 A 1958.
8 Q Were you there in Lebanon when he passed
9 away?
10 A Excuse me?
11 Q Were you there in Lebanon when he passed
12 away?
13 A No. I was still in Georgia Tech.
14 Q After your dad passed, who did the property
15 go to?
16 A It went to the heirs, my mother and the five
17 children.
18 Q Just so the record is clear, of the five
19 children there is you, there is Elie?
20 A Yes.
21 Q There is George?
22 A Yes.
23 Q Georgette?
24 A Yes.
25 Q And Violett?

**Page 25**

1      S. BAGHDADY - DIRECT - SPALDING
2 A Correct.
3 Q Sir, can you explain to me the business of
4 shares of property in Lebanon?
5 A Property is made out of 2,400 shares.
6 Q And at the time that your dad died and the
7 property passed to your mom and your siblings, were
8 those shares divided up equally among the six of you?
9 A They were divided according to Lebanese
10 law. I don't know how. The law changed. Girls or
11 females were entitled to own less than males. That's
12 the Lebanese law.
13 Q Did there come a time when the property was
14 transferred out of the girls' names?
15 A Correct.
16 Q And when was that?
17 A Prior to the construction on the lot.
18 Q When did construction begin on the lot?
19 A Late '58, early '59.
20 Q All right. And were you involved in the
21 construction?
22    MR. FORTNER: Objection to the form.
23 You may answer.
24 A Not at that stage.
25 Q When I say involved in the construction, did

Page 26

S. BAGHDADY - DIRECT - SPALDING

1  you in any way manage the building or act as a
2  general contractor for the construction of the
3  building?
4     A  That is during the construction phase?
5     Q  No, when you ultimately became involved.
6        MR. FORTNER: Objection to the form.
7     That's vague. We're going to have to figure
8     out what time you're talking about.
9     A  I don't understand the question.
10    Q  When the building was started, who was the
11  general contractor?
12    A  There was an engineer that was running it.
13  His name was Brady. His last name -- Albert Brady.
14    Q  And did this engineer finish the project?
15    A  No. I finished the project.
16    Q  And why was that?
17    A  Why?
18    Q  Yes.
19    A  Why was that?
20    Q  Yes.
21    A  Because I was there, and the building had
22  started, and my mother was not able to proceed.
23  That's what I did. Two years I stayed in Lebanon,
24  and I finished the building.

Page 27

S. BAGHDADY - DIRECT - SPALDING

1     Q  In addition to the Mary Carter stores?
2     A  Correct.
3     Q  Now, this was an apartment building,
4  correct?
5     A  Correct.
6     Q  How many units are in the apartment
7  building?
8     A  Initially 13. Then three more were added to
9  the roof. There was one or two small rooms.
10    Q  Three more units were added?
11    A  Correct, and one unit in the basement was
12  subdivided, but initially the plans called for 13
13  units.
14    Q  And when were these units added on in the
15  subdivision? When were the three units added to the
16  roof?
17    A  My mother did it. I don't know. My mother
18  was adding rooms at the time, but that's over a
19  period of time.
20    Q  All right. Were you involved in the
21  building of any of those units?
22    A  Not in the small additions, no. I was in
23  the States.
24    Q  Now, your mom and your wife and you moved

Page 28

S. BAGHDADY - DIRECT - SPALDING

1  into the building when the building was completed,
2  right?
3     A  No. When a portion of the building was
4  completed, because the building is made out of three
5  buildings attached together. When the front building
6  was completed, we moved into the front building,
7  correct.
8     Q  When do you think that was?
9     A  That was in 1961, the end of '61.
10    Q  And you moved into two units?
11    A  Correct. One unit my mother used in her
12  practice and the second unit adjacent, we lived in
13  that.
14    Q  After your mom retired, did that become a
15  combined larger unit?
16    A  My mother never retired. She worked until
17  the last day.
18    Q  What happened to the units when your mom
19  passed away?
20    A  They were still there.
21    Q  Who lives in those units now?
22    A  My sister, Georgette.
23    Q  When did Georgette begin living there?
24    A  After she divorced her husband here and

Page 29

S. BAGHDADY - DIRECT - SPALDING

1  returned to Lebanon she stayed with her mother.
2     Q  When you came back to the United States with
3  your wife to protect her citizenship, her U.S.
4  citizenship, what did you do?
5        MR. FORTNER: Objection to the form.
6     You may answer.
7     A  I came and started working at Adcom, Inc.
8  with my brother, Elie.
9     Q  Who started up Adcom?
10    A  Who started Adcom?
11    Q  Yes.
12    A  Actually, two guys from Harvard and Elie.
13  The two had started. They added him as the technical
14  director, but eventually they fought and split and
15  their shares were bought by Elie?
16    Q  And what did you do for Adcom?
17    A  I was the general manager. I was VP and the
18  treasurer, and later I became the president.
19    Q  General manager, treasurer. What else did
20  you tell me?
21    A  Treasurer.
22    Q  I got that.
23    A  Vice-president.
24    Q  Vice-president?

Page 30

1        S. BAGHDADY - DIRECT - SPALDING
2    A  Correct.
3    Q  And ultimately you became the president?
4    A  Correct.
5    Q  Did you become the president after Elie left
6  Adcom?
7    A  No.  Elie was still there after we merged
8  with Teledyne.
9    Q  So you became president when Adcom merged
10  with Teledyne?
11   A  Correct.
12   Q  Now, did you invest any money in Adcom?
13        MR. FORTNER: Objection.  I'm just
14      trying to figure this out.  I've allowed
15      questions in areas where I really don't see
16      the relevance, and I really don't see the
17      relevance of questions about Teledyne.  If
18      you can explain to me how that has anything
19      to do with the allegations in the Complaint,
20      that's fine, but I'm confused.
21        MS. SPALDING: I'm sorry you're
22      confused.
23   Q  Did your brother, George, lend you any money
24  to invest in Adcom?
25   A  Never.

Page 31

1        S. BAGHDADY - DIRECT - SPALDING
2    Q  Your brother did not lend you $5,000 to
3  invest in Adcom?
4    A  Absolutely not.
5    Q  How long did you stay at Teledyne?
6    A  Two years.
7    Q  What did you do after that?
8    A  After that I formed my own construction
9  development company and went out from Teledyne.
10   Q  And that was the Cedarcrest?
11   A  Cedarcrest Construction Company, Inc.
12   Q  Cedarcrest Construction --
13   A  Company, Inc.
14   Q  When did you form that, sir?
15   A  In 1970.
16   Q  And where is that located?
17   A  Arlington, Massachusetts.
18   Q  What is the street address?
19   A  382 Massachusetts Avenue.
20   Q  At some time did you sell your shares of
21  Adcom?
22   A  I did.
23   Q  Who did you sell them to?
24   A  Teledyne.
25   Q  Who did you sell your shares to?

Page 32

1        S. BAGHDADY - DIRECT - SPALDING
2    A  The public market.  They were Teledyne
3  shares, and that was traded on the open market,
4  the New York Stock Exchange to be exact.
5    Q  Now, the building in which Cedarcrest
6  Construction is located, do you own that building
7  still?
8    A  I do.
9    Q  Did you build that building?
10   A  I did.
11   Q  When did you build that building?
12   A  1972.
13   Q  Now, was that building all commercial or
14  commercial and residential?
15   A  It's residential.
16   Q  Sir, do you have offices in that building?
17   A  I do.
18   Q  You have offices that you use for commercial
19  purposes in that building?
20   A  No.
21   Q  Now you don't use them because you're
22  retired now?
23   A  I use them for my own business, not
24  commercial.
25        MR. FORTNER: Maybe you should define

Page 33

1        S. BAGHDADY - DIRECT - SPALDING
2  what you mean by commercial.
3        MS. SPALDING: I'm sorry.
4    Q  Now, besides this litigation, besides this
5  lawsuit with your brothers or your sister --
6        MR. FORTNER: I object.  He only has
7      one brother in this litigation.  You said
8      brothers.
9        MS. SPALDING: That's right.  I'm
10      sorry.
11        MR. FORTNER: It may seem otherwise.
12   Q  Now, besides this litigation with your
13  brother, George, and besides the litigation that you
14  have with your brother, Elie, and besides the
15  litigation that you have with your sister, Georgette,
16  have you ever been involved in any other litigation?
17        MR. FORTNER: Objection to the form.
18   A  Yes, once.
19   Q  Okay.  When was that?
20   A  To the best of my knowledge, '74, '70s
21  thereabouts.
22   Q  In the early '70s?
23   A  After I finished the building, correct.
24   Q  What was the nature of that litigation?
25   A  A real estate brokerage house was trying to

Page 34

S. BAGHDADY - DIRECT - SPALDING

1 force a sale of the building on me.
2
3 Q As a result of that action, were your assets
4 in Massachusetts frozen?
5 A No, they were not.
6 Q If your brother, George, alleges that he
7 lent you $10,000 during this period of time because
8 your assets were frozen by virtue of this lawsuit,
9 you would disagree with that?
10 A Correction. My assets were not frozen, and
11 my brother did not loan me $10,000. I had always
12 loaned him.
13 One building only was attached, 12 apartment
14 units. My assets were not frozen, and that's public
15 record.
16 Q One apartment --
17 A One piece of property, that was the only one
18 that was attached at the time of litigation. When I
19 prevailed, it was released. All my other assets were
20 not frozen.
21 Q Okay. But it is your position that you
22 didn't need any money from your brother at that time?
23 A Of course. Of course.
24 Q Of course not?
25 A Of course not, right.

Page 35

S. BAGHDADY - DIRECT - SPALDING

1
2 Q Did any of your siblings contribute money
3 into Adcom?
4 MR. FORTNER: Objection to the form.
5 You can answer, if you know.
6 A Yes, they did.
7 Q Do you know how much money they contributed?
8 A I don't know. That was Elie's department,
9 not mine.
10 Q Now, the Mary Carter Paint Store that was
11 located on Barnum Avenue where George worked, he
12 initially took over the running of that store,
13 correct?
14 A Correct, him and his wife.
15 Q What year was that? That's when you were in
16 Lebanon, correct?
17 A Correct.
18 Q Did they live in that property?
19 A Correct.
20 Q And did he pay rent to you to live in that
21 property?
22 A No, he did not.
23 Q Was that part of his pay?
24 A It was a brotherly gesture, really. He did
25 not pay rent, no.

Page 36

S. BAGHDADY - DIRECT - SPALDING

1
2 Q And you did not charge him rent?
3 A No, I did not.
4 Q For how long a period of time did that store
5 carry on?
6 A Until 1971.
7 Q So George was able to keep the store going
8 from 1958 until 1971?
9 MR. FORTNER: Objection to the form.
10 You may answer.
11 A That was the only store that survived out of
12 the others ones.
13 Q When did you not have any part of the Mary
14 Carter store anymore?
15 A The beginning of 1971, when I turned it over
16 to him.
17 Q When you say you turned it over to him, tell
18 me exactly what you did. What did that entail?
19 A It entailed turning over stock and the
20 business to him.
21 Q What was the stock worth at the time, just
22 the stock?
23 A I have no idea. He probably knows better
24 because he kept the books.
25 Q How about the building, what was the worth

Page 37

S. BAGHDADY - DIRECT - SPALDING

1
2 of the building at the time?
3 A I have no idea.
4 Q Did you turn the building over to him?
5 MR. FORTNER: Objection to the form.
6 When?
7 Q In 1971, did you turn the building over to
8 George?
9 A No, no. The building was turned over to him
10 in two --
11 Q In two parts?
12 A Correct.
13 Q When was the first part of the building
14 turned over to him?
15 A Again, here to the best of my knowledge,
16 around '74, '73, but that's a public record, also.
17 Q And did he pay you any money for that
18 ownership?
19 A No, he did not.
20 Q When was the second part of the building
21 turned over to George?
22 A 8th of August 1978.
23 Q 1978?
24 A Correct.
25 Q Did he pay you any money for the second part

Page 38

1          S. BAGHDADY - DIRECT - SPALDING
2  of the ownership?
3      A  Not money, no.
4      Q  What did he pay you with?
5      A  His share in Zahleh.  It was part payment
6  for his share in Zahleh.
7      Q  At any time did your brother apply for
8  remortgaging of that property?
9      A  Yes, he did.  We did.  Both of us did.
10     Q  That's what I meant.
11     A  Correct.
12     Q  At that time, do you remember how much the
13 mortgage was?
14     A  Which one do you mean, the mortgage we
15 applied for and we got?
16     Q  Yes.
17     A  For $62,000.
18     Q  What did you do with that $62,000?
19     A  Part of it went to the outstanding loan on
20 the building.
21     Q  And how much was that outstanding loan?
22     A  I think the balance, here again this is a
23 rough guess, each one of us netted about $22,000 and
24 the balance was the outstanding loan paid.
25     Q  Okay.  Now, did you have the opportunity to

Page 39

1          S. BAGHDADY - DIRECT - SPALDING
2  read the transcripts from George's deposition
3  testimony?
4      A  Not yet.
5      Q  You were present for the first session,
6  though, right?
7      A  I was.
8      Q  Have you read your brother's testimony,
9  Elie's testimony, in the case that he is involved in
10 in Massachusetts?
11     A  Not yet.
12     Q  But you were present at that deposition,
13 correct?
14     A  Which one do you mean?
15     Q  The deposition of Elie.
16     A  On one of them only I was present.
17     Q  Now, have you been sued by your sister,
18 Georgette, in Lebanon?
19     A  Yes, I have.
20     Q  And what is that claim against you for?
21         MR. FORTNER:  I'm going to let him
22     answer that, but this line of questioning is
23     going to come to an end relatively quickly
24     because it's not in this case, but you can
25     find out what the case was about.

Page 40

1          S. BAGHDADY - DIRECT - SPALDING
2          MS. SPALDING:  Well, if you feel you
3      have to end the deposition, we can resolve
4      that before a judge.
5          MR. FORTNER:  I'm not going to end the
6      deposition, but the Federal Rules do not
7      allow probing about things which are neither
8      relevant nor reasonably calculated to lead
9      to the discovery of admissible evidence.
10         MS. SPALDING:  Well, I think that the
11     suit --
12         MR. FORTNER:  He can answer this
13     question.
14         MS. SPALDING:  Then why don't you
15     answer the question.
16     Q  Georgette sued you in Lebanon, didn't she?
17     A  She sued me to assert some rights for a life
18 estate in the building.
19     Q  Okay.  And that is that she wants to live in
20 those two apartments for the term of her life,
21 right?
22         MR. FORTNER:  Objection to the form.
23     You can answer.
24     A  Correct.
25     Q  Well, why don't we take care of some

Page 41

1          S. BAGHDADY - DIRECT - SPALDING
2  housekeeping matters first.
3          Mr. Baghdady, I would like you to write your
4  name three times in English and three times in
5  Arabic.  Okay?
6      A  You want me to write or sign?
7      Q  Sign.
8          (Signatures were executed.)
9          MS. SPALDING:  Mark this as Exhibit 1.
10         (Plaintiff(s       )  Exhibit 1 for ID:
11     Signature sample.)
12     Q  Now, Mr. Baghdady, what I would like you to
13 do is transcribe the words that are on that page into
14 your handwriting.
15     A  What do you want me to do?
16     Q  I want you to write out what this paper
17 says.  I want you to write it out in your own
18 handwriting.
19         MR. FORTNER:  Can you explain to me the
20     basis for having him do that under the
21     Federal Rules?
22         MS. SPALDING:  For a comparison with
23     the documents that he claims is dated on
24     that day and that was produced at the last
25     deposition as an exhibit.

GEORGE J. BAGHDADY vs.  SAMI J. BAGHDADY - SESSION I
SAMI J. BAGHDADY, ET AL  SEPTEMBER 14, 1999

Case No. CV 163-NG    Document 16-2    Filed 11/29/2004    Page ...

Multi-Page™

| Page 42 | Page 44 |
|---|---|

**Page 42**

S. BAGHDADY - DIRECT - SPALDING

1
2  MR. FORTNER: What does that have to do
3  with whether he writes it? How can you tell
4  what day it was written?
5  MS. SPALDING: I don't think I have to
6  explain that to you.
7  MR. FORTNER: Actually, you do. I'm
8  willing to let him do anything that may
9  reasonably lead to the discovery of
10  admissible evidence.
11  I'm sitting here confused about asking
12  him to write this document. To transcribe
13  those words on this document, how that would
14  have any bearing on the document that was
15  introduced at the prior depo?
16  MS. SPALDING: For comparison
17  purposes.
18  THE WITNESS: I'm not denying the
19  signature.
20  MR. FORTNER: We have not denied that
21  he wrote that. I'm a little confused as to
22  what the issue is.
23  MS. SPALDING: I simply ask that he
24  write out this letter that he claims he
25  previously wrote in July of 1971.

**Page 43**

S. BAGHDADY - DIRECT - SPALDING

1
2  MR. FORTNER: I understand that. Why
3  would writing it now have any bearing on the
4  document itself that was produced during the
5  case? I just don't see how it will lead to
6  the discovery of admissible evidence.
7  MS. SPALDING: It is for a comparison,
8  comparing it to the document that you
9  produced and for cross-examination of your
10  handwriting expert.
11  MR. FORTNER: First off, you don't have
12  a handwriting expert that has been
13  identified.
14  MS. SPALDING: I said your handwriting
15  expert.
16  MR. FORTNER: Second, today is
17  September 14, 1999. That letter was written
18  on July 30, 1971.
19  MS. SPALDING: Are you telling him not
20  to do it?
21  MR. FORTNER: I'm willing to let him do
22  what is relevant or reasonably calculated to
23  lead to the discovery of admissible
24  evidence.
25  MS. SPALDING: Are you telling him --

**Page 44**

S. BAGHDADY - DIRECT - SPALDING

1
2  MR. FORTNER: Counselor, let me
3  finish. So far we have done pretty well not
4  talking over one another.
5  If you can show me how his writing out
6  a letter now is reasonably calculated to
7  lead to the discovery of admissible evidence
8  in this case, I will let him do it in a
9  heartbeat.
10  MS. SPALDING: And I told you that I
11  plan to show this writing and the exhibit to
12  your handwriting expert at the time of
13  trial.
14  MR. FORTNER: How is that going to be
15  relevant? He hasn't been identified to say
16  that that letter is something that this
17  witness wrote. I don't believe that's in
18  the Experts Disclosure. It would be beyond
19  the scope of direct.
20  MS. SPALDING: I think you're
21  anticipating what testimony there is going
22  to be at trial.
23  MR. FORTNER: I can anticipate what the
24  direct examination will be, because I'm the
25  one who is going to do it, but as far as --

**Page 45**

S. BAGHDADY - DIRECT - SPALDING

1
2  MS. SPALDING: I want to get a ruling
3  on this.
4  MR. FORTNER: You want to get a ruling
5  on it?
6  MS. SPALDING: Yes, I do.
7  MR. FORTNER: Let's get a ruling on
8  it.
9  MS. SPALDING: Okay.
10  MR. FORTNER: Do you have the judge's
11  number?
12  MS. SPALDING: No, I don't. Do you?
13  MR. FORTNER: No.
14  MS. SPALDING: Do you have access to
15  it?
16  MR. FORTNER: I assume that I can
17  probably get it.
18  MS. SPALDING: Okay. I would like to
19  do that.
20  MR. FORTNER: Okay. Fine.
21  MS. SPALDING: Do you want to do that
22  now or do you want to continue and then we
23  may have to continue the deposition at the
24  courthouse if we have further problems?
25  MR. FORTNER: I don't know why we would

Document 16-2    Filed 11/29/2004    Page ... of ...

---

**Page 46**

S. BAGHDADY - DIRECT - SPALDING

1  have to continue it at the courthouse,
2  Counsel. As long as you ask relevant
3  questions, we can get everything done here.
4    MS. SPALDING: You know, I provided you
5  great latitude when you deposed
6  Mr. Baghdady, my client.
7    MR. FORTNER: And I have not objected
8  to anything being probed about. I've asked
9  a couple questions about it. I just don't
10  understand this request. In fact, even
11  having my client sign his original name
12  didn't make a lot of sense because the claim
13  here on the signatures was that my client
14  forged George's signature. I don't believe
15  anyone has contended that my client has
16  forged his own signature, and so the
17  relevance of George signing his signature
18  was to compare the signature on the
19  documents with the signature of the
20  plaintiff.
21    MS. SPALDING: I think that your client
22  has to do it and then we can argue about its
23  admissibility at the time of trial.
24    MR. FORTNER: I mean it's not even

---

**Page 47**

S. BAGHDADY - DIRECT - SPALDING

1  accurately transcribed.
2    MS. SPALDING: Well, he writes his S
3  that looks like a D. The person made a
4  typographical error. I'll give you that
5  much now.
6    I would like him to just take the time
7  to transcribe this letter for me. Okay?
8    MR. FORTNER: I don't know any basis
9  under the Federal Rules to have him do it
10  under the fact pattern of this case. I am
11  more than willing to be convinced otherwise,
12  but given that there is no issue, no one has
13  raised any colorable issue as to whether or
14  not my client wrote that other letter. Your
15  client has claimed it was something after
16  the fact, but as far as what he wrote in
17  1971, no one denies that he wrote it.
18    MS. SPALDING: You don't understand.
19    MR. FORTNER: You're right. I don't.
20    MS. SPALDING: We contest that Sami
21  wrote those letters in 1971 and 1978.
22    MR. FORTNER: Well, you may contest the
23  year they are written.
24    MS. SPALDING: No, no. We are

---

**Page 48**

S. BAGHDADY - DIRECT - SPALDING

1  contesting that is his handwriting.
2    MR. FORTNER: Oh? When did that come
3  up?
4    MS. SPALDING: When we were presented
5  with those letters.
6    MR. FORTNER: I seem to remember the
7  testimony from George being that he thought
8  it was written after the fact, not that Sami
9  didn't write it.
10    MS. SPALDING: He has since thought
11  more about it.
12    MR. FORTNER: Okay. And the basis for
13  claiming Sami didn't write it is? This is
14  something new and different.
15    MS. SPALDING: Someone else may have
16  written it.
17    MR. FORTNER: And the basis for that
18  suspicion is?
19    MS. SPALDING: That someone other than
20  George has signed documents in George's
21  name.
22    MR. FORTNER: Well, that's the claim.
23  What does that have to do with whether Sami
24  wrote a letter that is signed by him?

---

**Page 49**

S. BAGHDADY - DIRECT - SPALDING

1    MS. SPALDING: We think everything has
2  to do with it.
3    MR. FORTNER: I'm going to make an
4  offer of proof here. I will be happy to ask
5  the question formally on the record, but I
6  believe this witness will testify that with
7  respect to those two letters that I think
8  you are talking about, and we can state
9  which letters they are, the exhibit numbers,
10  he wrote them. He'll testify to that.
11    MS. SPALDING: And we're going to
12  contest that. You know, you waived all
13  objections except as to form at the
14  beginning of the deposition. There is no
15  protective order in place that limits
16  anything that I can ask him. And I'm
17  telling you that I intend to compare this
18  with the letters that were produced at the
19  deposition, and we're wasting more money
20  than time here, more money than time.
21    MR. FORTNER: Very simply, there is no
22  basis that has been presented to me for the
23  so-called suspicion. The witness will
24  testify that he wrote the letters. No one

---

Page 50

S. BAGHDADY - DIRECT - SPALDING

1  is claiming that Sami has not written things
2  in his signature. That is not pleaded in
3  the Complaint.
4      For the record, this witness will
5  testify, if asked, that those letters were
6  written by him. The questions that are
7  being posed are neither relevant nor
8  reasonably calculated to lead to the
9  discovery of admissible evidence. I,
10 therefore, do not believe they are
11 appropriate.
12     MS. SPALDING: Co-counsel has corrected
13 me as to one of our experts. Mr. Abuzi has
14 requested to have a writing sample of
15 Mr. Baghdady.
16     MR. FORTNER: Is he an handwriting
17 expert?
18     MS. SPALDING: Apparently, he does have
19 some qualifications.
20     MR. FORTNER: Okay. And can I see the
21 expert disclosure that says he will be
22 talking about Sami's signature?
23     MS. SPALDING: It will be faxed today
24 to my office.

Page 51

S. BAGHDADY - DIRECT - SPALDING

1      MR. FORTNER: That's six weeks late.
2  Come on.
3      MS. SPALDING: No, it's not.
4      MR. FORTNER: The expert disclosures
5  were due in this matter from you folks back
6  in either July or early August.
7      MS. SPALDING: I beg to differ with
8  you. I think we agreed on the phone that
9  the most recent order was that all discovery
10 was to be completed by September 15th.
11     MR. FORTNER: I don't think that --
12     MS. SPALDING: And I also have an
13 outstanding motion for extension of time --
14     MR. FORTNER: Which has not been
15 granted.
16     MS. SPALDING: -- for two weeks. It
17 hasn't been granted, but it's pending.
18     MR. FORTNER: Yes.
19     MS. SPALDING: Under the last order of
20 the Court, I have until tomorrow to disclose
21 reports.
22     MR. FORTNER: I don't agree with that.
23 How do I depose your expert if his report is
24 disclosed tomorrow?

Page 52

S. BAGHDADY - DIRECT - SPALDING

1      MS. SPALDING: Because I have asked the
2  Court for an extension of time for two weeks
3  within which to produce those experts for
4  deposition.
5      MR. FORTNER: Let's not waste time. I
6  have not seen any basis for asking that's
7  relevant as to this case for Mr. Baghdady to
8  write that, so I won't let him do it.
9      MS. SPALDING: You won't let him do
10 it?
11     MR. FORTNER: No.
12     MS. SPALDING: But this letter was only
13 produced last at the deposition two weeks
14 ago.
15     MR. FORTNER: That's not true. That
16 letter was produced to you as the
17 supplemental document production which, I
18 believe, was in the winter of '98, '99.
19     MS. SPALDING: But this is the first
20 opportunity that I have to ask him about
21 this letter.
22     MR. FORTNER: You can ask anything you
23 want about it.
24     MS. SPALDING: Well, then you risk

Page 53

S. BAGHDADY - DIRECT - SPALDING

1  having these letters completely
2  precluded --
3      MR. FORTNER: I don't think so.
4      MS. SPALDING: -- at the time of
5  trial. I think you do.
6      MR. FORTNER: Why?
7      MS. SPALDING: I think you do.
8      MR. FORTNER: I don't think so.
9      MS. SPALDING: You're not allowing me
10 to conduct the inquiry that I see fit.
11     MR. FORTNER: Your inquiry has to be
12 premised by the Federal Rules. It has to be
13 within the scope of the discovery permitted
14 under the Federal Rules.
15     MS. SPALDING: Well, I think you and I
16 both have disagreed on the scope of the
17 rules in the past. I think we'll just go
18 on, and you can expect a Motion to
19 Preclude.
20     MR. FORTNER: I will expect whatever.
21     MS. SPALDING: Why don't we mark these
22 two letters to preserve the record.
23     MR. FORTNER: I want to take a short
24 break while you're doing that. I'm going to

Page 54

S. BAGHDADY - DIRECT - SPALDING

1 talk with you, Sami, for a minute and then
2 we'll continue.
3
4     (Plaintiff(s) Exhibit 2 for ID:
5 Letter, dated July 30, 1971.)
6     (Plaintiff(s) Exhibit 3 for ID:
7 Letter, dated April 1, 1978.)
8     (Brief recess taken.)
9     (Recess concluded. A telephone
10 conference call was placed to Judge Covello.
11 Presentation of fact and argument of counsel
12 was not reported. At the conclusion of
13 argument, the following ruling was made:)
14     THE COURT: I think that a good middle
15 ground here would be to have this gentleman
16 write eight, ten lines of something in
17 English and eight, ten lines in Arabic, and
18 let's leave it at that.
19     MS. SPALDING: That's fair enough, your
20 Honor.
21     THE COURT: If at some point a
22 handwriting expert says, "This ins't a good
23 enough sample" or "I need something else,"
24 then we can revisit this issue, but let's
25 have him give eight, ten lines of Arabic,

Page 55

S. BAGHDADY - DIRECT - SPALDING

1
2 eight, ten lines of English. It doesn't
3 necessarily have to be the precise document
4 that was written in 1971 for a good
5 handwriting person with that much of an
6 exemplar.
7     MR. FORTNER: Maybe we will pull
8 something out of the Federal Rules and have
9 him write that.
10     THE COURT: He should be able to say
11 something one way or another. Let's leave
12 it at that. If at some point in the future
13 a handwriting expert says, "This isn't good
14 enough, we need something more," then let's
15 revisit it then.
16     MS. SPALDING: Thank you, your Honor.
17     MR. FORTNER: Very good, your Honor.
18 Thank you.
19     THE COURT: Thanks for calling.
20     MR. FORTNER: What do you want to write
21 about?
22     THE WITNESS: Newspaper.
23     MR. FORTNER: Let's go get the Journal.
24     MS. SPALDING: Like one paragraph
25 would be good. Not anything too colorful.

Page 56

S. BAGHDADY - DIRECT - SPALDING

1
2     Take two pieces of paper to do one in
3 English and one in Arabic.
4     Why don't we use this little caption on
5 the hurricane.
6     MR. FORTNER: That's pretty innocuous.
7     MS. SPALDING: It's pretty benign.
8     MR. FORTNER: Now, that's in English.
9 If you want to translate it into Arabic,
10 that's fine. If you want to also translate
11 it into Arabic, that's fine. If instead you
12 want to just transcribe an Arabic document,
13 you can do that. I'll let him do whatever
14 he wants.
15     (Brief pause in proceedings while the
16 witness completed an English writing
17 sample.)
18     MS. SPALDING: Let's mark this.
19     (Plaintiff(s) Exhibit 4 for ID:
20 English handwriting sample by the witness.)
21     MS. SPALDING: We have just marked as
22 Exhibit 4 an English handwriting sample from
23 Mr. Baghdady, and now we need an Arabic one.
24 Q  Are you able to translate that into Arabic?
25     MR. FORTNER: I guess the only question

Page 57

S. BAGHDADY - DIRECT - SPALDING

1
2 is would going through the translation
3 process affect his handwriting? I don't
4 know. You have to tell me.
5     MS. SPALDING: I don't think so.
6     THE WITNESS: What?
7     MR. FORTNER: Going through the process
8 of translating, would it affect the way you
9 write things? If it wouldn't and you can do
10 the translation, that's fine. It's your
11 call.
12     (Discussion off the record re: copy
13 sample to write in Arabic.)
14     MR. FORTNER: This is the first power
15 of attorney, I believe.
16     MS. SPALDING: How about this?
17     MR. FORTNER: Let's do this up here.
18     MS. SPALDING: I was pointing to the
19 one that was shorter, Mr. Baghdady.
20     THE WITNESS: Shall I start from here
21 down?
22     MS. SPALDING: Okay.
23     THE WITNESS: This is the recording of
24 the document. I will start from here down.
25     MS. SPALDING: Mark this Exhibit 5.

Page 58

S. BAGHDADY - DIRECT - SPALDING

1    (Plaintiff(s) Exhibit 5 for ID:  Arabic
2    handwriting sample by the witness.)
3    MS. SPALDING:  For the record, we have
4    marked a writing sample for Mr. Baghdady,
5    which he has very graciously given us, as
6    Exhibit 5.
7    I will send copies of everything to you
8    right away.
9    MR. FORTNER:  Very good.
10    Q  I just want to tell you, Mr. Baghdady, if I
11    talk too fast or you don't understand me -- people
12    say I have a little bit of an accent -- I just
13    apologize.  I don't mean to sound rude.  Okay?
14    A  All right.
15    Q  I'm going to ask you a few more questions
16    having to do with Adcom.  Mr. Baghdady, do you know
17    what year the initial offering of the Adcom stock
18    was?
19    MR. FORTNER:  Objection to the form.
20    You can answer, if you understand it.
21    A  It was never offered.
22    Q  So there was never an initial stock offering
23    of Adcom, that you are aware of?
24    A  I was not involved then, if there was.

Page 59

S. BAGHDADY - DIRECT - SPALDING

1    MR. FORTNER:  You are referring to an
2    initial public offering?
3    MS. SPALDING:  Yes.
4    A  There was never, to my knowledge.
5    Q  Well, the initial offering --
6    A  It was private.
7    Q  The initial offering of the private stock,
8    do you know when that was?
9    A  Elie can tell you.  I was not involved.
10    Q  You don't know what time that was, so you
11    couldn't tell me where you were at that time?
12    A  I was in Lebanon.
13    Q  Did you purchase any of the Adcom stock at
14    the initial offering?
15    A  Yes, I did.
16    Q  And you were in Lebanon?
17    A  Correct.
18    Q  Who bought it for you?
19    A  A telephone call to my brother, George.
20    Q  Did George pay for it for you?
21    A  From my account, the Citytrust Company in
22    Stratford, Connecticut.
23    Q  How much money was it?  Do you remember?
24    A  $10,000, of which I gave him $5,000.

Page 60

S. BAGHDADY - DIRECT - SPALDING

1    Q  You gave George $5,000?
2    A  Correct.  I asked him to buy $10,000 worth,
3    take it from my account and to instruct Adcom to
4    issue two certificates, $5,000 worth of stock for
5    each.
6    Q  I don't know if he was asked this directly,
7    but your brother's position, George's position is
8    that that is exactly what he did for you, that he
9    took $10,000 of his own money and bought $5,000 for
10    you and $5,000 for himself?
11    A  Incorrect.  He did not have $10,000.
12    Q  So you contest that position of your
13    brother's?
14    A  Correct.
15    Q  Mr. Baghdady, did you have this $10,000 in
16    savings in Citytrust?
17    A  I had the $10,000.  It was in the business
18    account, correct.
19    Q  And is that how George was able to access
20    your account, because it was in the business account?
21    A  I had authorized him to sign.  He was
22    authorized to sign on that account before I left for
23    Lebanon.
24    Q  Where did the money to make the initial

Page 61

S. BAGHDADY - DIRECT - SPALDING

1    purchase --
2    A  Repeat, please.
3    Q  Where did you get the money to purchase the
4    Barnum Avenue property?
5    A  From my account, and I borrowed from it.
6    Joe, my cousin, co-signed $2,000 with me.
7    Q  And that is Joe Ganim?
8    A  Joe Ganim, correct, and the rest was a
9    mortgage I obtained in my name.
10    Q  Do you remember where you got the mortgage
11    from?
12    A  The bank you mean?
13    Q  Yes.
14    A  From the Stratford Citytrust.  It used to be
15    Stratford Trust Company, and then they changed the
16    name.
17    Q  Okay.  Thank you.  Did George contribute to
18    the initial down payment for Barnum?
19    A  No, ma'am.
20    Q  Mr. Baghdady, I'm going to take you through
21    the Second Amended Complaint and ask you whether you
22    agree or disagree with certain facts that have been
23    alleged.
24    MR. FORTNER:  Are you going to show it

**Page 62**

S. BAGHDADY - DIRECT - SPALDING

1 to him, as well as his answer, at the same
2 time because there has been an answer that
3 was filed in response to that?
4     MS. SPALDING: I know. I'm going to
5 ask him about his answer, too.
6     MR. FORTNER: I think it's appropriate
7 to let him see the documents, both the
8 Complaint and the Answer.
9     MS. SPALDING: No, because I want to
10 ask him specifically certain questions about
11 particular paragraphs. If you have a copy
12 of the Second Amended Complaint that he can
13 look at along with me, that's fine. That's
14 only fair.
15     I want to ask him certain questions
16 about the Second Amended Complaint. What I
17 want to do is see if we can come to some
18 agreement as to some facts.
19     MR. FORTNER: Okay.
20     MS. SPALDING: Do you want him to have
21 a copy of this?
22     MR. FORTNER: I think he should have a
23 copy.
24     MS. SPALDING: Do you have access to a

**Page 63**

S. BAGHDADY - DIRECT - SPALDING

1 copy? I only have the one. I travel light,
2 my poor little arms.
3     MR. FORTNER: You have three people who
4 could help you carry all these things.
5     MS. SPALDING: But I have to bring it
6 up from New Haven.
7     MR. FORTNER: But you have three
8 people.
9     MS. SPALDING: I'm sorry. I don't
10 think there is anything else. I'm sorry.
11 Would you just grab it quick?
12     MR. FORTNER: Because you're asking so
13 nicely, I will be happy to do that.
14     MR. FORTNER: Showing him the October
15 24th.
16 Q We are back on the record now.
17 Mr. Baghdady, I'm going to ask you some questions
18 about the Second Amended Complaint. The first
19 paragraph alleges that George is a citizen of the
20 state of Connecticut and that he lives at
21 104 Elm Street in the town of Monroe. You would
22 agree with that?
23     MR. FORTNER: He already has.
24 Q You, of course, live at 168 White Street in

**Page 64**

S. BAGHDADY - DIRECT - SPALDING

1 Belmont, Massachusetts, correct?
2 A Correct.
3 Q Sami El Teeny lives in Lebanon, correct?
4 A Correct.
5 Q Has he ever lived in the United States?
6 A No.
7 Q Has he ever visited the United States?
8 A No, not to my knowledge.
9 Q Do you know if your brother, George, ever
10 met Sami El Teeny?
11 A Of course, I do. He was a friend of his,
12 his father and the whole family.
13 Q How old is Sami El Teeny?
14 A His 50s.
15 Q If George claims that he knew his father but
16 disputes that he was friendly with Sami El Teeny
17 because he wasn't in Lebanon long enough to make his
18 acquaintance and develop a friendship, do you contest
19 that?
20 A I do.
21     MR. FORTNER: I object to the form.
22     You may answer.
23 A I know for a fact that he played cards with
24 him in Lebanon.

**Page 65**

S. BAGHDADY - DIRECT - SPALDING

1 Q And in about what year was that?
2 A I don't know. You can ask George.
3 Q Now, the claim is, according to my client,
4 that you had offered to buy his 800 shares for
5 $350,000 back in the late '70s, and you contest that,
6 right?
7 A Of course, I do. It's totally wrong.
8 Q Now, you weren't here, I think you were in
9 Lebanon a couple weeks ago when George was deposed,
10 correct?
11 A Yes.
12 Q When a question came up that on the Contract
13 of Sale it says 245,000 Lebanese lyra?
14 A Correct.
15 Q And your lawyer did some calculations with
16 some charts from the 1977 Wall Street Journal and did
17 a conversion showing that that amount of money would
18 be worth about $80,000. Do you agree with that?
19     MR. FORTNER: Just note my objection to
20     the form. You can answer, if you can.
21 A I disagree. I was not involved in what
22 calculations you make.
23 Q Okay. But you don't contest the amount in
24 controversy here could be the value of $80,000?

GEORGE J. BAGHDADY vs.
SAMI J. BAGHDADY, ET AL

Case No. CV-123NG    Document 16-2    Filed 11/29/2004    Page 19 of 54

Multi-Page™

SAMI J. BAGHDADY - SESSION I
SEPTEMBER 14, 1999

Page 66

1    S. BAGHDADY - DIRECT - SPALDING
2        MR. FORTNER: Objection to the form.
3        Calling for a term of art.
4    A  To the best of my knowledge, again it's
5  speculation.  It could be any figure.
6    Q  The value of the property, the 800 shares,
7  do you have an opinion as to whether the 800 shares
8  of property in Zahleh in 1977 was worth at least
9  $75,000?
10       MR. FORTNER: Objection to the form.
11       You may answer.
12   A  I would rather answer you Lebanese pounds.
13  245,000 Lebanese pounds it was worth.
14   Q  Do you have any information or belief as to
15  what that was worth in 1977?
16   A  I think you answered your question through
17  the calculations that you have made with my
18  attorney.
19   Q  So you would agree with the $80,000, if that
20  was represented by your attorney?
21       MR. FORTNER: Objection to the form.
22       You may answer.
23   A  Plus or minus.  If you calculated it right
24  at the time, then fine, but I know that 245,000 is
25  the figure that was in the contract that was agreed

Page 67

1    S. BAGHDADY - DIRECT - SPALDING
2  to and that the shares were purchased for.
3    Q  Now, as of January 1977, Mr. Baghdady, isn't
4  it true that Elie, you, and George each owned
5  one/third?
6    A  Untrue.
7    Q  Untrue.  Tell me what's true.
8    A  What's true is --
9        MR. FORTNER: Objection to the form.
10       True about what?
11   Q  Tell me your position, Mr. Baghdady.
12       MR. FORTNER: Objection to the form.
13       If you understand the question, you can
14       answer.
15   A  At the time you stated only Georgette and I
16  owned.
17   Q  Okay.
18   A  I had bought Elie's share in '74.
19   Q  Very briefly, tell me the circumstances in
20  which you bought Elie's shares.
21   A  I bought Elie's shares through his mother's
22  power of attorney from him.
23   Q  That was in 1974 through his mother's power
24  of attorney?
25   A  Correct.

Page 68

1    S. BAGHDADY - DIRECT - SPALDING
2    Q  Do you remember how much they were sold for?
3    A  Elie's?
4    Q  Yes.
5    A  148,000 in Lebanese pounds.
6    Q  I'm looking at paragraph 9 of the
7  Complaint.  It is alleged in paragraph 9 that in June
8  of 1977 you went and visited George in Monroe,
9  Connecticut.  Is that about the time that you went to
10  visit George in Connecticut?
11       MR. FORTNER: Objection to the form.
12       It assumes a fact not in evidence.
13   A  It says on or about.  It's very general.
14  You have to be specific.
15   Q  Now, my client claims that there was a time
16  when you came to visit him and that you both went to
17  the Lebanese Consul in New York.  Was that in June of
18  1977?
19       MR. FORTNER: Objection to the form.
20   A  That was in May of 1977.
21   Q  Okay.  So that was in May of 1977?
22   A  The visit to the Consul, not the visit to
23  George.  There was no visit to George.
24   Q  There was no visit to George?
25   A  Correct.

Page 69

1    S. BAGHDADY - DIRECT - SPALDING
2    Q  So that if he says you stayed overnight in
3  his house the night before you went down to the
4  Consul, Mr. Baghdady, that is wrong?
5    A  Totally wrong.
6    Q  And how did you go?  Did you go by car or by
7  train?
8    A  We went, to the best of my knowledge, in
9  George's car.
10   Q  You went in George's car and did George
11  drive?
12   A  Correct.
13   Q  Was your sister, Georgette, with you?
14   A  No, ma'am.  No one was with us.
15   Q  Georgette was not there?
16   A  Correct.
17   Q  When did you negotiate this proposed
18  purchase with your brother, George?
19       MR. FORTNER: Objection to the form.
20       You may answer.
21   A  1971 to 1973.
22   Q  1971 through 1973?
23   A  Correct.
24   Q  Where did you discuss this with him?
25   A  In Belmont, Massachusetts.

GEORGE J. BAGHDADY vs.
SAMI J. BAGHDADY, ET AL

Multi-Page™

SAMI J. BAGHDADY - SESSION I
SEPTEMBER 14, 1999

Page 70

S. BAGHDADY - DIRECT - SPALDING

1
2  Q  Did you ever talk to him over the telephone
3  about it?
4  A  I don't recollect, but the negotiations and
5  the agreement happened partially in 1971 and totally
6  completely in 1973.
7  Q  All right.  I take it, it is your position
8  that none of these conversations or negotiations took
9  place in Connecticut?
10  A  Correct.
11  Q  What I want you to do is to tell me
12  everything that you remember about the negotiations.
13  First of all, in 1971, do you have any specific
14  recollections about them?
15  A  I recollect some facts.
16     MR. FORTNER:  Objection to the form.
17     You may answer.
18  Q  What do you remember in 1971?
19  A  In 1971, George came up to Massachusetts.
20  Q  For what purpose?
21  A  Needing money.  He needed money, and he
22  expressed to me his willingness to sell me his shares
23  in Lebanon.  And we tentatively agreed.  He wanted
24  $5,000, and I would send him $5,000, and at the time
25  I would turn over to the him the paint store in

Page 71

S. BAGHDADY - DIRECT - SPALDING

1
2  Connecticut effective January 1, 1971.
3     The explanation was I was in Massachusetts,
4  I don't need the store.  "The store isn't doing too
5  well," he said, "and I'm running it here" so I gave
6  it to him.
7  Q  Okay.  So the deal, as you remember it, was
8  that for the 800 shares of property in Zahleh George
9  was going to get $5,000 and the paint store?
10  A  Partial payment.
11  Q  Partial payment?
12  A  Yes, towards the 800 shares.
13  Q  Okay.
14  A  And we parted on the basis that he will
15  think it over and see exactly, make some contacts and
16  determine the exact amount that he wants for the
17  shares.  And that happened in 1973.
18  Q  Was there any discussion about having Barnum
19  Avenue appraised?
20     MR. FORTNER:  Objection to the form.
21     When?
22     MS. SPALDING:  In 1971.
23  A  Barnum Avenue was not in the discussion in
24  1971.  The paint store only was.
25  Q  How about the inventory of the store?

Page 72

S. BAGHDADY - DIRECT - SPALDING

1
2  A  As is.
3  Q  As is?
4  A  Turned over the store as is to him.  He was
5  keeping the books.  He was running the store.
6  Q  Did you give him the check for $5,000 when
7  he was with you?
8  A  To the best of my recollection, I mailed it
9  to him.
10  Q  And why did you mail it to him?  The reason
11  I ask you is if he needed money, Mr. Baghdady, why
12  didn't you just give him a check then?
13  A  Because he was in my house and my books were
14  in my office.  He normally visited me on Sundays, and
15  I told him that I would mail him a check the
16  following day.
17  Q  So you think he visited you on a Sunday?
18  A  Normally, I said.  I would not say he did
19  visit me, but normally he went weekends.
20  Q  Did you send him the check for $5,000?
21  A  I did.
22  Q  Did you send him anything with it?
23  A  I believe I sent him the understanding at
24  the time about what we tentatively agreed at
25  partially for the 800 shares, specifically the $5,000

Page 73

S. BAGHDADY - DIRECT - SPALDING

1
2  plus the paint store.
3  Q  All right.  And then did you have any
4  further discussions between 1971 and 1973, any
5  ongoing discussions?
6  A  Well, on and off and, basically, we parted
7  on the basis that he as soon as possible would
8  determine the exact amount for the transaction and we
9  will get together to finalize the negotiations, and
10  that did not happen until 1973.
11  Q  Did he ever come up with an exact amount?
12  A  In 1973, he came out with $25,000 that I pay
13  him out of which he needed $10,000 at the time, also.
14  Q  So $25,000 cash with $10,000 up front?
15  A  Yes, because he was buying properties at
16  that time.  He needed $10,000 and the rest, including
17  the half Barnum Avenue will be done as soon as
18  possible if I give him the half.  Again, he was in
19  Connecticut, and I did not need that was his
20  explanation, and I agreed to that as a package that
21  once he finalizes and he draws up a transfer, a
22  quitclaim deed that his attorney, Ray Ganim, was
23  supposed to be drafting, then he would get the last
24  $10,000 and the half of the property in Stratford.
25  Q  And did that ultimately happen?

Page 74

S. BAGHDADY - DIRECT - SPALDING

1
2  A  It did happen.
3  Q  All right.  Did you ever visit George
4  between 1971 and 1973 in Monroe?
5  A  I could have.  Yes, I could have.
6  Q  How often did you used to get together?
7      MR. FORTNER: Objection to the form.
8      You can answer.
9  A  Frequently on and off.
10  Q  You were pretty close to your brother,
11  George?
12  A  As close as two brothers would be.
13  Q  How much older is George than you are?  What
14  is the age difference between you and George?
15  A  I don't know.  He probably can tell you.
16  He's my older brother.  About eight, nine, ten years.
17  Q  Could it have been possible that if you
18  visited George during 1971 through 1973 that at least
19  some or part of the ongoing negotiation of this
20  transfer took place in Monroe?
21      MR. FORTNER: Objection to the form.
22      You may answer.
23  A  No.
24  Q  And why would that be?
25  A  Because the agreement was done and

Page 75

S. BAGHDADY - DIRECT - SPALDING

1
2  consummated in Massachusetts so really there was no
3  more need for discussions.  It was left that he will
4  proceed forward, draw the Quitclaim Deed, and when it
5  is ready he will deliver it and I'll give him the
6  last payment.
7  Q  But before the final negotiation in 1973,
8  which you claim was up in Belmont, your claim is that
9  it was never talked about in Monroe?
10      MR. FORTNER: Objection to the form.
11      You may answer.
12  A  To my knowledge, we never discussed it.  The
13  actual terms in which the transaction took place were
14  done in Belmont on two occasions, '71 and '73.
15  Q  And there was no discussion in between?
16  A  Not to my knowledge.
17  Q  Okay.
18  A  There was nothing other than, "How are you
19  doing?  When is the paperwork going to be
20  completed?"
21  Q  Now, the next paragraph alleges --
22      MR. FORTNER: Talking about paragraph
23      10?
24      MS. SPALDING: Paragraph 10.
25  Q  Paragraph 10 alleges that the purpose of

Page 76

S. BAGHDADY - DIRECT - SPALDING

1
2  your coming --
3  A  The what, please?
4  Q  The purpose of your coming to Connecticut in
5  May, or we claim June of 1977, was to defraud your
6  brother out of his shares of the property.
7      MR. FORTNER: Objection to the form.
8  Q  Now, I take it your position is that you did
9  not defraud your brother?
10  A  I did not defraud my brother, correct.
11      MR. FORTNER: For the record, you
12      didn't completely quote the paragraph word
13      for word.
14      MS. SPALDING: Well, I'm taking it a
15      little bit at a time.
16      MR. FORTNER: Okay.  Well, it said, "To
17      further a scheme set up between Baghdady and
18      El Teeny to defraud."  That's a little bit
19      different than what you asked.
20  Q  When you told me initially that you had sent
21  him the $5,000 and that you had come to an
22  understanding that George was going to think over the
23  worth of the paint store and make some contacts about
24  the worth of the paint store --
25  A  No, no, no, not about the paint store.  Make

Page 77

S. BAGHDADY - DIRECT - SPALDING

1
2  contacts to determine the final price that he wants
3  for his shares, not the paint store.
4  Q  That's exactly what you said.  I'm sorry.  I
5  read this wrong.  I read it wrong.
6  A  All right.
7  Q  Was that memorialized in any writing?
8  A  It was memorialized in a letter I sent to
9  him, I believe, in July of 1971.
10  Q  And that is the letter that you say the
11  check was with, the check for $5,000?
12  A  I think if you refer to the document, it is
13  self-explanatory.
14  Q  Why do you think your brother thinks you
15  defrauded him?
16      MR. FORTNER: Objection to the form.
17      If you know or if you want to speculate.
18  A  I know for a fact.
19  Q  Tell me.
20  A  In 1996, he went with his sister, Violett,
21  to Massachusetts.  Apparently, she had convinced him
22  or told him that the property is worth a lot more
23  than he sold it for, and so he went up to my house in
24  Belmont offering me $500,000 for the building.  He
25  wanted to renegotiate.

GEORGE J. BAGHDADY vs.
SAMI J. BAGHDADY, ET AL

Multi-Page™

SAMI J. BAGHDADY - SESSION I
SEPTEMBER 14, 1999

Case 3:01-cv-01552-SRU   Document 16-2   Filed 11/29/2004   Page 22 of 54

**Page 78**

S. BAGHDADY - DIRECT - SPALDING

1
2  Q  Okay.  What is the basis of your personal
3  knowledge --
4  A  He visited me.
5  Q  -- that Violett convinced him that the
6  property was worth more?
7  A  Because she and him were in the discussion,
8  and Violett had mentioned that the property was worth
9  $1 million in front of George so, apparently, she was
10  talking to him prior to visiting me at my office, at
11  my home.
12  Q  Now, going back to paragraph 10, the
13  Purchase & Sale Agreement that George signed, that
14  you claim George signed.
15  A  Not to my knowledge.  There was no
16  Purchase & Sale Agreement.  Where is it?  Where does
17  it say a Purchase & Sale Agreement?
18      MR. FORTNER: Paragraph 10 --
19      MS. SPALDING: Paragraph 10.
20      MR. FORTNER: Paragraph 10 talks about
21      a document.
22  A  There was no Purchase & Sale Agreement in
23  the whole transaction.
24  Q  Okay.  A Purchase & Sale Agreement was
25  registered over in Zahleh, right?

**Page 79**

S. BAGHDADY - DIRECT - SPALDING

1
2  A  No.
3  Q  No?
4  A  No.  A Contract to Sell was registered.
5  Q  That's what I mean, a Contract to Sell.
6  A  Correct.
7  Q  That Contract to Sell was in Arabic,
8  correct?
9  A  Correct.
10  Q  And that is that the document that George
11  signed in New York City?
12  A  No, ma'am.  His agent signed that.  You have
13  a copy.
14  Q  And his agent was Sami El Teeny, according
15  to you?
16  A  Correct, which is right on the document,
17  self-explanatory.
18  Q  Did George communicate with you in Arabic or
19  English?
20  A  Both.
21  Q  Did George write you any letters or
22  documents in Arabic?
23  A  Once in a while.
24  Q  Do you think that your brother maintained
25  fluent use of the language even though he had not

**Page 80**

S. BAGHDADY - DIRECT - SPALDING

1
2  lived in Lebanon?
3  A  He did.
4  Q  Did you tell George that the power of
5  attorney designated Sami El Teeny to determine the
6  price of the property?  Did you tell George that's
7  what it said?
8      MR. FORTNER: Objection to the form.
9      Which power of attorney are we talking
10      about?  There is more than one.
11      MS. SPALDING: The second one.
12  A  Incorrect.  The second one does not allow
13  Sami Teeny to determine.  It is stating to Sami Teeny
14  to admit that George has received this amount from me
15  in cash.
16  Q  Okay.  And that was the 245,000 Lebanese
17  lira?
18  A  The amount of money, the purchase price.
19  Q  It says in cash, though, doesn't it?
20  A  Correct.  That's what the document says.
21  Q  But George didn't receive it in cash, did
22  he?
23  A  That's what he signed to.  He received
24  twenty-five plus a consideration equal to whatever
25  cash he wanted.

**Page 81**

S. BAGHDADY - DIRECT - SPALDING

1
2  Q  Did he demonstrate understanding of what the
3  document said at the time that he signed it?
4      MR. FORTNER: Objection to the form.
5      Which power of attorney are we talking
6      about?
7      MS. SPALDING: We're talking about the
8      second power of attorney.
9      MR. FORTNER: Okay.
10  A  Repeat the question, please.
11  Q  Did he demonstrate understanding of what the
12  words said to the second power of attorney?
13  A  You have to ask him, because he signed it in
14  front of a notary public.
15  Q  I'm asking you --
16  A  Not in front of me.
17  Q  -- if he made any suggestion or demonstrated
18  any understanding or said any words that reflected
19  that he knew what it said?
20  A  Of course, he did.  He read it.  He took it.
21  He hand-carried it up to Massachusetts, along
22  with a power of attorney for my representative to
23  represent me in the sale.  The both documents arrived
24  to me from Lebanon, and I had called him, he went up
25  and he looked at the document and read it and I read

S. BAGHDADY - DIRECT - SPALDING

1  my portion of the document whereby each one of us is
2  nominating a representative to effect the transfer of
3  the shares.
4     Q  And who did you nominate?
5     A  Maurice Abou Zaid.  And both documents by
6  him and I were signed at the same time in front of
7  the notary public in Massachusetts, I selecting
8  Maurice Abou Zaid and he selecting Sami Teeny as his
9  representative.
10    Q  And who was the notary public?
11    A  Mary Cooper.
12    Q  Mr. Baghdady, would you look at paragraph
13  13 for me.  Could you read that paragraph to yourself
14  and tell me whether it is true or whether you deny
15  it?
16    A  "While at..." --
17        MR. FORTNER:  To yourself.
18        THE WITNESS:  To myself?
19        MR. FORTNER:  Yes.
20    A  Untrue.
21    Q  Tell me what part is untrue.
22    A  The whole thing is not true.
23    Q  Did you ever promise George or did you ever
24  agree to provide George with a sealed and registered

S. BAGHDADY - DIRECT - SPALDING

1  copy of the authenticated Purchase & Sale Agreement?
2        MR. FORTNER:  Objection to the form.
3        You may answer.
4     A  That was between him and his agent.  I was
5  not involved.  It was within his control, not mine.
6     Q  How was it within his control?
7     A  He appointed an agent, and the agent
8  represented him in a contract.  I was not party of
9  that.
10    Q  And that was Sami El Teeny?
11    A  Correct, of which I was not a party of.
12    Q  And it is your testimony that George
13  contacted Sami El Teeny in Lebanon?
14    A  Of course.  Of course.
15    Q  And they corresponded back and forth?
16    A  I have no idea.
17    Q  Did they write back and forth?
18    A  I don't know.  You can ask him, but the
19  communication was there, and the instructions were
20  going back and forth between him and his agent that I
21  was not a party of.
22    Q  Now, is Sami El Teeny your brother-in-law?
23    A  He is.
24    Q  Mr. Baghdady, you are a sophisticated

S. BAGHDADY - DIRECT - SPALDING

1  businessman, and you have memorialized or you allege
2  you memorialized these other agreements or these
3  certain agreements.  When you send a check you send a
4  letter that goes with it that explains what the check
5  is for.
6     Q  Did you get a copy of the sealed and
7  registered copy of the authenticated Purchase & Sale
8  Agreement?  Did you have one sent to you?
9        MR. FORTNER:  Objection to the form.
10    A  No, I did not.  It came to him.
11    Q  Came to who, George?
12    A  Authenticated when?
13    Q  After the property had been transferred.
14    A  No, because I obtained a copy authenticated
15  after the lawsuit went, but not before that.
16    Q  But not before?
17    A  No.
18    Q  And why was it that you didn't get that?
19    A  Because my agent got it.  Maurice Abou Zaid
20  represented me and got a copy in Lebanon.
21    Q  You wouldn't have wanted a copy to have
22  around for your kids --
23    A  He got it for me.  Eventually I got it.
24    Q  -- in case something happened?

S. BAGHDADY - DIRECT - SPALDING

1        MS. SPALDING:  Wait a minute.  Let me
2        finish the question.
3     Q  Your claim is that you owned the whole piece
4  of property that that apartment building is on,
5  right, as of 1977?
6     A  Correct.
7     Q  As a prudent businessman, it didn't occur to
8  you to have some document here in the United States
9  that would protect your children?
10    A  I went back --
11        MR. FORTNER:  Objection to the form.
12        You may answer.
13    A  I went back and the copy was there.
14        MR. FORTNER:  Let me get my objection
15        out before you answer.
16    Q  And you did not bring a copy home with you
17  when you came home?
18    A  I could have, correct, for my file.
19    Q  But you did not?
20    A  I have no reason to doubt that I did.
21    Q  I want you to look at paragraph 17.  Now,
22  your brother, George, claims that he learned on
23  October 5th of 1996 that the document signed on June
24  27th, 1977 was a power of attorney form and not a

Page 86

S. BAGHDADY - DIRECT - SPALDING

1 Purchase & Sale Agreement, and I take it you dispute
2 that?
4    A  It is a totally wrong statement, and he
5 knows it.
6    Q  Tell me the basis of why you dispute
7 paragraph 17.
8    A  I mean he signed that.  Number one, it's not
9 June 27th.
10   Q  Which is it?
11   A  I don't know which one he's referring to.
12 There was nothing on June 27th.  You tell me what was
13 on June 27th and I'll agree or disagree.  The powers
14 of attorney was one in May in front of the Lebanese
15 Consul and one in June, June 17, not 27th.
16   Q  Okay.
17   A  So that statement is wrong.
18   Q  Do you believe that your sister, Georgette,
19 knew of this transfer in 1977?
20   A  Yes, I do.
21   Q  And why do you believe that?
22   A  Because we had several discussions, her and
23 I, on the phone and when I was in Lebanon.  And she
24 knew the transfer went through.
25   Q  How about --

Page 87

S. BAGHDADY - DIRECT - SPALDING

1    A  And she was accepting actually rents on my
2 behalf.  On my behalf she was accepting rents from
3 the manager, Sami Teeny, from the building so she
4 would have known.  She was signing on Sami Baghdady's
5 behalf.
6    Q  It's your brother's position --
7    A  Can I finish my statement?  Plus at the time
8 of the transfer I sent her $4,500 for the recording
9 of the property that she gave my agent, Maurice Abou
10 Zaid, to pay for the tax on the transfer.
11   Q  Mr. Baghdady, I would like you to turn to
12 the affirmative defenses in your Answer.
13      MR. FORTNER:  The December 4 Answer?
14      MS. SPALDING:  Yes.
15      MR. FORTNER:  It's this document.
16   Q  Now, in your First Affirmative Defense it
17 says, "Further answering all counts, defendant
18 Baghdady denies each allegation of the Second Amended
19 Complaint unless it was specifically admitted to
20 above."
21      And what I want you to do is turn to
22 paragraph 23 in which you neither admit nor deny the
23 allegations to paragraph 23, except that, "The
24 defendant admits that the property was properly

Page 88

S. BAGHDADY - DIRECT - SPALDING

1 conveyed to him."
2      So that this that says that you deny each
3 allegation unless specifically admitted to is not
4 really true, is it?
5      MR. FORTNER:  Oh come on.  I'm going to
6      object to the form of that question.  He has
7      denied it to the extent that he denied it
8      and he admits it to extent that he admitted
9      it.  That's how I read it.
10     MS. SPALDING:  I think the document
11     speaks for itself.
12     MR. FORTNER:  I agree.
13   Q  Let's go down to the Fourth Affirmative
14 Defense.  It says, "The plaintiff, Baghdady, by his
15 actions has waived any and all claims asserted in the
16 Second Amended Complaint."
17     What actions on the part of George do you
18 claim are a waiver of any claims that he asserts?
19     MR. FORTNER:  Note my objection to the
20     extent it calls for understanding of the
21     document of waiver and for a legal
22     conclusion, but he can answer to the extent
23     that he knows.
24   A  I don't know what it was.  I don't know what

Page 89

S. BAGHDADY - DIRECT - SPALDING

1 you're talking about.
2    Q  You don't know?
3    A  No.
4    Q  I take it, you also don't know what estopped
5 from asserting each and every claim means, either, do
6 you?
7      MR. FORTNER:  Same objection.  You may
8      answer, if you understand it.
9    A  I don't.
10   Q  Mr. Baghdady, where was your mother when
11 these transfers of the shares of George in this
12 transaction took place?
13     MR. FORTNER:  Objection to the form.
14   A  Which transaction?
15   Q  The transaction of August of 1977?
16   A  Of George?
17   Q  With George.
18   A  She was in the United States.
19   Q  She was in the United States?
20   A  To the best of my knowledge.
21   Q  When did she come to the United States that
22 year?
23   A  Again, to the best of my recollection, in
24 the spring of '77 or summer.  I don't recall.

GEORGE J. BAGHDADY vs.
SAMI J. BAGHDADY, ET AL

Case 3:04-cv-1663-JG    Document 16-2    Filed 11/29/2004    Page 25 of 54

SAMI J. BAGHDADY - SESSION I
SEPTEMBER 14, 1999

| Page 90 |
|---|

S. BAGHDADY - DIRECT - SPALDING

1
2  Q  Why did she come to the United States?
3  A  She was an ill woman.  She was sick.
4  Q  What was wrong with her?
5  A  Many complications, diabetes.
6  Q  And why did she come to the United States,
7  for medical care?
8  A  Correct.
9  Q  When did she return to Lebanon?
10  A  I believe in the fall, the fall of '77,
11  October, November.
12  Q  Did you accompany her back to Lebanon when
13  she went back?
14  A  Not on this trip.
15  Q  Okay.  Do you know who went back with her --
16  A  Georgette.
17  Q  -- to Lebanon?
18  A  Georgette.
19  Q  In what condition did your mom go back?
20  A  In very bad condition.  I had purchased
21  seats for her on the plane to make her more
22  comfortable, a bed.
23  Q  More comfortable?
24  A  Yes.
25  Q  It was expected your mother was going to go

| Page 91 |
|---|

S. BAGHDADY - DIRECT - SPALDING

1
2  home and pass away?
3  A  That's what the doctor said.
4  Q  When did your mom pass away?
5  A  I believe early '78.  Yes, early '78, the
6  end of January.
7  Q  Were you aware of or was your mom aware of
8  this transfer of the shares from George?
9  A  To the best of my knowledge, she was.
10  Q  She was in the United States from, you said,
11  early spring until the fall of 1977.  You were in the
12  United States during that period of time, too?
13  A  Correct.
14  Q  Did you ever have occasion to talk to her
15  about this transfer?
16  A  Not really, because she and George had
17  discussed it at that time and asked George if he
18  wanted to buy his brother's shares, Elie's shares,
19  and he did not want any part of it so she was very
20  aware.
21  Q  How do you know that?
22  A  In front of me discussions between her and
23  him.
24  Q  You claim you personally witnessed --
25  A  Of course.

| Page 92 |
|---|

S. BAGHDADY - DIRECT - SPALDING

1
2  Q  -- these discussions?
3  A  Of course.
4  Q  Do you remember when I asked you earlier if
5  Georgette was with you when you went down to the
6  Consul's office?
7  A  She was not.
8  Q  Do you know where your mom was staying
9  during that time?
10  A  At my place.
11  Q  Did your mom come down with you to meet
12  George to go to New York?
13  A  My mother was a very sick woman.  No, she
14  did not.
15  Q  And that's why she didn't come, because she
16  was too ill?
17  A  No, it wasn't.  She had nothing do with it,
18  either.  It was between me and George.
19  Q  During the period of time that your mom was
20  in the United States in 1977, did she ever spend part
21  of that time at George's house?
22  A  Not on that trip, I don't believe, to the
23  best of my recollection.
24  Q  During 1977, did you travel to Lebanon?
25  A  '77?

| Page 93 |
|---|

S. BAGHDADY - DIRECT - SPALDING

1
2  Q  '77.
3  A  I don't recall.  I do not recall, because my
4  mother was sick here.
5  Q  You didn't want to be far away?
6  A  I had to be with her.
7  Q  So you don't remember making any trips to
8  Lebanon between January 1977 and September of 1977?
9  A  I don't think I did.  No, I don't think I
10  did make any trips.
11  Q  All right.
12  A  That is to the best of my recollection.
13  Q  When you transferred Elie's shares, where
14  you registered the transfer of Elie's shares to you,
15  was your mother present with you at the Registry?
16         MR. FORTNER:  Objection to the form.  I
17       will let you answer it, but I don't see the
18       relevance.
19  A  That is very vague, transfer.
20         MR. FORTNER:  If you don't understand,
21       that's fine.
22  Q  What don't you understand about the
23  question?
24  A  What transfer?
25         MR. FORTNER:  Is your question when the

Page 94

1    S. BAGHDADY - DIRECT - SPALDING
2    transaction was recorded?  Is that what your
3    question is?
4    MS. SPALDING: Yes.
5    A  Repeat the question, please.
6    Q  When the transaction that concerned Elie's
7    800 shares to you was recorded at the Registry, were
8    you there?
9    A  No, I was not.
10    Q  Was your mother there?
11    A  Not to the best of my knowledge, no.
12    Q  Now, why was the power of attorney that was
13    signed at the Consulate not listed or cited into the
14    contract for purchase and sale in Zahleh?
15    MR. FORTNER: Objection to form.  You
16    can answer, if you know.
17    A  That is a requirement that concerns the
18    Registry, not me.
19    Q  So you don't know?
20    A  I don't know.
21    Q  Do you remember a meeting following your
22    mother's funeral in Lebanon in which there was a
23    discussion among your four siblings about the
24    property?
25    A  No, I don't.

Page 95

1    S. BAGHDADY - DIRECT - SPALDING
2    Q  There was no meeting?
3    A  Not with me.
4    Q  There was no meeting with you and there was
5    no meeting in which you were present --
6    A  Correct.
7    Q  -- in which Georgette's life estate and
8    custody of the property was discussed?  You don't
9    remember anything about that?
10    A  In what year was that?
11    Q  It was right after the funeral.
12    A  What year?
13    Q  1978.
14    A  No, I don't.
15    Q  All right.  Do you remember being asked to
16    give Georgette a general delegation power of attorney
17    in February of 1978?
18    A  No, I don't, because whenever I wanted
19    something from Georgette I used to give her a
20    specific power of attorney to direct her what to do.
21    There was no need for me to issue that kind of power
22    of attorney to her at that time.
23    Q  In 1978, were you designated as the point of
24    contact among the three brothers concerning
25    Georgette's needs and all important matters relating

Page 96

1    S. BAGHDADY - DIRECT - SPALDING
2    to the property?
3    MR. FORTNER: Objection to the form.
4    Q  Did your brothers appoint you as the point
5    of contact?
6    MR. FORTNER: Objection to the form.
7    You can answer, if you understand it.
8    A  They did not, and they were not owners of
9    the property.  They were not in a position to dictate
10    to anybody what they wanted to do.
11    Q  And it is your position they knew that in
12    1978?
13    A  Of course, they did.  They did and Georgette
14    did.
15    Q  Was the property damaged at some point by a
16    bomb?
17    A  Several times.
18    Q  Can you tell me in what years that occurred?
19    A  During the war.  I can't tell you, but I
20    know I spent money fixing it.
21    Q  What I want you to tell me is this, if you
22    can, like the amount of damage, the estimated cost of
23    the damage?
24    A  My manager, Sami Teeny, was in charge of all
25    the repairs, and I sent him money as he requested,

Page 97

1    S. BAGHDADY - DIRECT - SPALDING
2    you see, along with whatever monies he had on hand to
3    do the repairs.
4    Q  Now, do you remember how much money you sent
5    him?
6    A  I know a lot of money.
7    Q  What is a lot of money?
8    MR. FORTNER: Objection to the form.
9    You can answer.
10    A  $15,000, $20,000, $25,000.
11    Q  Do you have copies of those checks, sir?
12    MR. FORTNER: Objection to the form.
13    It assumes it was by check.
14    Q  How did you usually send that money?
15    A  From the rents he was collecting on my
16    behalf.
17    Q  I mean the money that came from you
18    personally.
19    A  Whenever I was there I used to pay any
20    outstanding bills pertaining to that from my bank
21    account from Zahleh.
22    Q  And you used to pay those in cash?
23    A  Yes.
24    Q  And any money you gave Georgette you gave
25    her in cash?

GEORGE J. BAGHDADY vs.    Multi-Page™    SAMI J. BAGHDADY - SESSION I
SAMI J. BAGHDADY, ET AL        SEPTEMBER 14, 1999
Document 16-2    Filed 11/29/2004    Page

---

**Page 98**

S. BAGHDADY - DIRECT - SPALDING

1
2  A  That is all they did over there is cash.
3  They have no checks.
4  Q  Tell me this, do you know if George sent any
5  money over for the repair of the building as a result
6  of the bombing?
7  A  Not to my knowledge.
8  Q  But he could have?
9     MR. FORTNER:  Object to the form.
10  A  I would say no.  He was not an owner, so how
11  could he be repairing somebody else's property.
12  Q  If he believed he was still an owner?
13  A  This is a hypothetical statement that I do
14  not comment on.
15  Q  So you have no knowledge of George sending
16  money to Georgette?
17  A  Absolutely not, plus Georgette was not the
18  person in charge of the repairs.  Sami Teeny was, and
19  nothing was done without Sami Teeny's approval and
20  participation.
21  Q  How many times did you ask George to sign
22  documents in relationship to this transfer of the 800
23  shares?
24  A  Never.
25  Q  You never asked him to sign any documents?

---

**Page 99**

S. BAGHDADY - DIRECT - SPALDING

1
2  A  Never.
3  Q  You never asked George to provide you with a
4  power of attorney?
5  A  Not to me, no.
6  Q  What about the one for Sami El Teeny?
7  A  Absolutely not.
8  Q  Did you ever tell him that those papers were
9  going to be needed?
10  A  Not me.
11  Q  Mr. Baghdady, what was the date of the
12  registration and the Contract of Sale at the Registry
13  in Zahleh?
14  A  I believe 11 August '77.
15  Q  Now, I take it that Mary Cooper for
16  pertinent times relative to this Complaint has been
17  your employee, correct?
18  A  Correct.
19  Q  When did you first employ Mary Cooper?
20  A  1970.
21  Q  What was her position then?
22  A  My secretary and bookkeeper.
23  Q  And the name of your company was Cedar --
24  A  -- crest Construction Company.
25  Q  Did the name of the company ever change?

---

**Page 100**

S. BAGHDADY - DIRECT - SPALDING

1
2  A  Not really.  It was at a later date a
3  corporation.  I did away with that because I was
4  inactive and I picked up the title of Cedarcrest
5  Apartments.
6  Q  Okay.  Is that currently what it is now,
7  Cedarcrest Apartments?
8  A  Apartments.
9  Q  What did I say?
10  A  Compartments.
11     MR. FORTNER:  I think you both said the
12  same thing.  I will be the moderator on that
13  one.
14  Q  You dissolved the corporation?
15  A  I dissolved the corporation, correct.
16  Q  When did the corporation dissolve?
17     THE WITNESS:  I'll ask my attorney.
18     MR. FORTNER:  No.  You have to answer,
19  if you know.  If you don't know, you don't
20  know.
21  A  I don't know.
22  Q  Did Cedarcrest Construction ever build any
23  buildings besides the apartment house?
24  A  Yes.
25     MR. FORTNER:  Which apartment house?  I

---

**Page 101**

S. BAGHDADY - DIRECT - SPALDING

1
2  object to the form.
3     MS. SPALDING:  The one where the
4  offices of Cedarcrest Apartments are.
5     MR. FORTNER:  Okay.
6  Q  And that is how you made your living?
7  A  Correct.
8  Q  I take it, you also made your living from
9  certain rental properties that you have, correct?
10  A  Yes.  What I build I rent.
11  Q  How many buildings did you build?
12  A  Several.  Several.
13  Q  Is several more than three?
14  A  Yes.
15  Q  Is it less than seven?
16  A  No.
17  Q  Is it more than ten?
18  A  Could be, yes.
19  Q  Is it less than 15?
20  A  Several buildings.
21  Q  Is it less than 15?
22  A  Could be, yes.
23  Q  Could it be more than 15?
24     MR. FORTNER:  How is this relevant?
25  A  No.

---

GEORGE J. BAGHDADY vs.        Multi-Page™        SAMI J. BAGHDADY - SESSION I

SAMI J. BAGHDADY, ET AL    Case 3:01-cv-01555-SRU    Document 16-2    Filed 11/29/2004    Page    SEPTEMBER 14, 1999

**Page 102**

S. BAGHDADY - DIRECT - SPALDING

1
2 Q It can't be more than 15. Do you still own
3 those 15 buildings?
4 A I do.
5 Q Who manages those buildings for you?
6 A Now?
7 Q Yes.
8 A My son, Samir, with the help of Mary Cooper.
9 Q All right. And Mary Cooper, I take it,
10 does the books for collecting the rents from all of
11 those places?
12 A General functions, general secretarial
13 office functions, including tenant relationships and
14 what have you.
15 Q Okay. As of today Mary Cooper still works
16 for you?
17 A Yes.
18 Q And can you tell me what her yearly salary
19 is?
20 A (No response from the witness.)
21 Q What do you pay her?
22 (Witness looking to Mr. Fortner for
23 support.)
24 MR. FORTNER: I can understand why
25 you're asking the question. I think that

**Page 103**

S. BAGHDADY - DIRECT - SPALDING

1
2 there may be a problem from the standpoint
3 of Mary Cooper's rights to financial privacy
4 with that question being posed in part of
5 the public record.
6 MS. SPALDING: Do you represent Mary
7 Cooper?
8 MR. FORTNER: No, but as an attorney I
9 would rather not have someone have their
10 financial affairs probed into. Perhaps we
11 should call Mary Cooper and ask her whether
12 she would like this question in the public
13 record.
14 MS. SPALDING: Well, I --
15 MR. FORTNER: I offer as an
16 alternative -- Is there a protective order
17 in the case? I don't think there is.
18 MS. SPALDING: There is no protective
19 order about this.
20 MR. FORTNER: I know that. What I was
21 hoping to do is figure out a way for you to
22 get the answer to the question that you're
23 trying to probe without it becoming public.
24 I would assume people do not want
25 non-party's financial affairs to become part

**Page 104**

S. BAGHDADY - DIRECT - SPALDING

1
2 of the public record.
3 MS. SPALDING: Let me move on --
4 MR. FORTNER: Okay.
5 MS. SPALDING: -- and I will ask you
6 some other questions.
7 THE WITNESS: Fine.
8 MS. SPALDING: For the time being,
9 though, are you telling him not to answer
10 that particular question?
11 MR. FORTNER: I'm not making any
12 direction. What I'm saying is I'm concerned
13 about this.
14 MR. SPALDING: All right. Let me ask
15 it another way.
16 Q Do you pay Mary Cooper a salary?
17 A I do.
18 Q Does Mary Cooper own any part of Cedarcrest
19 Apartments?
20 A No, she does not.
21 Q Where does she live?
22 A She lives in one of my apartments.
23 Q Does she pay rent?
24 A That is part of her compensation.
25 Q It's part of her compensation?

**Page 105**

S. BAGHDADY - DIRECT - SPALDING

1
2 A A residence, plus a salary, plus fringe
3 benefits.
4 Q And what are the fringe benefits?
5 MR. FORTNER: Answer in general terms.
6 A Hospitalization.
7 Q Like you pay medical?
8 A Hospitalization includes medical.
9 Q Yes, health expenses?
10 A Right.
11 Q Do you provide an automobile for her?
12 A Transportation for the business that she
13 drives. I do the same to my son, Samir, also.
14 Q Do you contribute to any pension?
15 A No.
16 Q Is she awarded cash bonuses at any time,
17 like at the end of the year?
18 A No.
19 Q Is Mary Cooper still under your employ even
20 though you are retired?
21 A That's why I am retired, because I have
22 employees.
23 Q What is the fair market rental value of the
24 apartment in which Mary Cooper lives?
25 THE WITNESS: I think that's personal,

GEORGE J. BAGHDADY vs.
SAMI J. BAGHDADY, ET AL

Multi-Page™

SAMI J. BAGHDADY - SESSION I
SEPTEMBER 14, 1999

---

Page 106

S. BAGHDADY - DIRECT - SPALDING

1
2  too.  What is the value of Samir's car that
3  he drives?
4      MR. FORTNER: No, no.
5      THE WITNESS: Do I have to answer?
6      MS. SPALDING: I think you have to
7  answer that question.
8      MR. FORTNER: Where you are going with
9  this is to try to impeach her credibility,
10  and I understand that.  What the fair market
11  value of the compensation that she receives,
12  be it the apartment, the health insurance,
13  or the use of transportation I don't think
14  is really necessary for the purposes of what
15  you're trying to do with that.  We again get
16  into the issue of her rights of financial
17  privacy that I'm concerned about.
18      MS. SPALDING: But I didn't ask him how
19  much he pays out each month for health
20  insurance and how much the cost of the car
21  is.  I haven't even asked him if he services
22  the car for her.
23      MR. FORTNER: I understand.
24      MS. SPALDING: I think I'm entitled to
25  that one piece of information.

---

Page 107

S. BAGHDADY - DIRECT - SPALDING

1
2  Q  What is the fair market value of that
3  apartment?
4      MR. FORTNER: Can I chat?
5      MS. SPALDING: Take a short break.
6      (Brief recess taken.)
7      MS. SPALDING: Would you read the last
8  question.
9      (The pending question was read by the
10  reporter.)
11      MR. FORTNER: I had a chance to talk
12  with my client while we were off the
13  record.  I'm going to maintain an objection,
14  not that I represent Mary Cooper, although
15  she is an employee of Mr. Baghdady, so there
16  is a question there on what my rights are.
17  In any event, I will maintain the objection
18  and my expressed concern about an invasion
19  of her rights to financial privacy, but in
20  light of what I believe my client's answer
21  is going to be I will allow him to answer,
22  because I don't want to waste time.
23  A  I don't know.
24  Q  How many square feet is that apartment?
25  A  About 1,800.

---

Page 108

S. BAGHDADY - DIRECT - SPALDING

1
2  Q  1,800 square feet.  Now, is there any
3  formula in which you calculate the percentage of the
4  value of the unit to the value of the apartment house
5  to the whole?
6  A  Not to my knowledge.
7  Q  Now, is her apartment on the top floor?
8  A  It is not her apartment.  That is my
9  apartment.
10  Q  The apartment that she rents from you?
11  A  She does not rent from me.
12  Q  Okay.
13  A  I own that apartment.
14  Q  And she lives in it as part of her
15  compensation?
16  A  She lives in it as part of her
17  compensation.
18  Q  And she is paid --'
19  A  Temporarily.
20  Q  When we --
21  A  Until I decide to move her out of there.
22  Q  So that --
23  A  My deal with her is I provide her with
24  housing.  That's all.
25  Q  Is Mary Cooper's housing at your whim?

---

Page 109

S. BAGHDADY - DIRECT - SPALDING

1
2      MR. FORTNER: Objection to the form.
3      MS. SPALDING: That's what he's
4  saying.
5      MR. FORTNER: No, he isn't.
6      MS. SPALDING: If he's going to get
7  cute with me, I'm going to get cute back.
8      MR. FORTNER: I don't think that was
9  cute.  If you want him to explain what the
10  terms of the arrangement are, that's fine.
11  Q  How much did it cost to build that building?
12  A  I don't recall.
13  Q  Did you take out a construction loan to
14  build that building?
15      MR. FORTNER: How is this relevant?
16      MS. SPALDING: I'm trying to get at the
17  value of that apartment.
18      MR. FORTNER: He already said he
19  doesn't know of any formula to do square
20  foot of the building versus square foot of
21  the apartment.
22      MS. SPALDING: But I can ask relevant
23  facts that may lead to it.
24      MR. FORTNER: But I don't think any of
25  this is relevant.  I've allowed you to do it

Page 110

```
1          S. BAGHDADY - DIRECT - SPALDING
2      because I don't want to waste time calling
3      up the judge, although we had it pretty easy
4      in getting ahold of him.  He already said
5      she receives as part of her compensation the
6      use of the apartment.  That's your issue.
7          MS. SPALDING:  Okay.
8   Q  That is the penthouse that she lives in,
9  right?
10  A  The highest apartment in the building.
11  Q  Are there any other apartments on the top
12 floor of the building?
13  A  No.
14         MS. SPALDING:  Okay.  I think I have
15     enough.
16  Q  Mr. Baghdady, do you have any experience in
17 how the monthly rental value of an apartment or house
18 is set?
19         MR. FORTNER:  Objection to the form.
20     Where?
21         MS. SPALDING:  In Massachusetts.
22         MR. FORTNER:  Why is that relevance?
23     He can answer that yes or no, but I don't
24     see the relevance.
25  A  No, I don't.
```

Page 111

```
1          S. BAGHDADY - DIRECT - SPALDING
2   Q  For how long a period of time has Mary
3  Cooper lived in that apartment?
4   A  For the last nine years.
5   Q  Do you report that on the income taxes, the
6  rental value of that?
7          THE WITNESS:  That's not relevant.
8          MR. FORTNER:  How is this relevant?
9          MS. SPALDING:  I think it is because
10     you have Mary Cooper authenticating
11     documents.  It's our position that it's not
12     an arm's length arrangement.  She is not an
13     indifferent person.
14         MR. FORTNER:  But you've already gotten
15     all the testimony of what her compensation
16     is.  If you want to claim that because she
17     gets the compensation she is biased in some
18     way, you've got it.
19  Q  Do you claim that on your taxes?
20         MR. FORTNER:  I don't see the relevance
21     of that question.  I really don't.
22         MS. SPALDING:  Are you telling him not
23     to answer?
24         MR. FORTNER:  Yes.  I'm going to object
25     and direct him not to answer that one.
```

Page 112

```
1          S. BAGHDADY - DIRECT - SPALDING
2          MS. SPALDING:  Okay.
3          MR. FORTNER:  I'll draw the line in the
4      sand on that one.  That's ridiculous.
5   Q  If you were to rent out that apartment if it
6  became vacant, what would you rent it out for?
7          MR. FORTNER:  He already testified he
8      doesn't know what the fair market value is,
9      Counsel.  Next question.
10  Q  Do you withhold Federal Income Tax, FICA?
11  A  The what?
12  Q  Do you withhold taxes and Social Security
13 from the amount of money that is paid to Mary
14 Cooper?
15         MR. FORTNER:  You can answer that yes
16     or no.
17  A  No.
18  Q  As you sit here today, is it your testimony
19 that you don't know what the fair market value of the
20 monthly rental of that apartment is?
21  A  Correct.
22         MR. FORTNER:  Objection.  Asked and
23     answered.
24  Q  If the apartment were vacant, what would you
25 rent the apartment for?
```

Page 113

```
1          S. BAGHDADY - DIRECT - SPALDING
2   A  It will not be vacant, and I will not rent
3  it.
4   Q  And why won't you rent it?
5   A  Because it is my residence, part of my
6  residence.
7   Q  You don't live there, do you?
8   A  No, no, in a way I do, back and forth.  I
9  have my belongings there.
10  Q  Do you have personal belongings there,
11 including toiletries in that apartment?
12  A  What?
13         MR. FORTNER:  Oh for heaven's sake.
14  Q  Do you have personal belongings, as well as
15 toiletries, in that apartment?
16  A  No, ma'am.  Furnishings.
17  Q  And you own the furnishings?
18  A  Yes, I do.
19  Q  Now, Mr. Baghdady, tell us what are your
20 business qualifications and experience in buying and
21 selling real estate?
22  A  My experience?
23  Q  Yes.
24  A  My experience?
25  Q  Yes.
```

**Page 114**

S. BAGHDADY - DIRECT - SPALDING

2 A Building for myself and whatever I learned
3 on my own.
4 Q And as you sit here today, you have like
5 15 properties; is that right?
6 A I have a bunch of properties, less than 15.
7 Q Less than 15.
8 A I answered that.
9 Q And I'm trying to find out what your
10 expertise in the leasing and buying and selling of
11 real estate?
12 A I don't do that. Mary Cooper does that.
13 She is a licensed broker.
14 Q And so you rely on Mary Cooper to take care
15 of those things?
16 A If I need that kind of service.
17 Q Okay. How many properties do you own in
18 Lebanon?
19 A One property.
20 Q Did you ever own any other properties?
21 A And another property I'm building on.
22 Q So you own two properties?
23 A Correct.
24 Q Is the second property in Zahleh?
25 A Correct.

**Page 115**

S. BAGHDADY - DIRECT - SPALDING

2 Q And you are currently building on it?
3 A Correct.
4 Q What are you building on it?
5 A An apartment house.
6 Q How many units?
7 MR. FORTNER: You can answer that, but
8 I'm not going to let it go much further. I
9 don't know what the relevance is. Do you
10 know?
11 THE WITNESS: Yes, I do.
12 A Seven.
13 Q Do you have any experience in valuation of
14 properties?
15 A No, ma'am.
16 Q Do you have any experience in purchase and
17 sale agreements?
18 MR. FORTNER: Objection to the form.
19 You can answer that, if you understand it.
20 A No.
21 Q Do you have any experience in the
22 development of undeveloped property?
23 A Repeat that question.
24 Q Do you have any experience in the
25 development of undeveloped property?

**Page 116**

S. BAGHDADY - DIRECT - SPALDING

2 MR. FORTNER: Objection to the form.
3 You may answer, if you understand it.
4 A Yes, from what I build.
5 Q And those would be the properties that are
6 in Massachusetts and the work that you did on the
7 apartment building that is the subject of this
8 contest and the building that you are currently
9 building, right?
10 A Correct.
11 Q Do you have experience in the construction
12 trade?
13 MR. FORTNER: Objection to the form.
14 You can answer, if you understand it.
15 A From what I built, limited to what I built.
16 Q And I take it, you have never managed your
17 rental properties yourself?
18 A Through my staff, through Mary Cooper, my
19 son, and my family, correct.
20 Q And in Zahleh through Sami El Teeny, your
21 brother-in-law, correct?
22 A Yes.
23 Q When you purchased property for development
24 purposes, when you have in the past, who has
25 negotiated the offer to buy?

**Page 117**

S. BAGHDADY - DIRECT - SPALDING

2 A I do.
3 Q You do that?
4 A Yes.
5 Q What is entailed in negotiating an offer to
6 purchase land?
7 A It's standard that you offer a piece of land
8 for a block of money.
9 Q And how do you determine on what is a decent
10 offer?
11 A Usually --
12 MR. FORTNER: Objection to the form.
13 If you understand it, you can answer.
14 A Usually the real estate man through which
15 I'm buying.
16 Q Does Mary Cooper act as your broker?
17 A Not necessarily, but if I need her she
18 could.
19 Q Do you have someone other than yourself
20 prepare the purchase and sale agreements?
21 MR. FORTNER: Objection to the form.
22 Objection as to relevance. You may answer.
23 A My real estate person usually does that.
24 Q Do you attend to the closings of these
25 purchases that you've made over time? Do you go to

Page 118

S. BAGHDADY - DIRECT - SPALDING

1 S. BAGHDADY - DIRECT - SPALDING
2 the closings?
3 A I do.
4 Q Okay.
5 A I better go.
6 Q Do you recall those letters that you claim
7 that you sent to your brother in the 1970s with
8 checks in them?
9 A Which ones?
10 Q The one from 1971 and the one from 1978.
11 A Yes.
12 Q Did you send those certified mail?
13 A I don't believe so.
14 Q So you don't have any domestic return
15 receipts that you can produce?
16 A No, I don't.
17 Q Are you familiar with the process for the
18 purchase of property and the recording of title to
19 transfer in deed in Lebanon?
20 A No.
21 Q And you relied on your agent to carry out
22 those things?
23 A Yes.
24 MR. FORTNER: Objection to the form of
25 that answer.

Page 119

1 S. BAGHDADY - DIRECT - SPALDING
2 Q Do you know whether at the Registry office
3 the buyer and seller are required to be present or if
4 one or both of the parties cannot be present?
5 A From what happened, apparently not, no,
6 because both agents were able to effect the transfer.
7 Q Do you have knowledge as to how an
8 agreement between two permanent residents of the
9 United States can be legalized or certified to be
10 become effective in a Lebanese court of law?
11 A No, I don't.
12 Q How was the transfer of funds effected from
13 the United States to Lebanon to pay for the purchase
14 of property in Lebanon?
15 MR. FORTNER: Is that the end of the
16 question?
17 MS. SPALDING: Yes.
18 MR. FORTNER: I object. Do you
19 understand it?
20 A Would you repeat that?
21 Q How was the transfer of funds effected from
22 the U.S. to Lebanon to pay for the purchase of
23 property in Lebanon?
24 MR. FORTNER: In general? I object to
25 the form.

Page 120

1 S. BAGHDADY - DIRECT - SPALDING
2 A Generally or specifically?
3 Q When did you buy the property that you are
4 building on now?
5 A In the '80s, late '70s, '80s.
6 Q Did you have an agent appear at the closing
7 of that property?
8 A Yes, I did.
9 Q So you can't tell us firsthand what was
10 said?
11 A Georgette was my agent.
12 Q Tell me this, how did you pay for it?
13 A I sent her money, and she paid.
14 Q How do you send money to Lebanon?
15 A At that time either by someone going
16 normally or if I am going.
17 Q If you are going yourself, do you carry
18 U.S. dollars on you?
19 MR. FORTNER: Objection. This is
20 completely irrelevant. There is no issue in
21 this case about the transfer of funds to
22 Lebanon. It is completely irrelevant.
23 You are also asking about a property
24 that has nothing to do with this case. I'm
25 not going to let him answer. It's

Page 121

1 S. BAGHDADY - DIRECT - SPALDING
2 irrelevant. If you can show me some
3 relevance to this case, ask away.
4 MS. SPALDING: I think the relevance is
5 obvious.
6 MR. FORTNER: Well, I guess I'm a
7 little dense, because I don't know what it
8 is.
9 MS. SPALDING: We'll come back to it.
10 MR. FORTNER: Okay.
11 Q What I would like you to do is tell me about
12 the property in Zahleh that is the contest of this
13 lawsuit.
14 I know that we've talked about there being
15 17 units, and you told me that it's in like three
16 buildings, correct?
17 A Correct.
18 Q Can you describe a little bit more about the
19 building for me?
20 MR. FORTNER: As it exists now?
21 MS. SPALDING: As it exists now.
22 A It is like a shoe, like a horse's shoe
23 building. It's four stories high.
24 Q Four stories high, and how many units per
25 story?

| Page 122 | Page 124 |
|---|---|

**Page 122**

S. BAGHDADY - DIRECT - SPALDING

1
2   A  On the average about four.  Some are five.
3   Q  Some are different sizes than the others or
4  are they all uniform?
5   A  Correct.  Three bedrooms and two bedrooms.
6   Q  Mr. Baghdady, my clients have always
7  described it as a luxury property, a luxury apartment
8  building.  Would you describe it that way?
9   A  They are badly misinformed.
10   Q  How are they badly misinformed?
11   A  It's in bad shape because Lebanese tenants
12  usually are responsible for repairs and nobody
13  repairs anything.  The place is run down.  If this is
14  luxury, then I am mistaken.
15   Q  Is it possible to evict tenants in Lebanon?
16   A  No.  They own the building literally by law.
17   Q  What do you think the value of that building
18  is now?
19   A  I have no idea.
20   Q  Do you know how a Purchase & Sale Agreement
21  which is formalized orally or in writing in the
22  United States is legalized for enforcement recording
23  in Lebanon for use to effect the transfer of title
24  and deed in Lebanon from seller to buyer?
25      MR. FORTNER: I object to the form.

**Page 123**

S. BAGHDADY - DIRECT - SPALDING

1
2      I'm going to object because I think it was
3      already answered, but if you understand the
4      question.
5   A  The answer is no.
6   Q  Do you know how property values are assessed
7  or estimated in Lebanon?
8   A  No, ma'am.
9   Q  Do you know whether valuations or methods of
10  estimation are like comparative properties,
11  historical trends, growth trends?
12   A  No, ma'am.
13   Q  You don't know any of that?
14   A  No.
15   Q  Is there a difference between the value of
16  land or properties and properties that are built up?
17   A  I have no idea.
18      MR. FORTNER: Objection to the form.
19   Q  Is the apartment house, which is the subject
20  of this case, landscaped?
21   A  Is it what?
22   Q  Is it landscaped?
23   A  No.
24   Q  Does it have any property around it?
25   A  No, no landscaping.

**Page 124**

S. BAGHDADY - DIRECT - SPALDING

1
2   Q  What do they mean in the construction trade
3  by built-in facilities?
4   A  I don't know.
5   Q  You never heard of that term?
6   A  No.
7   Q  Do you have any idea of what the cost of
8  construction per unit would be today in Zahleh
9  comparable to the building?
10   A  No.
11      MR. FORTNER: Objection to the form.
12   Q  The building that you are building, do you
13  know what the construction cost is per unit?
14   A  When it is finished, I will let you know.
15      MR. FORTNER:  You won't let her know,
16      because I don't think it's relevant.
17      MS. SPALDING:  I think it is.
18   Q  Is it a building that you would consider to
19  be comparable?
20   A  No.
21   Q  How is it different?
22   A  I don't know.
23   Q  You don't know what is being built over
24  there?
25   A  There you just keep on building and spending

**Page 125**

S. BAGHDADY - DIRECT - SPALDING

1
2  money until the thing is finished, and then you know
3  how much it cost you.
4      MR. FORTNER: Her question is -- Well,
5      okay.
6      MS. SPALDING: He's doing a fine job
7      just as he's doing.
8   Q  Do you have a construction mortgage for the
9  building?
10   A  No, ma'am.
11   Q  Do you have an estimate from the builder or
12  the engineer who is building that building?
13   A  No, ma'am.
14   Q  Have you paid out any money so far for
15  building costs?
16      MR. FORTNER:  This is completely
17      irrelevant.
18      MS. SPALDING:  It isn't, because I'm
19      trying to get a clear idea of what his
20      opinion is of the value of the building that
21      is already there.
22      MR. FORTNER:  But he said he has no
23      opinion.  There has also been no foundation
24      laid that the new building is at all
25      comparable to the older building.

GEORGE J. BAGHDADY vs.
SAMI J. BAGHDADY, ET AL

Multi-Page™

SAMI J. BAGHDADY - SESSION I
SEPTEMBER 14, 1999

Page 126

S. BAGHDADY - DIRECT - SPALDING

2    MS. SPALDING: I tried to ask him that
3  and he refuses to answer.
4    MR. FORTNER: Whether they are
5    comparable, he said he doesn't know.
6  A  I do not know.
7  Q  In your affidavit that accompanied your
8  motion for forum non conveniens, you indicated that
9  your brother, George, was raised in Zahleh until
10 approximately the age of 20. Is that your opinion
11 and belief?
12    MR. FORTNER: Could you show him the
13    affidavit?
14 Q  Do you believe that to be true, that he
15 lived there until he was 20?
16 A  I'm not too certain. He can tell you.
17 Q  But you signed this affidavit, and when you
18 signed this affidavit --
19 A  Thereabouts. He was 20, 21.
20 Q  It doesn't say thereabouts, does it?
21    MR. FORTNER: Actually, it says
22    approximately.
23 A  Approximately the age of 20.
24 Q  And when you signed this, you swore to tell
25 the truth, didn't you?

Page 127

S. BAGHDADY - DIRECT - SPALDING

2  A  Of course.
3  Q  And you say in paragraph 11, "George used to
4  send me poetry that he had written in Arabic."
5    When was the last time that George sent you
6  poetry?
7  A  I don't remember.
8    MR. FORTNER: I would like to see the
9    affidavit, because I want to make certain
10   you are quoting completely.
11    MS. SPALDING: Certainly.
12    MR. FORTNER: Okay.
13 Q  You don't remember?
14 A  I don't remember.
15 Q  Was it more than ten years ago?
16 A  Could be.
17    MS. SPALDING: Mark that, John.
18    (Plaintiff(s) Exhibit 6 for ID:
19    Affidavit.)
20 Q  In paragraph 14 it says, "I am the sole
21 owner of a 13-unit apartment building built on plot
22 246." Now, today in thinking about it, it's really
23 17 units, isn't it?
24 A  No. These are separate small rooms, and one
25 of the apartments of the 13 was divided into two.

Page 128

S. BAGHDADY - DIRECT - SPALDING

2  Basically, they are still the same regardless of how
3  many times they are partitioned.
4  Q  In Lebanon, interest in real property is
5  held through a system of shares which each owner has
6  in the property, right?
7  A  To my knowledge, correct.
8  Q  And any property and every property has a
9  total of 2,400 shares?
10 A  That is my understanding. Correct.
11 Q  "And from 1959 until 1974, George Baghdady,
12 Elie Baghdady, and I", meaning you, "each owned 800
13 shares in the apartment building." Is that correct?
14 A  Correct.
15 Q  And you claim that on May 18, 1977 George
16 executed a power of attorney, correct?
17 A  Correct. That was the one in New York.
18 Q  Okay. That was the one in New York?
19 A  Correct.
20 Q  And that was in May?
21 A  Correct.
22 Q  And on June 17th, he executed a second power
23 of attorney?
24 A  Correct.
25 Q  Why was he executing the second power of

Page 129

S. BAGHDADY - DIRECT - SPALDING

2  attorney?
3  A  Because that's what was sent to him from his
4  agent that needed to be satisfied prior to the
5  transaction going through.
6  Q  Did you witness his signing the second power
7  of attorney?
8  A  I did.
9  Q  Where do you claim that occurred?
10 A  I claim it occurred in Mary Cooper's office.
11 Q  It is your contention that George brought
12 that power of attorney with him?
13 A  That power of attorney was sent by someone
14 from Lebanon, that along with the power of attorney
15 for my designee there to me in Belmont and then I
16 contacted George and he went up to Belmont and got it
17 signed.
18 Q  Before I thought I heard you say that he
19 brought that document with him?
20 A  Actually, I did not mean physically he
21 brought it from Connecticut because the document came
22 with someone to Massachusetts.
23 Q  Now, why would Sami El Teeny send you
24 George's power of attorney?
25    MR. FORTNER: Objection to the form. I

Multi-Page™

Case 3:01-cv-1163-RG    Document 16-2    Filed 11/29/2004    Page 35 of 54

---

**Page 130**

S. BAGHDADY - DIRECT - SPALDING

1
2 don't think he testified that Sami El Teeny
3 was the one who sent it.
4     MS. SPALDING: Well, he said his agent
5 over there.
6     MR. FORTNER: He said someone did.
7     MS. SPALDING: He told me earlier he
8 thought his agent was Sami El Teeny.
9 Q Am I wrong about that?
10 A You are not wrong, but you are not
11 completely right. My agent, Maurice Abou Zaid, would
12 have to represent me in the sale to go through, so
13 both documents were sent by Sami Teeny, to my
14 understanding, or someone over there to us in
15 Massachusetts.
16 Q Okay.
17 A So the two documents him and I signed, he
18 signed for Sami Teeny to represent him, which was the
19 second power of attorney he signed, and I signed the
20 power of attorney for Maurice Abou Zaid to represent
21 me in the acceptance of the sale.
22 Q When that power of attorney came, did you
23 read it to George?
24 A No. He came. I don't recall, but he said,
25 "I'll come up and we will execute, see whatever is

---

**Page 131**

S. BAGHDADY - DIRECT - SPALDING

1
2 necessary, and we'll do it." We arranged it. He
3 came up.
4 Q Do you know if he read it?
5 A Of course, he did read it. Of course.
6 Q Did you personally observe him read it?
7 A Of course, I did.
8 Q How is it that he --
9 A Somebody gets a letter and doesn't read it?
10 Q And both of those powers of attorney are in
11 Arabic?
12 A Correct.
13 Q Let's go to paragraph 23. Now, the basis of
14 this statement that Sami El Teeny is a resident of
15 Zahleh and well-known to George Baghdady --
16 A Correct.
17 Q -- is based on you seeing them personally
18 together in Lebanon?
19     MR. FORTNER: Objection to the form.
20     You may answer.
21 A Based on what George told me that he played
22 cards with him there.
23 Q But I thought you told me you saw him play
24 cards. Did I misunderstand?
25 A No, I did not tell you I saw him. I told

---

**Page 132**

S. BAGHDADY - DIRECT - SPALDING

1
2 you he played cards with the man.
3 Q That is a very different thing. So you
4 didn't see him play cards with him, but George told
5 you that he played cards with Sami El Teeny?
6 A When he visited Lebanon, correct, and with
7 his uncles and with Sami's father.
8 Q What was Sami's father name?
9 A Wadih.
10 Q Was Wadih alive at the time of your
11 mother's funeral?
12 A No, he was not.
13 Q When did George come to Lebanon between the
14 time he left and the time your mother died?
15 A In the late '60s, early '70s he made that
16 trip. That's when, to the best of my recollection,
17 but he can tell you better.
18 Q And when did he tell you that he played
19 cards with Sami Teeny?
20 A After he came back, of course, we got
21 together and he told me what he did in Lebanon.
22 Q After he came back when?
23 A From his visit.
24 Q After the funeral or a prior visit?
25 A No, no, no, no. That was before the

---

**Page 133**

S. BAGHDADY - DIRECT - SPALDING

1
2 '70s.
3 Q So it's your testimony that George went to
4 Lebanon sometime during the '70s other than for the
5 funeral of your mother?
6 A Late '60s, maybe 1970 or before. He did,
7 and he hand-carried the payroll of the building with
8 him. That is one of the exhibits, so you can ask him
9 when he brought it.
10 Q If George tells me that the only time that
11 he ever visited Lebanon was when his mother died in
12 1978, you would say that is not true?
13 A Definitely wrong.
14     MS. SPALDING: I have a meeting I've
15     got to get to.
16 Q Now, do you recall your letter of November
17 19, 1996 that you wrote to George?
18 A Correct.
19 Q And in that letter you represent or you
20 wrote, and I'm quoting --
21     MR. FORTNER: I would like the letter
22     in front of him.
23     MS. SPALDING: I have words written on
24     the top of the letter.
25     MR. FORTNER: I would like him to see

---

Page 134

S. BAGHDADY - DIRECT - SPALDING

1 the letter.

2

3 Q Why don't you read into the record this
4 paragraph.

5      MR. FORTNER: She wants you to read it
6      aloud.

7 A "The price you got from me for your share
8 (one/half of the Stratford building plus 10,000
9 cash)..." That is an incomplete statement.

10 Q But you wrote this?

11 A Correct. That was the last payment. That
12 should have entered there. "...was based on the fair
13 market value that two different appraisers gave me at
14 that time. You had the option to buy my share for
15 the same price but chose not to."

16 Q Okay. So that's wrong, what is in the
17 letter?

18 A It is incomplete. That was the last
19 payment.

20 Q But it doesn't say that, right?

21 A That's correct. That's the last payment.

22 Q Now, the Contract of Sale says that the
23 price of the property was 245,000 Lebanese liras cash
24 counted, right?

25 A Correct.

Page 135

S. BAGHDADY - DIRECT - SPALDING

1

2 Q Now, in response to your interrogatories,
3 and I'm going to hand this to you so you can see it
4 for yourself, it says, "Please state whether in
5 return for the plaintiff's transfer of his one/third
6 interest in the property to you you have paid the
7 purchase price of the property to the plaintiff. And
8 if the answer is yes, when the purchase price was
9 paid, how the purchase price was paid, what was the
10 purchase price, and identify each document which
11 evidences the payment." I'm going to hand you the
12 document with your answers.

13      MR. FORTNER: For the record, I don't
14      want to read your work product, but so we
15      know what the document is.

16      MS. SPALDING: There's a whole bunch of
17      stuff there.

18      MR. FORTNER: Oh, this is the motion?

19      MS. SPALDING: Yes.

20      MR. FORTNER: What is this from?

21      MS. SPALDING: The Answers to
22 Interrogatories.

23      MR. FORTNER: This is the original
24 Answers to Interrogatories?

25      MS. SPALDING: Yes.

Page 136

S. BAGHDADY - DIRECT - SPALDING

1

2 A What was the question?

3 Q The question was what was your answer there?

4 A Response (a), (b), (c), (d). July, March,
5 and April, these are the payments.

6 Q The dates of the payments?

7 A Correct.

8 Q What was the April 8th payment for?

9 A It was --

10 Q How much was that one?

11 A That is the half of the property in
12 Stratford.

13 Q You claim that the $10,000 that you sent to
14 George by check on April 1st, 1978 was for in partial
15 payment for the shares of the property, right?

16 A Right.

17 Q You contest and you deny that that $10,000
18 was in partial repayment of the $20,000 loan taken by
19 Sami at the time of the refinancing --

20 A Absolutely.

21 Q -- of the Barnum Avenue mortgage?

22 A Correct.

23 Q Do you have a copy of the check of the
24 $22,000? Do you remember how you said when you
25 remortgaged the property you paid off the existing

Page 137

S. BAGHDADY - DIRECT - SPALDING

1

2 debt?

3 A He paid off.

4 Q And then you split it?

5 A Right.

6 Q Do you have a copy of that check for $22,000
7 that you got?

8 A I do not remember, but that was, I recall, a
9 bank check that was made to me for my shares by him.

10 Q Do you think you can have a look-see and see
11 if you could find a copy of that check?

12      MR. FORTNER: I will take that request
13      under advisement.

14      MS. SPALDING: Okay.

15 Q And you further deny that you ever borrowed
16 any money from George?

17 A Correct.

18 Q You never borrowed any money from George?

19 A Never, to the best of my recollection.

20 Q And your side of the story as to the Adcom
21 stock is you not only bought your own but you paid
22 for his?

23 A My instructions to him --

24      MR. FORTNER: Objection to the form.

25      Also objection on relevance. You may

Page 138

```
 1        S. BAGHDADY - DIRECT - SPALDING
 2    answer.
 3    A  Correct.
 4        MS. SPALDING:  Mr. Baghdady, I'll
 5    direct this to your counsel.  We would like
 6    to have an authorization to get the
 7    personnel file from the University of
 8    Bridgeport.
 9        MR. FORTNER:  Why?
10        MR. FORTNER:  You should do a formal
11    Request for Production, which I will tell
12    you right now we will object to.  It may hit
13    my desk before the objection goes out.
14    There is no possible relevancy.
15        MS. SPALDING:  Okay.
16        MR. FORTNER:  Send me a formal request.
17    It's untimely, but send me a formal request.
18        MS. SPALDING:  It's not untimely.
19        MR. FORTNER:  Sure it is.  Discovery
20    was to be completed by September 15th.  Even
21    if you served it today, it couldn't be done
22    in the 30 days.
23        MS. SPALDING:  But I specifically asked
24    for an extension to cover any areas that may
25    flow from this deposition.
```

Page 139

```
 1        S. BAGHDADY - DIRECT - SPALDING
 2        MR. FORTNER:  Serve your formal
 3    request.
 4        MS. SPALDING:  I have to adjourn for
 5    today, and I have about another two hours'
 6    worth of questions I cannot complete today.
 7    If I am unavailable and Mr. Baghdady is
 8    available, I will send someone in my stead.
 9        MR. FORTNER:  Off the record.  I'll
10    speak to my client outside.
11        (Brief pause in proceedings.)
12        MR. FORTNER:  On the record.  After
13    consultation between counsel and clients, we
14    are suspending this deposition at this time,
15    to be resumed next Wednesday at the offices
16    of Halloran & Sage, beginning at 12 noon,
17    and that will be the concluding session of
18    this deposition.
19        MS. SPALDING:  Agreed.
20        (Whereupon, the deposition was
21    adjourned, to be reconvened on Wednesday,
22    September 22, 1999.)
23
24
25
```

Page 140

INDEX OF EXHIBITS

| Plaintiff(s) | | Page |
|---|---|---|
| 1 | Signature sample | 41 |
| 2 | Letter, dated July 30, 1971 | 54 |
| 3 | Letter, dated April 1, 1978 | 54 |
| 4 | English handwriting sample by the witness | 56 |
| 5 | Arabic handwriting sample by the witness | 58 |
| 6 | Affidavit | 127 |

Page 141

```
                    CERTIFICATION

STATE OF CONNECTICUT   )
                       )  ss.  Trumbull
DISTRICT OF FAIRFIELD  )

    I, John J. Carreiro, a Notary Public, duly
commissioned and qualified in and for the District of
Fairfield, State of Connecticut, do hereby certify
that, pursuant to notice and in accordance with the
stipulations set forth, there came before me on the
14th day of September 1999, at the offices of
Halloran & Sage, LLP, One Goodwin Square, 225 Asylum
Street, Hartford, Connecticut, the following named
person, to wit:  Sami J. Baghdady, the witness, who
was by me duly sworn to testify to the truth, the
whole truth, and nothing but the truth of his
knowledge touching and concerning the matters in
controversy in this action, that he was thereupon
carefully examined upon his oath and his examination
reduced to typewriting by me, that the deposition is
a true and accurate record of the testimony given by
the witness.

    I further certify that I am neither attorney or
counsel for, nor related to or employed by, any of
the parties to the action in which this deposition is
taken, and, further, that I am not a relative or
employee of any attorney or counsel employed by the
parties hereto or financially interested in the
outcome of said action.

    In witness whereof I have hereunto set my hand
and affixed my notarial seal this 16th day of
September 1999.

    (My commission expires April 2003.)


    _____
        John J. Carreiro, Notary Public
        Shorthand Reporter - Lic. #169
```

ORIGINAL                142

I, Sami J. Baghdady, have read Session I of my foregoing deposition and certify it to be an accurate transcription of the testimony taken on September 14, 1999, except for the following  changes:

| Page | Line | From | To |
|------|------|------|-----|
| 24 | 25 | Violett | Violette |
| 65 | 23 | make | made |
| 67 | 15 | Georgette | George |
| 110 | 22 | relevance | relevant |
| 154 | 13 | It | I |
| 157 | 25 | I did. | I did? |
| 159 | 21 | A. | Q. |


_Sami J. Baghdady_

Sami J. Baghdady, Deponent


Subscribed and sworn to before me this
5th  day of  October, 1999 ,
at  Hartford  , Connecticut.


Notary Public - Commissioner of Superior Court


JOHN J. CARREIRO, RPR - (203)452-1148

GEORGE J. BAGHDADY vs.
SAMI J. BAGHDADY, ET AL

Multi-Page™

SAMI J. BAGHDADY - SESSION I
SEPTEMBER 14, 1999

Page 142

1
2    I, Sami J. Baghdady, have read Session I of my
3    foregoing deposition and certify it to be an accurate
4    transcription of the testimony taken on September 14,
5    1999, except for the following changes:
6
7    Page    Line      From           To
8    _____
9    _____
10   _____
11   _____
12   _____
13   _____
14   _____
15
16
17            _____
18                    Sami J. Baghdady, Deponent
19
20   Subscribed and sworn to before me this
21   _____day of_____,
22   at_____, Connecticut.
23
24   _____
25   Notary Public - Commissioner of Superior Court

GEORGE J. BAGHDADY
SAMI J. BAGHDADY, ET AL
Multi-Page™
Document Multi    Filed 11/29/2004    Page 40 of 54
$1 - actions
SAMI J. BAGHDADY - SESSION I

**-$-**

$1 [1] 78:9
$10,000 [14]                    34:7
  34:11    59:25    60:3
  60:10    60:12    60:16
  60:18    73:13    73:14
  73:16    73:24    136:13
  136:17
$100 [1]    17:16
$15,000 [1]            97:10
$2,000 [1] 61:7
$20,000 [1]            97:10
  136:18
$22,000 [3]            38:23
  136:24    137:6
$25,000 [3]            73:12
  73:14    97:10
$32,000 [1]            17:24
$350,000 [1]           65:6
$4,500 [1] 87:9
$5,000 [14] 31:2       59:25
  60:2     60:5     60:10
  60:11    70:24    70:24
  71:9     72:6     72:20
  72:25    76:21    77:11
$500,000 [1]           77:24
$62,000 [2]            38:17
  38:18
$75,000 [1]    66:9
$80,000 [3]            65:19
  65:25    66:19

**-'-**

'58 [5]     10:25    11:2
  11:2     17:21    25:19
'59 [4]     13:8     17:21
  17:21    25:19
'60 [1]     13:11
'60s [2]    132:15   133:6
'61 [1]     28:10
'62 [1]     19:22
'70s [7]    33:20    33:22
  65:6     120:5    132:15
  133:2    133:4
'71 [2]     19:10    75:14
'73 [2]     37:16    75:14
'74 [3]     33:20    37:16
  67:18
'77 [5]     89:25    90:10
  92:25    93:2     99:14
'78 [2]     91:5     91:5
'80s [2]    120:5    120:5
'98 [1]     52:19
'99 [1]     52:19

**-0-**

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 [1]    5:23

**-1-**

1 [6]       41:9     41:10
  54:7      71:2     140:10
  140:12
1,800 [2]   107:25   108:2
10 [7]      75:23    75:24
  75:25    78:12    78:18
  78:19    78:20
10,000 [1] 134:8
104 [1]     63:22
11 [2]      99:14    127:3
12 [2]      34:13    139:16
127 [1]     140:17
13 [4]      27:9     27:13
  82:14    127:25
13-unit [1] 127:21
14 [3]      43:17    127:20
  142:4
148,000 [1]          68:5
14th [1]    141:9
15 [8]      101:19   101:21
  101:23   102:2    102:3
  114:5    114:6    114:7
15th [1]    51:11    138:20
168 [2]     5:3      63:25
16th [1]    141:20
17 [5]      85:22    86:7
  86:15    121:15   127:23
17th [1]    128:22
18 [1]      128:15
19 [1]      133:17
1933 [1]    6:3
1952 [3]    6:13     8:22
  9:5
1956 [1]    9:8
1957 [2]    10:10    10:23
1958 [5]    8:24     14:7
  22:17    24:7     36:8
1959 [5]    12:21    13:8
  14:14    16:24    128:11
1960 [6]    12:25    13:17
  15:2     15:3     19:13
  19:21
1961 [1]    28:10
1962 [1]    19:21
1968 [1]    5:5
1970 [3]    31:19    99:20
  133:6
1970s [1]   118:7
1971 [26]   18:5     36:6
  36:8     36:15    37:7
  42:25    43:18    47:18
  47:22    54:5     55:4
  69:21    69:22    70:5
  70:13    70:18    70:19
  71:2     71:22    71:24
  73:4     74:4     74:18
  77:9     118:10   140:11
1972 [1]    32:12
1973 [10]   69:21    69:22
  70:6     71:17    73:4
  73:10    73:12    74:4
  74:18    75:7

1974 [2]    67:23    128:11
1977 [17]   65:17    66:8
  66:15    67:3     68:8
  68:18    68:20    68:21
  76:5     85:6     85:25
  86:19    89:16    91:11
  92:20    92:24    93:8
  93:8     128:15
1978 [12]   37:22    37:23
  47:22    54:7     95:13
  95:17    95:23    96:12
  118:10   133:12   136:14
  140:12
1996 [1]    77:20    85:24
  133:17
1999 [3]    43:17    139:22
  141:9     141:20   142:5
1st [1]     136:14

**-2-**

2 [2]       54:4     140:11
2,400 [2]   25:5     128:9
20 [4]      126:10   126:15
  126:19    126:23
2003 [1]    141:21
21 [1]      126:19
22 [1]      139:22
225 [1]     141:9
23 [3]      87:23    87:24
  131:13
245,000 [5]          65:14
  66:13     66:24    80:16
  134:23
246 [2]     22:6     22:13
  127:22
247 [3]     22:7     22:9
  22:11
24th [1]    63:16
27th [5]    85:25    86:9
  86:12     86:13    86:15

**-3-**

3 [2]       54:6     140:12
30 [4]      43:18    54:5
  138:22    140:11
382 [1]     31:19

**-4-**

4 [4]       56:19    56:22
  87:14     140:13
41 [1]      140:10

**-5-**

5 [4]       57:25    58:2
  58:7      140:15
50s [1]     64:15
52 [1]      140:11   140:12
56 [1]      140:14
58 [1]      140:16
5th [1]     85:24

**-6-**

6 [2]       127:18   140:17

**-7-**

7 [1]       6:5

**-8-**

800 [5]     65:5     66:6
  66:7      71:8     71:12
  72:25     94:7     98:22
  128:12
8th [2]     37:22    136:8

**-9-**

9 [2]       68:6     68:7

**-A-**

able [9]    11:24    14:8
  20:7      26:23    36:7
  55:10     56:24    60:22
  119:6
Abou [6]    82:6     82:9
  84:20     87:10    130:11
  130:20
above [1]   87:21
absence [1]          12:10
Absolutely [4]       31:4
  98:17     99:7     136:20
Abuzi [1]   50:14
academic [1]         7:22
accent [1]  58:13
acceptance [1]       130:21
accepted [2]         8:6
  10:6
accepting [2]        87:2
  87:3
access [3]  45:14    60:20
  62:25
accident [5]         12:9
  12:15     12:20    16:7
  18:22
accompanied [1]      126:7
accompany [1]        90:12
accordance [1]       141:8
according [3]        25:9
  65:4      79:14
account [8]          59:22
  60:4      60:19    60:21
  60:21     60:23    61:6
  97:21
accurate [2]         141:14
  142:3
accurately [1]       47:2
acquaintance [1]     64:19
acquire [1] 14:5
act [2]     26:2     117:16
action [4]  34:3     141:12
  141:16    141:18
actions [2] 88:16    88:18

GEORGE J. BAGHDADY vs.
SAMI J. BAGHDADY, ET AL
Case No. 3:04CV-1683NG   Document 16-2   Filed 11/29/2004   Page 41 of 54

Multi-Page™

activity - bank
SAMI J. BAGHDADY - SESSION I

activity [1] 12:23

actual [1] 75:13

Adcom [17]                   29:8
29:10      29:11      29:17
30:6       30:9       30:12
30:24      31:3       31:21
35:3       58:17      58:18
58:24      59:14      60:4
137:20

added [5] 27:9        27:11
27:15      27:16      29:14

adding [1] 27:19

addition [1]          27:2

additions [1]         27:23

address [1]           31:18

adjacent [1]          28:13

adjourn [1]           139:4

adjourned [1]         139:21

admissibility [1]     46:24

admissible [6]        40:9
42:10      43:6       43:23
44:7       50:10

admit [2] 80:14       87:23

admits [2] 87:25      88:9

admitted [5]          8:11
20:22      87:20      88:4
88:9

advised [1]           12:17

advisement [1]        137:13

affairs [2] 103:10    103:25

affect [5] 57:3       57:6

affidavit [7]         126:7
126:13     126:17     126:18
127:9      127:19     140:17

affixed [1] 141:20

again [6]  37:15      38:22
66:4       73:18      106:15

against [1] 39:20

age [3] 74:14         126:10
126:23

agent [15] 79:12      79:14
83:5       83:8       83:8
83:21      84:20      87:10
118:21     120:6      120:11
129:4      130:4      130:8
130:11

agents [1] 119:6

ago [4]    8:23       52:15
65:10      127:15

agree [8] 51:23       61:23
63:23      65:19      66:19
82:25      86:13      88:13

agreed [6] 51:9       66:25
70:23      72:24      73:20
139:19

agreement [13]        62:19
70:5       74:25      78:13
78:16      78:17      78:22
78:24      83:2       84:9
86:2       119:8      122:20

agreements [4]        84:3
84:4       115:17     117:20

ahold [1]  110:4

Albert [1] 26:14

alive [2]  22:19      132:10

allegation [2]        87:19
88:4

allegations [2]       30:19
87:24

allege [1] 84:2

alleged [2] 61:24     68:7

alleges [4] 34:6      63:20
75:21      75:25

allow [4]  23:10      40:7
80:12      107:21

allowed [3]           12:23
30:14      109:25

allowing [1]          53:10

alone [2]  6:19       6:20

along [6]  62:14      81:21
97:2       129:14

aloud [1] 134:6

alternative [1]       103:16

always [4] 34:11      122:6

ambiguous [1]         22:3

Amended [6]           61:22
62:13      62:17      63:19
87:19      88:17

American University of
Beirut [3] 7:18       8:4
8:17

among [3] 25:8        94:23
95:24

amount [9]            65:18
65:24      71:16      73:8
73:11      80:14      80:18
96:22      112:13

answer [65]           17:4
22:5       22:16      23:22
25:23      29:7       35:5
36:10      39:22      40:12
40:15      40:23      58:21
62:2       62:3       62:6
62:9       64:23      65:21
66:11      66:12      66:22
67:14      69:20      70:17
74:8       74:22      75:11
83:4       85:13      85:16
87:13      87:14      88:23
89:9       93:17      94:16
96:7       97:9       100:18
103:22     104:9      105:5
106:5      106:7      107:20
107:21     110:23     111:23
111:25     112:15     115:7
115:19     116:3      116:14
117:13     117:22     118:25
120:25     123:5      126:3
131:20     135:8      136:3
138:2

answered [4]          66:16
112:23     114:8      123:3

answering [1]         87:18

answers [3]           135:12
135:21     135:24

anticipate [1]        44:23

anticipating [1]      44:21

apartment [37]        21:14
21:24      27:4       27:7
34:13      34:16      85:5
100:23     100:25     105:24
106:12     107:3      107:24
108:4      108:7      108:8
108:9      108:10     108:13
109:17     109:21     110:6
110:10     110:17     111:3
112:5      112:20     112:24
112:25     113:11     113:15
115:5      116:7      122:7
123:19     127:21     128:13

apartments [4]        40:20
100:8      104:22     110:11
127:25

apologize [1]         58:14

appear [1] 120:6

application [3]       8:6
8:8        11:19

applications [2]      11:20
13:22

applied [1] 38:15

apply [1]  38:7

applying [1]          8:10

appoint [1]           96:4

appointed [1]         83:8

appraised [1]         71:19

appraisers [1]        134:13

appropriate [2]       50:12
62:7

approval [1]          98:19

April [8]  6:5        13:11
54:7       136:5      136:8
136:14     140:12     141:21

Arabic [17]           41:5
54:17      54:25      56:3
56:9       56:11      56:12
56:23      56:24      57:13
58:2       79:7       79:18
79:22      127:4      131:11
140:15

areas [2]  30:15      138:24

argue [1]  46:23

argument [2]          54:11
54:13

Arlington [1]         31:17

arm's [1]  111:12

arms [1]   63:3

arranged [1]          131:2

arrangement [2]       109:10
111:12

arrived [1] 81:23

art [1]    66:3

arts [2]   9:12       9:23

assert [1] 40:17

asserted [1]          88:16

asserting [1]         89:6

asserts [1] 88:19

assessed [1]          123:6

assets [5] 34:3       34:8

anticipate [1]        44:23

ahold [1]  110:4

34:10      34:14      34:19

assume [2] 45:16      103:24

assumes [2]           68:12
97:13

Asylum [1]            141:9

attached [3]          28:6
34:13      34:18

attend [2] 7:17       117:24

attorney [10]         5:14
5:18       12:17      66:18
66:20      73:22      100:17
103:8      141:15     141:17

attorneys [1]         16:12

August [4] 37:22      51:7
89:16      99:14

aunt [1]   6:24

authenticated [4]     83:2
84:8       84:13      84:15

authenticating [1]    111:10

authorization [1]     138:6

authorized [1]        60:22
60:23

automobile [1]        105:11

available [1]         139:8

Avenue [8] 15:15      31:19
35:11      61:5       71:19
71:23      73:17      136:21

average [1]           122:2

award [1]  10:23

awarded [2]           10:14
105:16

aware [4]  58:24      91:7
91:7       91:20

away [10]  24:6       24:9
24:12      28:20      58:9
91:2       91:4       93:5
100:3      121:3

-B-

b [1]      136:4

B.A [1]    9:12

Bachelor [1]          9:22

bad [2]    90:20      122:11

badly [2]  122:9      122:10

Baghdady [37]         9:13
12:12      12:14      41:3
41:12      46:7       50:16
52:8       56:23      57:19
58:5       58:11      58:17
60:16      61:21      63:18
67:3       67:11      69:4
72:11      76:17      82:13
83:25      87:12      87:19
88:15      89:11      99:11
107:15     110:16     113:19
122:6      128:11     128:12
131:15     138:4      139:7

Baghdady's [1]        87:5

balance [2]           38:22
38:24

bank [3]   61:13      97:20
137:9

**Barnum** [8]                     15:15
   35:11      61:5       61:19
   71:18      71:23      73:17
   136:21
**based** [3]      131:17    131:21
   134:12
**basement** [1]                   27:12
**basis** [12]     16:6      41:20
   47:9      48:13      48:18
   49:23      52:7      71:14
   73:7      78:2      86:6
   131:13
**bearing** [1]                    42:14
   43:3
**became** [7] 14:15        20:17
   26:6      29:19      30:3
   30:9      112:6
**become** [6] 16:8         20:15
   28:15      30:5      103:25
   119:10
**becoming** [1]              103:23
**bed** [1]      90:22
**bedrooms** [2]              122:5
   122:5
**beg** [1]      51:8
**begin** [2]    25:18      28:24
**beginning** [3]              36:15
   49:15      139:16
**behalf** [4]     87:3       87:3
   87:6      97:16
**Beirut** [2]    20:3       20:7
**belief** [2]    66:14      126:11
**Belmont** [8]               5:4
   64:2      69:25      75:8
   75:14      77:24      129:15
   129:16
**belongings** [3]            113:9
   113:10    113:14
**benefits** [2]              105:3
   105:4
**benign** [1]    56:7
**best** [16]     17:24      22:17
   22:18      33:20      37:15
   66:4      69:8      72:8
   89:21      89:24      91:9
   92:23      93:12      94:11
   132:16    137:19
**better** [3]    36:23      118:5
   132:17
**between** [14]              73:4
   74:4      74:14      75:15
   76:17      83:5      83:21
   91:22      92:18      93:8
   119:8      123:15    132:13
   139:13
**beyond** [1] 44:18
**biased** [1] 111:17
**big** [1]     20:6
**bills** [2]    14:21      97:20
**birth** [1]    5:24
**birthdate** [1]            6:4
**bit** [4]     58:13      76:15
   76:18      121:18

**block** [1]    117:8
**bomb** [1]   96:16
**bombing** [1]             98:6
**bonuses** [1]             105:16
**bookkeeper** [1]          99:22
**books** [4]    36:24      72:5
   72:13      102:10
**born** [1]    6:2
**borrowed** [3]            61:6
   137:15    137:18
**bought** [11]             19:9
   23:12      23:13      23:20
   29:16      59:19      60:10
   67:18      67:20      67:21
   137:21
**Brady** [2]    26:14      26:14
**break** [2]    53:25      107:5
**Bridgeport** [3]          15:14
   15:15      18:13
**Brief** [4]    54:8       56:15
   107:6      139:11
**briefly** [5]    13:13      13:18
   19:14      19:15      67:19
**bring** [4]    5:9       13:22
   63:6      85:17
**broken** [1] 12:14
**broker** [3] 114:13     117:16
**brokerage** [1]           33:25
**brother** [26]             6:23
   14:17      16:20      29:9
   30:23      31:2      33:7
   33:13      33:14      34:6
   34:11      34:22      38:7
   59:20      64:10      69:18
   74:10      74:16      76:6
   76:9      76:10      77:14
   79:24      85:23      118:7
**brother's** [5]            39:8
   60:8      60:14      87:7
   91:18
**brother-in-law** [2] 83:23
   116:21
**brotherly** [1]            35:24
**brothers** [5]            33:5
   33:8      74:12      95:24
   96:4
**brought** [6]             16:3
   20:24      129:11    129:19
   129:21    133:9
**build** [9]    23:24      32:9
   32:11      100:22    101:10
   101:11    109:11    109:14
   116:4
**builder** [1] 125:11
**building** [74]            21:12
   21:14      21:24      26:2
   26:4      26:11      26:22
   26:25      27:4      27:8
   27:22      28:2      28:2
   28:4      28:5      28:6
   28:7      32:5      32:6
   32:9      32:11      32:13
   32:16      32:19      33:23

   34:2      34:13      36:25
   37:2      37:4      37:7
   37:9      37:13      37:20
   38:20      40:18      77:24
   85:5      87:4      98:5
   109:11    109:14    109:20
   110:10    110:12    114:2
   114:21    115:5      115:4
   116:7      116:8      116:9
   120:4      121:19    121:23
   122:8      122:16    122:17
   124:9      124:12    124:12
   124:18    124:25    125:9
   125:12    125:12    125:15
   125:20    125:24    125:25
   127:21    128:13    133:7
   134:3
**buildings** [7]            28:6
   100:23    101:11    101:20
   102:3      102:5      121:16
**built** [5]    116:15    116:15
   123:16    124:23    127:21
**built-in** [1] 124:3
**bunch** [1] 114:6        135:16
**business** [12]            13:23
   13:25      14:19      18:24
   19:10      25:3      32:23
   36:20      60:18      60:21
   105:12    113:20
**businessman** [2]        84:2
   85:8
**buy** [7]     17:20      60:3
   65:5      91:18      116:25
   120:3      134:14
**buyer** [2]    119:3      122:24
**buying** [4]  73:15      113:20
   114:10    117:15

---  -C-  ---

**c** [1]      136:4
**calculate** [1]          108:3
**calculated** [5]          40:8
   43:22      44:6      50:9
   66:23
**calculations** [3]        65:16
   65:23      66:17
**calls** [1]    88:21
**cannot** [2] 119:4      139:6
**caption** [1] 56:4
**car** [7]     12:15      69:6
   69:9      69:10      106:2
   106:20    106:22
**cards** [7]    64:24      131:22
   131:24    132:2      132:4
   132:5      132:19
**care** [3]    40:25      90:7
   114:14
**carefully** [1]          141:13
**carry** [4]    36:5      63:5
   118:21    120:17
**case** [15]    5:18      16:13
   39:9      39:24      39:25
   43:5      44:8      47:11
   52:8      84:25      103:17
   120:21    120:24    121:3

   123:20
**cash** [11]    73:14      80:15
   80:19      80:21      80:25
   97:22      97:25      98:2
   105:16    134:9      134:23
**Cedar** [1] 99:23
**Cedarcrest** [1]          31:10
**Cedarcrest Apartments** [4]
   100:5      100:7      101:4
   104:19
**Cedarcrest Construction**
   [4]                      31:11
   31:12      32:6      100:22
**certain** [8] 20:23      61:23
   62:11      62:16      84:4
   101:9      126:16    127:9
**Certainly** [1]          127:11
**certificates** [1]        60:5
**CERTIFICATION** [1]
   141:2
**certified** [2]          118:12
   119:9
**certify** [3]  141:7      141:15
   142:3
**chance** [1] 107:11
**change** [1] 99:25
**changed** [2]            25:10
   61:16
**changes** [1]            142:5
**charge** [4] 18:22      36:2
   96:24      98:18
**charts** [1] 65:17
**chat** [1]    107:4
**check** [14]   72:6      72:12
   72:15      72:20      77:11
   77:11      84:4      84:5
   97:13      136:14    136:23
   137:6      137:9      137:11
**checks** [3]  97:11      98:3
   118:8
**children** [3]            24:17
   24:19      85:10
**chose** [1]   134:15
**circumstances** [1]     16:25
   67:19
**cited** [1]    94:13
**citizen** [2] 7:7       63:20
**citizenship** [5]         7:6
   7:8      7:10      29:4
   29:5
**Citytrust** [1]          59:22
   60:17      61:15
**claim** [20]    16:10      39:20
   46:13      48:23      65:4
   75:8      75:8      76:5
   78:14      85:4      88:19
   89:6      91:24      111:16
   111:19    118:6      128:15
   129:9      129:10    136:13
**claimed** [1]            47:16
**claiming** [2]           48:14
   50:2
**claims** [7]  41:23      42:24

GEORGE J. BAGHDADY vs.
SAMI J. BAGHDADY, ET AL

Multi-Page™   Document 102-2   Filed 11/29/2004   Page 43 of 54   class - date

SAMI J. BAGHDADY - SESSION I

64:16     68:15     85:23
88:16     88:19
**class** [1]     11:11
**classmate** [1]                14:17
**clear** [2]     24:18     125:19
**client** [11]   46:7     46:12
46:14     46:16     46:22
47:15     47:16     65:4
68:15     107:12     139:10
**client's** [1]   107:20
**clients** [2]   122:6     139:13
**close** [2]   18:14     74:10
74:12
**closed** [2]   18:11     18:15
**closing** [1]   120:6
**closings** [1]                117:24
118:2
**Co-counsel** [1]             50:13
**co-signed** [1]   61:7
**collecting** [2]             97:15
102:10
**college** [1]   7:4
**colorable** [1]             47:14
**colorful** [1]   55:25
**combined** [1]   28:16
**comfortable** [2]   90:22
90:23
**coming** [2] 76:2     76:4
**commencements** [1]
11:2
**comment** [1]             98:14
**commercial** [5]   32:13
32:14     32:18     32:24
33:2
**commission** [1]   141:21
**commissioned** [1]   141:7
**Commissioner** [1]   142:25
**communicate** [1]   79:18
**communication** [1]   83:20
**companies** [1]   19:9
**company** [10]   14:18
19:8     31:9     31:11
31:13     59:22     61:16
99:23     99:24     99:25
**comparable** [4]             124:9
124:19     125:25     126:5
**comparative** [1]   123:10
**compare** [2]             46:19
49:18
**comparing** [1]             43:8
**comparison** [3]   41:22
42:16     43:7
**Compartments** [1]   100:10
**compensation** [8]   104:24
104:25     106:11     108:15
108:17     110:5     111:15
111:17
**Complaint** [11]             30:19
50:4     61:22     62:9
62:13     62:17     63:19
68:7     87:20     88:17
99:16

**complete** [4]             7:12
8:16     9:6     139:6
**completed** [9]             21:11
21:15     28:2     28:5
28:7     51:11     56:16
75:20     138:20
**completely** [1]             19:11
53:2     70:6     76:12
120:20     120:22     125:16
127:10     130:11
**completing** [1]             14:9
**complications** [1]   90:5
**concern** [3]             20:16
20:17     107:18
**concerned** [3]             94:6
104:12     106:17
**concerning** [2]             95:24
141:12
**concerns** [1]             94:17
**concluded** [1]   54:9
**concluding** [1]   139:17
**conclusion** [2]             54:12
88:23
**condition** [1]             90:19
90:20
**conduct** [1]             53:11
**conference** [1]             54:10
**confused** [4]             30:20
30:22     42:11     42:21
**Connecticut** [17]   13:24
14:2     14:4     14:19
15:12     15:13     15:14
59:23     68:9     68:10
70:9     71:2     73:19
76:4     129:21     141:10
142:22
**consider** [1]             124:18
**consideration** [1]   80:24
**construction** [14]   25:17
25:18     25:21     25:25
26:3     26:5     31:8
99:24     109:13     116:11
124:2     124:8     124:13
125:8
**Consul** [4]   68:17     68:22
69:4     86:15
**Consul's** [1]   92:6
**Consulate** [1]   94:13
**consultation** [1]   139:13
**consummated** [1]   75:2
**contact** [2] 95:24     96:5
**contacted** [2]             83:14
129:16
**contacts** [3]             71:15
76:23     77:2
**contended** [1]   46:16
**contention** [1]   129:11
**contest** [10]             47:21
47:23     49:13     60:13
64:19     65:6     65:24
116:8     121:12     136:17
**contesting** [1]   48:2
**contiguous** [1]   21:18

**continue** [5]             9:14
45:22     45:23     46:2
54:3
**contract** [9]             65:13
66:25     79:4     79:5
79:7     83:9     94:14
99:12     134:22
**contractor** [1]             26:3
26:12
**contribute** [1]             35:2
61:18     105:14
**contributed** [1]             35:7
**control** [2] 83:6     83:7
**controversy** [1]   65:25
141:12
**conversations** [1]   70:8
**conversion** [1]   65:18
**conveyed** [1]   88:2
**convinced** [3]             47:12
77:21     78:5
**Cooper** [20]             82:12
99:15     99:19     102:8
102:9     102:15     103:7
103:11     104:16     104:18
105:19     105:24     107:14
111:3     111:10     112:14
114:12     114:14     116:18
117:16
**Cooper's** [3]             103:3
108:25     129:10
**copies** [2] 58:8     97:11
**copy** [17] 57:12     62:12
62:22     62:24     63:2
79:13     83:2     84:7
84:8     84:15     84:21
84:22     85:14     85:17
136:23     137:6     137:11
**corner** [2] 20:6     20:6
**corporation** [4]   100:3
100:14     100:15     100:16
**correct** [109]             5:25
7:2     7:11     11:11
12:5     13:19     14:14
16:12     16:16     16:21
16:22     17:12     19:22
21:3     21:18     21:20
21:22     21:25     22:20
23:2     23:4     23:5
23:18     25:2     25:15
27:3     27:5     27:6
27:12     28:8     28:12
30:2     30:4     30:11
33:23     35:13     35:14
35:16     35:17     35:19
37:12     37:24     38:11
39:13     40:24     59:18
60:3     60:15     60:19
61:9     64:2     64:3
64:4     64:5     65:11
65:15     67:25     68:25
69:12     69:16     69:23
70:10     76:10     79:6
79:8     79:9     79:16
80:20     83:12     85:7
85:19     90:8     91:13
95:6     99:17     99:18
100:15     101:7     101:9

112:21     114:23     114:25
115:3     116:10     116:17
116:21     121:16     121:17
122:5     128:7     128:10
128:13     128:14     128:16
128:17     128:23     128:21
128:24     131:12     131:16
132:6     133:18     134:11
134:21     134:25     136:7
136:22     137:17     138:3
**corrected** [1]             50:13
**Correction** [1]             34:10
**corresponded** [1]   83:16
**cost** [6]     96:22     106:20
109:11     124:7     124:13
125:3
**costs** [1]   125:15
**counsel** [7] 46:3     54:11
112:9     138:5     139:13
141:16     141:17
**Counselor** [1]             44:2
**counted** [1]             134:24
**country** [1]             5:24
**counts** [1]   87:18
**couple** [2] 46:10     65:10
**course** [19]   10:5     34:23
34:23     34:24     34:25
63:25     64:12     65:8
81:20     83:15     83:15
91:25     92:3     96:13
127:2     131:5     131:5
131:7     132:20
**court** [7]     51:21     52:3
54:14     54:21     55:10
55:19     119:10
**courthouse** [2]             45:24
46:2
**cousin** [3]     8:15     17:8
61:7
**cousins** [1] 6:23
**cover** [1]   138:24
**credibility** [1]             106:7
**crest** [1]   99:24
**cross-examination** [1]
43:9
**current** [1] 10:16
**custody** [1]             95:8
**cute** [3]     109:7     109:7
109:9

-D-

**d** [2]     47:4     136:4
**dad** [5]     22:19     24:2
24:6     24:14     25:6
**dad's** [1]   22:23
**damage** [2]             96:22
96:23
**damaged** [1]             96:15
**Danbury** [5]             15:12
18:6     18:9     18:9
18:13
**date** [2]     99:11     100:2

**dated** [5]  41:23  54:5
54:7  140:11  140:12
**dates** [1]  136:6
**day-to-day** [1]  15:18
**days** [1]  138:22
**deal** [2]  71:7  108:23
**debt** [1]  137:2
**December** [1]  13:8
87:14
**decent** [1]  117:9
**decide** [1]  108:21
**deed** [4]  73:22  75:4
118:19  122:24
**defendant** [1]  87:18
87:25
**Defense** [2]  87:17
88:15
**defenses** [1]  87:13
**define** [1]  32:25
**Definitely** [1]  133:13
**defraud** [4]  76:5
76:9  76:10  76:18
**defrauded** [1]  77:15
**degree** [8]  9:9  9:11
9:22  10:23  10:25
11:3  11:23  14:10
**degrees** [1]  11:22
**delegation** [1]  95:16
**deliver** [1]  75:5
**demonstrate** [1]  81:2
81:11
**demonstrated** [1]  81:17
**denied** [3]  42:20  88:8
88:8
**denies** [2]  47:18  87:19
**dense** [1]  121:7
**deny** [5]  82:15  87:23
88:3  136:17  137:15
**denying** [1]  42:18
**department** [4]  8:19
11:8  11:10  35:8
**depo** [1]  42:15
**Deponent** [1]  142:18
**depose** [1]  51:24
**deposed** [2]  46:6
65:10
**deposition** [24]  5:6
5:7  5:10  5:12
5:16  5:19  39:2
39:12  39:15  40:3
40:6  41:25  45:23
49:15  49:20  52:5
52:14  138:25  139:14
139:18  139:20  141:13
141:16  142:3
**describe** [1]  121:18
122:8
**described** [1]  122:7
**designated** [2]  80:5
95:23
**designee** [1]  129:15

**desk** [1]  138:13
**determine** [6]  71:16
73:8  77:2  80:5
80:13  117:9
**develop** [1]  64:19
**development** [4]  31:9
115:22  115:25  116:23
**diabetes** [1]  90:5
**dictate** [1]  96:9
**die** [1]  24:2
**died** [4]  24:4  25:6
132:14  133:11
**differ** [1]  51:8
**difference** [2]  74:14
123:15
**different** [6]  48:15
76:19  122:3  124:21
132:3  134:13
**direct** [5]  6:17  44:19
95:20  111:25  138:5
**direct examination** [1]
44:24
**direction** [1]  104:12
**directly** [1]  60:7
**director** [2]  14:18
29:15
**disability** [1]  12:12
**disabled** [3]  12:10
12:19  13:2
**disagree** [4]  34:9
61:23  65:22  86:13
**disagreed** [1]  53:17
**disclose** [1]  51:21
**disclosed** [1]  51:25
**disclosure** [2]  44:18
50:22
**disclosures** [1]  51:5
**discovery** [9]  40:9
42:9  43:6  43:23
44:7  50:10  51:10
53:14  138:19
**discuss** [1]  69:24
**discussed** [3]  75:12
91:17  95:8
**discussion** [6]  57:12
71:18  71:23  75:15
78:7  94:23
**discussions** [6]  73:4
73:5  75:3  86:22
91:22  92:2
**dispute** [3]  21:10  86:2
86:6
**disputes** [1]  64:17
**dissolve** [1]  100:16
**dissolved** [2]  100:14
100:15
**District** [2]  141:5
141:7
**divided** [3]  25:8  25:9
127:25
**division** [1]  20:3
20:4

**divorced** [1]  28:25
**doctor** [2]  12:17  91:3
**doctor's** [1]  23:8
**document** [27]  42:12
42:13  42:14  43:4
43:8  52:18  55:3
56:12  57:24  77:12
78:21  79:10  79:16
80:20  81:3  81:25
82:2  85:9  85:24
87:16  88:11  88:22
129:19  129:21  135:10
135:12  135:15
**documents** [16]  5:9
5:13  5:15  5:17
41:23  46:20  48:21
62:8  79:22  81:23
82:6  98:22  98:25
111:11  130:13  130:17
**doesn't** [8]  55:2  80:19
109:19  112:8  126:5
126:20  131:9  134:20
**dollars** [1]  120:18
**domestic** [1]  118:14
**done** [7]  44:3  46:4
73:17  74:25  75:14
98:19  138:21
**doubt** [1]  85:21
**down** [9]  18:15  57:21
57:24  61:19  69:3
88:14  92:5  92:11
122:13
**drafting** [1]  73:23
**draw** [2]  75:4  112:3
**draws** [1]  73:21
**drive** [1]  69:11
**drives** [2]  105:13  106:3
**dual** [1]  7:10
**due** [1]  51:6
**duly** [2]  141:6  141:11
**during** [12]  6:15  13:6
26:5  34:7  43:4
74:18  91:12  92:9
92:19  92:24  96:19
133:4
**duties** [1]  15:18

**-E-**

**early** [7]  25:19  33:22
51:7  91:5  91:5
91:11  132:15
**easy** [1]  110:3
**education** [3]  7:4
9:14  10:21
**effect** [3]  82:3  119:6
122:23
**effected** [2]  119:12
119:21
**effective** [2]  71:2
119:10
**eight** [5]  54:16  54:17
54:25  55:2  74:16
**either** [4]  51:7  89:6

**El** [17]  64:4  64:11
64:14  64:17  76:18
79:14  80:5  83:11
83:14  83:23  99:6
116:20  129:23  130:2
130:8  131:14  132:5
**electrical engineering** [9]
8:19  9:20  9:25
10:4  10:7  11:5
11:8  11:10  11:12
**Elie** [12]  6:23  24:19
29:9  29:13  29:16
30:5  30:7  33:14
39:15  59:10  67:4
128:12
**Elie's** [10]  35:8  39:9
67:18  67:20  67:21
68:3  91:18  93:13
93:14  94:6
**Elm** [1]  63:22
**elsewhere** [1]  6:15
**employ** [2]  99:19  105:19
**employed** [2]  17:6
141:16  141:17
**employee** [2]  99:17
107:15  141:17
**employees** [1]  105:22
**end** [10]  10:25  12:22
13:8  19:22  28:10
39:23  40:3  40:5
91:6  105:17  119:15
**enforcement** [1]  122:22
**engineer** [3]  26:13
26:15  125:12
**engineer's** [2]  11:14
11:17
**English** [10]  41:4
54:17  55:2  56:3
56:8  56:16  56:20
56:22  79:19  140:13
**entail** [1]  36:18
**entailed** [2]  36:19
117:5
**entered** [1]  134:12
**entitled** [2]  25:11  106:24
**equal** [1]  80:24
**equally** [1]  25:8
**equivalent** [1]  23:9
**error** [1]  47:5
**estate** [2]  40:18  95:7
**estimate** [1]  125:11
**estimated** [1]  96:22
123:7
**estimation** [1]  123:10
**estopped** [1]  89:5
**event** [1]  107:17
**eventually** [7]
18:15  18:21  19:8
23:25  29:15  84:24
**evict** [1]  122:15
**evidence** [7]  40:9
42:10  43:6  43:24

**92:18**  120:15

44:7 50:10 68:12
**evidences** [1] 135:11
**exact** [4] 32:4 71:16
73:8 73:11
**exactly** [4] 36:18 60:9
71:15 77:4
**examination** [1] 141:1
**examined** [1] 141:13
**except** [3] 49:14 87:24
142:5
**Excuse** [2] 15:23 22:8
24:10
**execute** [1] 130:25
**executed** [3] 41:8
128:16 128:22
**executing** [1] 128:25
**exemplar** [1] 55:6
**exhibit** [1] 41:9
41:10 41:25 44:11
49:10 54:4 54:6
56:19 56:22 57:25
58:2 58:7 127:18
**exhibits** [1] 133:8
140:6
**existing** [1] 136:25
**exists** [2] 121:20 121:21
**expect** [2] 53:19 53:21
**expected** [1] 90:25
**expenses** [1] 105:9
**experience** [9] 110:16
113:20 113:22 113:24
115:13 115:16 115:21
115:24 116:11
**expert** [10] 43:10 43:12
43:15 44:12 50:18
50:22 51:5 51:24
54:22 55:13
**expertise** [1] 114:10
**experts** [3] 44:18 50:14
52:4
**expires** [1] 141:21
**explain** [5] 25:3 30:18
41:19 42:6 109:9
**explains** [1] 84:5
**explanation** [2] 71:3
73:20
**expressed** [2] 70:22
107:18
**extension** [3] 51:14
52:3 138:24
**extent** [4] 88:8 88:9
88:21 88:23

───────────

-F-

**facilities** [1] 124:3
**fact** [8] 46:11 47:11
47:17 48:9 54:11
64:24 68:12 77:18
**Factories** [2] 14:3
20:14
**factory** [1] 20:5
**facts** [4] 61:23 62:19

70:15 109:23
**fair** [8] 54:19 62:15
105:23 106:10 107:2
112:8 112:19 134:12
**Fairfield** [2] 141:5
141:7
**fall** [6] 8:22 10:24
12:20 90:10 90:10
91:11
**familiar** [1] 118:17
**family** [4] 6:22 22:14
64:13 116:19
**far** [5] 44:3 44:25
47:17 93:5 125:14
**fast** [1] 58:12
**father** [7] 23:12 23:14
24:4 64:13 64:16
132:7 132:8
**father's** [2] 23:15
23:16
**faxed** [1] 50:24
**February** [1] 95:17
**Federal** [7] 40:6
41:21 47:10 53:13
53:15 55:8 112:10
**feet** [2] 107:24 108:2
**females** [1] 25:11
**few** [1] 58:16
**FICA** [1] 112:10
**figure** [5] 26:8 30:14
66:5 66:25 103:21
**file** [2] 85:19 138:7
**filed** [1] 62:4
**fill** [1] 8:8 11:20
13:22
**filled** [1] 8:5
**final** [2] 75:7 77:2
**finalize** [1] 73:9
**finalizes** [1] 73:21
**financial** [5] 103:3
103:10 103:25 106:16
107:19
**financially** [1] 141:18
**fine** [11] 30:20 45:20
56:10 56:11 57:10
62:14 66:24 93:21
104:7 109:10 125:6
**finish** [4] 26:15 44:3
85:3 87:8
**finished** [7] 10:20
10:24 26:16 26:25
33:23 124:14 125:2
**fired** [2] 17:5 17:11
**first** [13] 11:11 14:13
21:12 37:13 39:5
41:2 43:11 52:20
57:14 63:19 70:13
87:17 99:19
**firsthand** [1] 120:9
**fit** [1] 53:11
**five** [4] 15:7 24:16
24:18 122:2

**fixing** [1] 96:20
**floor** [2] 108:7 110:12
**flow** [1] 138:25
**fluent** [1] 79:25
**folks** [1] 51:6
**following** [1] 54:13
72:16 94:21 141:10
142:5
**foot** [2] 109:20 109:20
**force** [1] 34:2
**foregoing** [1] 142:3
**forged** [2] 46:15 46:17
**form** [66] 9:3 14:24
17:3 21:19 22:2
22:15 23:21 25:22
26:7 29:6 31:14
33:17 35:4 36:9
37:5 40:22 49:14
58:20 64:22 65:21
66:2 66:10 66:21
67:9 67:12 68:11
68:19 69:19 70:16
71:20 74:7 74:21
75:10 76:7 77:16
80:8 81:4 83:3
84:10 85:12 85:15
87:14 87:16 88:6
88:13 88:20 89:8
89:14 93:16 93:20
93:25 94:15 96:3
96:6 97:8 97:12
98:9 100:11 100:18
100:25 101:5 101:24
102:22 102:24 103:8
104:11 105:5 106:4
106:8 106:23 107:4
107:11 109:2 109:5
109:8 109:15 109:18
109:24 110:19 110:22
111:8 111:14 111:20
111:24 112:3 112:7
112:15 112:22 113:13
115:7 115:18 116:2
116:13 117:12 117:21
118:24 119:15 119:18
119:24 120:19 121:6
121:10 121:20 122:25
123:18 124:11 124:15
125:4 125:16 125:22
126:4 126:12 126:21
127:8 127:12 129:25
130:6 131:19 133:21
133:25 134:5 135:13
135:18 135:20 135:23
137:12 137:24 138:9
138:10 138:16 138:19
139:2 139:9 139:12
**formal** [4] 138:10 138:16
138:17 139:2
**formalized** [1] 122:21
**formally** [1] 49:6
**formed** [1] 31:8
**formula** [2] 108:3
109:19
**forth** [5] 83:16 83:18
83:21 113:8 141:8
**Fortner** [220] 9:2
14:24 17:3 18:3
21:19 22:2 22:15
23:21 25:22 26:7
29:6 30:13 32:25
33:6 33:11 33:17
35:4 36:9 37:5
39:21 40:5 40:12
40:22 41:19 42:2
42:7 42:20 43:2
43:11 43:16 43:21
44:2 44:14 44:23
45:4 45:7 45:10
45:13 45:16 45:20
45:25 46:8 46:25
47:9 47:20 47:23
48:3 48:7 48:13
48:18 48:23 49:4
49:22 50:17 50:21
51:2 51:5 51:12
51:15 51:19 51:23
52:6 52:12 52:16
52:23 53:4 53:7

53:9 53:12 53:21
53:24 55:7 55:17
55:20 55:23 56:6
56:8 56:25 57:7
57:14 57:17 58:10
58:20 59:2 61:25
62:7 62:20 62:23
63:4 63:8 63:13
63:15 63:24 64:22
65:20 66:2 66:10
66:21 67:9 67:12
68:11 68:19 69:19
70:16 71:20 74:7
74:21 75:10 75:22
76:7 76:11 76:16
77:16 78:18 78:20
80:8 81:4 81:9
82:18 82:20 83:3
84:10 85:12 85:15
87:14 87:16 88:6
88:13 88:20 89:8
89:14 93:16 93:20
93:25 94:15 96:3
96:6 97:8 97:12
98:9 100:11 100:18
100:25 101:5 101:24
102:22 102:24 103:8
104:11 105:5 106:4
106:8 106:23 107:4
107:11 109:2 109:5
109:8 109:15 109:18
109:24 110:19 110:22
111:8 111:14 111:20
111:24 112:3 112:7
112:15 112:22 113:13
115:7 115:18 116:2
116:13 117:12 117:21
118:24 119:15 119:18
119:24 120:19 121:6
121:10 121:20 122:25
123:18 124:11 124:15
125:4 125:16 125:22
126:4 126:12 126:21
127:8 127:12 129:25
130:6 131:19 133:21
133:25 134:5 135:13
135:18 135:20 138:9
137:12 137:24 138:9
138:10 138:16 138:19
139:2 139:9 139:12
**forum non conveniens** [1]
126:8
**forward** [1] 75:4
**fought** [1] 29:15
**foundation** [1] 125:23
**four** [4] 94:23 121:23
121:24 122:2
**fourth** [2] 15:13 88:14
**franchise** [5] 14:4
14:5 14:18 18:25
19:7
**Frequently** [1] 74:9
**freshman** [1] 7:21
8:3
**friend** [1] 64:12
**friendly** [1] 64:17
**friendship** [1] 64:19

fringe [2] 105:2　105:4
front [10] 28:6　28:7
　73:14　78:9　81:14
　81:16　82:7　86:14
　91:22　133:22
frozen [5] 34:4　34:8
　34:10　34:14　34:20
full [2] 10:13　10:15
full-time [1] 10:6
functions [2] 102:12
　102:13
funds [3] 119:12　119:21
　120:21
funeral [5] 94:22　95:11
　132:11　132:24　133:5
furnishings [2] 113:16
　113:17
future [1] 55:12

-G-

Ganim [7] 8:15　17:8
　17:9　17:11　61:8
　61:9　73:22
Ganims [1] 6:25
general [10] 26:3
　26:12　29:18　29:20
　68:13　95:16　102:12
　102:12　105:5　119:24
generally [2] 12:11
　120:2
gentleman [1] 54:15
George [90] 16:20
　17:13　18:5　18:15
　19:5　19:11　20:9
　24:21　30:23　33:13
　34:6　35:11　36:7
　37:8　37:21　46:18
　48:8　48:21　59:20
　59:21　60:2　60:20
　61:18　63:20　64:10
　64:16　65:3　65:10
　67:4　68:8　68:10
　68:23　68:23　68:24
　69:10　69:18　70:19
　71:8　74:3　74:11
　74:13　74:14　74:18
　76:22　78:9　78:13
　78:14　79:10　79:18
　79:21　80:4　80:6
　80:14　80:21　82:24
　82:25　83:13　84:12
　85:23　88:18　89:12
　89:17　89:18　91:8
　91:16　91:17　92:12
　92:18　98:4　98:15
　98:21　99:3　126:9
　127:3　127:5　128:11
　128:15　129:11　129:16
　130:23　131:15　131:21
　132:4　132:13　133:3
　133:10　133:17　136:14
　137:16　137:18
George's [9] 18:16
　39:2　46:15　48:21
　60:8　69:9　69:10
　92:21　129:24

Georgette [20] 24:23
　28:23　28:24　33:15
　39:18　40:16　67:15
　69:13　69:15　86:18
　90:16　90:18　92:5
　95:16　95:19　96:13
　97:24　98:16　98:17
　120:11
Georgette's [2] 95:7
　95:25
Georgia [9] 9:19
　10:5　10:11　10:13
　10:15　10:21　11:6
　14:17　24:13
gesture [1] 35:24
Girls [1] 25:10
girls' [1] 25:14
given [3] 47:13　58:6
　141:14
goes [2] 84:5　138:13
good [7] 54:14　54:22
　55:4　55:13　55:17
　55:25　58:10
Goodwin [1] 141:9
grab [1] 63:12
graciously [1] 58:6
graduate [1] 7:20
　10:21
graduated [1] 10:24
granted [2] 51:16
　51:18
great [1] 46:6
ground [1] 54:15
grow [1] 6:6　6:8
growing [1] 20:18
growth [1] 123:11
guess [3] 38:23　56:25
　121:6
guys [1] 29:13

-H-

half [4] 73:17　73:18
　73:24　136:11
Halloran [1] 139:16
　141:9
hand [4] 97:2　135:3
　135:11　141:19
hand-carried [2] 81:21
　133:7
handwriting [17] 41:14
　41:18　43:10　43:12
　43:14　44:12　48:2
　50:17　54:22　55:5
　55:13　56:20　56:22
　57:3　58:3　140:13
　140:15
happy [2] 49:5　63:14
Hartford [1] 141:10
Harvard [1] 29:13
health [3] 105:9　106:12
　106:19
heard [2] 124:5　129:18

heartbeat [1] 44:9
heaven's [1] 113:13
heirs [1] 24:16
held [2] 11:13　128:5
help [2] 63:5　102:8
hereby [1] 141:7
hereto [1] 141:18
hereunto [1] 141:19
high [2] 121:23　121:24
high school [1] 7:12
highest [1] 110:10
himself [1] 60:11
historical [1] 123:11
hit [2] 12:15　138:12
hold [5] 7:8　11:22
　11:23　12:6　18:25
home [2] 78:11　85:17
　85:18　91:2
Honor [2] 54:20　55:16
　55:17
hoping [1] 103:21
horse's [1] 121:22
hospital [1] 12:16
Hospitalization [1] 105:6
　105:8
hours' [1] 139:5
house [11] 33:25　69:3
　72:13　77:23　92:21
　100:23　100:25　108:4
　110:17　115:5　123:19
housekeeping [1] 41:2
housing [2] 108:24
　108:25
hurricane [1] 56:5
husband [1] 28:25
hypothetical [1] 98:13

-I-

ID [6] 41:10　54:4
　54:6　56:19　58:2
　127:18
idea [7] 36:23　37:3
　83:17　122:19　123:17
　124:7　125:19
identified [2] 43:13
　44:15
identify [1] 135:10
ill [2] 90:3　92:16
impeach [1] 106:9
important [1] 95:25
inactive [1] 100:4
Inc [2] 29:8　31:11
　31:13
includes [1] 105:8
including [5] 73:16
　102:13　113:11
income [1] 111:5
Income Tax [1] 112:10
incomplete [1] 134:9
　134:18

Incorrect [2] 60:12
　80:12
INDEX [1] 140:6
indicated [1] 126:8
indifferent [1] 111:13
information [2] 66:14
　106:25
initial [10] 16:3　16:4
　58:18　58:23　59:3
　59:6　59:8　59:15
　60:25　61:19
injuries [2] 16:10
　16:11
innocuous [1] 56:6
inquiry [2] 53:11　53:12
ins't [1] 54:22
instead [1] 56:11
instruct [1] 60:4
instructions [3] 20:12
　83:20　137:23
Instructor [1] 12:7
　12:8
insurance [2] 106:12
　106:20
intend [1] 49:18
interest [2] 128:4　135:6
interested [1] 141:18
interim [1] 20:8
interrogatories [1] 135:2
　135:22　135:24
introduced [1] 42:15
invasion [1] 107:18
inventory [1] 71:25
invest [5] 15:21　15:24
　30:12　30:24　31:3
involved [12] 14:16
　16:8　25:20　25:25
　26:6　27:21　33:16
　39:9　58:25　59:10
　65:22　83:6
irrelevant [4] 120:20
　120:22　121:2　125:17
issue [9] 42:22　47:13
　47:14　54:24　60:5
　95:21　106:16　110:6
　120:20
issued [2] 11:11　23:10
itself [2] 43:4　88:12

-J-

January [4] 67:3
　71:2　91:6　93:8
job [2] 18:16　125:6
Joe [3] 61:7　61:8
　61:9
John [4] 17:8　17:9
　17:11　127:17
John J Carreiro [2]
　141:6　141:24
Joseph [2] 8:15　22:24
Journal [1] 55:23

GEORGE J. BAGHDADY vs.
SAMI J. BAGHDADY, ET AL
Case No. X06 CV-010167985 Document 16-2
Multi-Page™
Filed 11/29/2004   Page 47 of 54   judge - mean
SAMI J. BAGHDADY - SESSION I

judge [2]      40:4      110:3
Judge Covello [1]      54:10
judge's [1]   45:10
July [8]   12:21      42:25
   43:18      51:7      54:5
   77:9      136:4      140:11
June [10]   68:7      68:17
   76:5      85:24      86:9
   86:12      86:13      86:15
   86:15      128:22

-K-

keep [2]   36:7      124:25
keeping [1]      72:5
kept [1]   36:24
kids [1]   84:23
kind [2]   95:21      114:16
knew [4]   64:16      81:19
   86:19      86:24      96:11
knowledge [21]      22:17
   22:18      33:20      37:15
   59:5      64:9      66:4
   69:8      75:12      75:16
   78:3      78:15      89:21
   91:9      94:11      98:7
   98:15      108:6      119:7
   128:7      141:12
known [1]   87:5
knows [3]   36:23      86:5
   88:24

-L-

laid [1]   125:24
land [3]   117:6      117:7
   123:16
landscaped [2]      123:20
   123:22
landscaping [1]      123:25
language [1]      79:25
larger [1]   28:16
last [13]   26:14      28:18
   41:24      51:20      52:14
   73:23      75:6      107:7
   111:4      127:5      134:11
   134:18      134:21
late [2]   25:19      51:2
   65:6      120:5      132:15
   133:6
latitude [1]      46:6
law [5]   25:10      25:10
   25:12      119:10      122:16
lawsuit [4] 33:5      34:8
   84:16      121:13
lawyer [1] 66:14
lay [1]   12:18
lead [7]   40:8      42:9
   43:5      43:23      44:7
   50:9      109:23
learn [1]   66:14
learned [2] 85:23      114:2
leasing [1] 114:10
least [2]   66:8      74:18

leave [5]   7:22      12:8
   12:10      54:18      55:11
Lebanese [12]      25:9
   25:12      65:14      66:12
   66:13      68:5      68:17
   80:16      86:14      119:10
   122:11      134:23
Lebanese College [1]
   7:16
Lebanon [76]      5:24
   5:25      6:6      6:8
   6:9      6:14      6:17
   7:8      7:13      8:9
   11:15      11:17      11:20
   11:24      13:3      13:4
   13:6      13:9      13:14
   13:15      13:16      18:11
   18:21      19:16      19:23
   20:18      21:4      21:18
   23:4      24:8      24:11
   25:4      26:24      29:2
   35:16      39:18      40:16
   59:13      59:17      60:24
   64:4      64:18      64:25
   65:10      70:23      80:2
   81:24      83:14      84:21
   86:23      90:9      90:12
   90:17      92:24      93:8
   94:22      114:18      118:19
   119:13      119:14      119:22
   119:23      120:14      120:22
   122:15      122:23      122:24
   123:7      128:4      129:14
   131:18      132:6      132:13
   132:21      133:4      133:11
left [5]   12:9      30:5
   60:23      75:3      132:14
legal [1]   88:22
legalized [2]      119:9
   122:22
lend [2]   30:23      31:2
length [1] 111:12
lent [1]   34:7
less [6]   25:11      101:15
   101:19      101:21      114:6
   114:7
letter [24]   42:24      43:17
   44:6      44:16      47:8
   47:15      48:25      52:13
   52:17      52:22      54:5
   54:7      77:8      77:10
   84:5      131:9      133:16
   133:19      133:21      133:24
   134:2      134:17      140:11
   140:12
letters [11] 47:22      48:6
   49:8      49:10      49:19
   49:25      50:6      53:2
   53:23      79:21      118:6
Lic #169      141:25
license [5]   11:14      11:17
   20:7      23:8      23:10
licensed [1]      114:13
life [3]      40:17      40:20
   95:7
lifetime [1]      6:16

light [2]   63:2      107:20
limited [1] 116:15
limits [1]   49:16
line [4]   39:22      112:3
   142:7
lines [4]   54:16      54:17
   54:25      55:2
lira [1]   80:17
liras [1]   134:23
listed [1]   94:13
literally [1]      122:16
litigation [9]      16:8
   33:4      33:7      33:12
   33:13      33:15      33:16
   33:24      34:18
live [9]   6:15      21:5
   21:9      35:18      35:20
   40:19      63:25      104:21
   113:7
lived [8]   5:3      21:6
   21:13      28:13      64:6
   80:2      111:3      126:15
lives [8]   28:22      63:21
   64:4      104:22      105:24
   108:14      108:16      110:8
living [4]   23:6      28:24
   101:6      101:8
LLP [1]   141:9
loan [6]   34:11      38:19
   38:21      38:24      109:13
   136:18
loaned [1] 34:12
located [5] 15:10      17:18
   31:16      32:6      35:11
longer [1] 12:25
look [4]   13:23      62:14
   82:13      85:22
look-see [1]      137:10
looked [1] 81:25
looking [2] 68:6      102:22
looks [1]   47:4
lose [2]   19:7      20:24
lost [1]   19:11
lots [1]   21:17
Loulou [2] 22:21      22:22
low [1]   12:18
luxury [2] 122:7      122:7
   122:14
lyra [1]   65:14

-M-

mail [3]   72:10      72:15
   118:12
mailed [1] 72:8
main [1]   15:11
maintain [2]      107:13
   107:17
maintained [1]      79:24
majored [1]      9:23
males [1]   25:11
man [2]   117:14      132:2

manage [2]      14:20
   26:2
managed [1]      116:16
manager [5]      18:19
   29:18      29:20      87:4
   96:24
managers [2]      14:20
   15:19
manages [1]      102:5
manufacture [1]      20:8
March [1] 136:4
mark [4]   41:9      53:22
   56:18      57:25      127:17
marked [2]      56:21
   58:5
market [8] 32:2      32:3
   105:23      106:10      107:2
   112:8      112:19      134:13
married [2]      13:15
   13:16
Mary [23] 82:12      99:15
   99:19      102:8      102:9
   102:15      103:3      103:6
   103:11      104:16      104:18
   105:19      105:24      107:14
   108:25      111:2      111:10
   112:13      114:12      114:14
   116:18      117:16      129:10
Mary Carter [14]   14:3
   14:6      14:16      15:22
   15:25      17:14      18:2
   18:6      18:17      20:14
   20:15      27:2      35:10
   36:14
Massachusetts [18]   5:2
   5:4      31:17      31:19
   34:4      39:10      64:2
   69:25      70:19      71:3
   75:2      77:21      81:21
   82:8      110:21      116:6
   129:22      130:15
master's [5]      11:4
   11:23      14:9      14:10
   14:12
mathematics [2]      9:23
   9:23
matter [1] 51:6
matters [3]      41:2
   95:25      141:12
Maurice [6]      82:6
   82:9      84:20      87:10
   130:11      130:20
maximum [1]      15:7
may [34]   22:16      23:22
   25:23      29:7      33:11
   36:10      42:8      45:23
   47:23      48:16      64:23
   66:11      66:22      68:20
   68:21      69:20      70:17
   74:22      75:11      76:5
   83:4      85:13      86:14
   89:8      103:2      109:23
   116:3      117:22      128:15
   128:20      131:20      137:25
   138:12      138:24
mean [11]   33:2      38:14

| | | | | | |
|---|---|---|---|---|---|
| 39:14 | 46:25 | 58:14 | **mother** [22] | | 13:5 | 92:12 | 128:18 | 128:18 | 14:24 | 17:3 | 21:19 |
| 61:13 | 79:5 | 86:8 | 21:12 | 21:15 | 23:3 | **Newspaper** [1] | | 55:22 | 22:15 | 23:21 | 25:22 |
| 97:17 | 124:2 | 129:20 | 23:12 | 24:3 | 24:16 | **next** [3] | 75:21 | 112:9 | 26:7 | 29:6 | 30:13 |
| **meaning** [1] | | 128:12 | 26:23 | 27:18 | 27:18 | 139:15 | | | 33:17 | 35:4 | 36:9 |
| **means** [1] | 89:6 | | 28:12 | 28:17 | 29:2 | **nicely** [1] | 63:14 | | 37:5 | 40:22 | 58:20 |
| **meant** [1] | 38:10 | | 89:11 | 90:25 | 92:13 | **night** [1] | 69:3 | | 65:20 | 66:2 | 66:10 |
| **medical** [4] | | 23:8 | 93:4 | 93:15 | 94:10 | **nine** [2] | 74:16 | 111:4 | 66:21 | 67:9 | 67:12 |
| 90:7 | 105:7 | 105:8 | 132:14 | 133:5 | 133:11 | **nobody** [1] | 122:12 | | 68:11 | 68:19 | 69:19 |
| **meet** [1] | 92:11 | | **mother's** [4] | | 67:21 | **nominate** [1] | | 82:5 | 70:16 | 71:20 | 74:7 |
| **meeting** [5] | | 94:21 | 67:23 | 94:22 | 132:11 | **nominating** [1] | | 82:3 | 74:21 | 75:10 | 76:7 |
| 95:2 | 95:4 | 95:5 | **motion** [4] | 51:14 | 53:19 | **non-party's** [1] | | 103:25 | 77:16 | 80:8 | 81:4 |
| 133:14 | | | 126:8 | 135:18 | | **none** [1] | 70:8 | | 83:3 | 84:10 | 85:12 |
| **memorialized** [4] | | 77:7 | **move** [2] | 104:3 | 108:21 | **noon** [1] | 139:16 | | 85:15 | 88:20 | 89:8 |
| 77:8 | 84:2 | 84:3 | **moved** [4] | 21:15 | 27:25 | **nor** [4] | 40:8 | 50:8 | 89:14 | 93:16 | 94:15 |
| **mentioned** [1] | | 78:8 | 28:7 | 28:11 | | 87:23 | 141:16 | | 96:3 | 96:6 | 97:8 |
| **merged** [2] | 30:7 | 30:9 | | | | **normally** [4] | | 72:14 | 97:12 | 107:13 | 107:17 |
| **met** [1] | 64:11 | | | **-N-** | | 72:18 | 72:19 | 120:16 | 109:2 | 110:19 | 112:22 |
| **methods** [1] | | 123:9 | | | | **Norwalk** [2] | | 15:13 | 115:18 | 116:2 | 116:13 |
| **middle** [1] | 54:14 | | **Nadia** [2] | 21:2 | 21:3 | 18:13 | | | 117:12 | 117:21 | 117:22 |
| **midwife** [1] | | 23:7 | **name** [14] | 20:13 | 21:2 | **notarial** [1] | | 141:20 | 118:24 | 120:19 | 123:18 |
| **million** [1] | 78:9 | | 22:21 | 22:23 | 23:15 | **notary public** [1] | 81:14 | 124:11 | 129:25 | 131:19 |
| **mine** [2] | 35:9 | 83:6 | 23:16 | 26:14 | 26:14 | 82:8 | 82:11 | 141:6 | 137:24 | 137:25 | 138:13 |
| **minimum** [2] | | 11:23 | 41:4 | 46:12 | 48:22 | 141:24 | 142:25 | | | | |
| 16:2 | | | 61:10 | 61:17 | 99:23 | **note** [2] | 65:20 | 88:20 | **objections** [1] | | 49:14 |
| **minus** [1] | 66:23 | | 99:25 | 132:8 | | **nothing** [6] | | 75:18 | **observe** [1] | | 131:6 |
| **minute** [2] | 54:2 | 85:2 | **named** [1] | 141:10 | | 86:12 | 92:17 | 98:19 | **obtained** [2] | | 61:10 |
| **misinformed** [1] | | 122:9 | **names** [1] | 25:14 | | 120:24 | 141:11 | | 84:15 | | |
| 122:10 | | | **nature** [2] | 12:12 | 33:24 | **notice** [2] | 5:7 | 141:8 | **obvious** [1] | | 121:5 |
| **mistaken** [1] | | 122:14 | **necessarily** [1] | | 55:3 | **November** [2] | | 90:11 | **occasion** [1] | | 91:14 |
| **misunderstand** [1] | 131:24 | 117:17 | | | 133:16 | | | **occasions** [1] | | 75:14 |
| **MIT** [5] | 9:18 | 10:5 | **necessary** [2] | | 106:14 | **now** [55] | 5:6 | 12:2 | **occupation** [1] | | 10:16 |
| 10:7 | 10:11 | 10:14 | 131:2 | | | 16:19 | 19:2 | 20:4 | **occur** [1] | 85:8 | |
| **moderator** [1] | | 100:12 | **need** [10] | 34:22 | 54:23 | 27:4 | 27:25 | 28:22 | **occurred** [3] | | 96:18 |
| **mom** [10] | 25:7 | 27:25 | 55:14 | 56:23 | 71:4 | 30:12 | 32:5 | 32:13 | 129:9 | 129:10 | |
| 28:15 | 28:19 | 90:19 | 73:19 | 75:3 | 95:21 | 32:21 | 32:22 | 33:4 | **October** [3] | | 63:15 |
| 91:4 | 91:7 | 92:8 | 114:16 | 117:17 | | 33:12 | 35:10 | 38:25 | 85:24 | 90:11 | |
| 92:11 | 92:19 | | **needed** [6] | 70:21 | 72:11 | 39:17 | 41:12 | 43:3 | **off** [8] | 43:11 | 57:12 |
| **mom's** [1] | 22:21 | | 73:13 | 73:16 | 99:9 | 44:6 | 45:22 | 47:6 | 73:6 | 74:9 | 107:12 |
| **money** [39] | 15:21 | 15:24 | 129:4 | | | 56:8 | 56:23 | 63:17 | 136:25 | 137:3 | 139:9 |
| 30:12 | 30:23 | 34:22 | **Needing** [1] | | 70:21 | 65:4 | 65:9 | 67:3 | **offer** [4] | 49:5 | 103:15 |
| 35:2 | 35:7 | 37:17 | **needs** [1] | 95:25 | | 68:15 | 75:21 | 76:8 | 116:25 | 117:5 | 117:7 |
| 37:25 | 38:3 | 49:20 | **negotiate** [1] | | 69:17 | 78:12 | 83:23 | 85:22 | 117:10 | | |
| 49:21 | 59:24 | 60:10 | **negotiated** [1] | | 116:25 | 87:17 | 94:12 | 97:4 | **offered** [2] | 58:22 | 65:5 |
| 60:25 | 61:4 | 65:18 | **negotiating** [1] | | 117:5 | 99:15 | 100:6 | 102:6 | **offering** [7] | | 58:18 |
| 70:21 | 70:21 | 72:11 | **negotiation** [2] | | 74:19 | 108:2 | 108:7 | 113:19 | 58:23 | 59:3 | 59:6 |
| 80:18 | 96:20 | 96:25 | 75:7 | | | 120:4 | 121:20 | 121:21 | 59:8 | 59:15 | 77:24 |
| 97:4 | 97:6 | 97:7 | **negotiations** [4] | | 70:4 | 122:18 | 127:22 | 129:23 | **office** [7] | 50:25 | 72:14 |
| 97:14 | 97:17 | 97:24 | 70:8 | 70:12 | 73:9 | 131:13 | 133:16 | 134:22 | 78:10 | 92:6 | 102:13 |
| 98:5 | 98:16 | 112:13 | **neither** [4] | 40:7 | 50:8 | 135:2 | 138:12 | | 119:2 | 129:10 | |
| 117:8 | 120:13 | 120:14 | 87:23 | 141:15 | | **number** [4] | | 5:22 | **offices** [5] | 32:16 | 32:18 |
| 125:2 | 125:14 | 137:16 | **netted** [1] | 38:23 | | 5:23 | 45:11 | 86:8 | 101:4 | 139:15 | 141:9 |
| 137:18 | | | **never** [15] | 21:17 | 30:25 | **numbers** [1] | | 49:10 | **often** [1] | 74:6 | |
| **monies** [1] | 97:2 | | 58:22 | 58:23 | 59:5 | **nursery** [1] | | 17:10 | **old** [1] | 64:14 | |
| **Monroe** [5] | | 63:22 | 75:9 | 75:12 | 98:24 | | | | **older** [3] | 74:13 | 74:16 |
| 68:8 | 74:4 | 74:20 | 98:25 | 99:2 | 99:3 | | **-O-** | | 125:25 | | |
| 75:9 | | | 116:16 | 124:5 | 137:18 | | | | **once** [2] | 33:18 | 73:21 |
| **month** [1] | 106:19 | | 137:19 | | | **oath** [1] | 141:13 | | 79:23 | | |
| **monthly** [2] | | 110:17 | **new** [4] | 48:15 | 125:24 | **object** [12] | 22:2 | 33:6 | **one** [66] | 7:21 | 10:14 |
| 112:20 | | | **New Haven** [3] | | 15:14 | 64:22 | 88:7 | 98:9 | 15:6 | 15:12 | 15:14 |
| **mortgage** [6] | | 38:13 | 18:14 | 63:7 | | 101:2 | 111:24 | 119:18 | 15:15 | 18:3 | 18:4 |
| 38:14 | 61:10 | 61:11 | **New York City** [1] | 79:11 | | 119:24 | 122:25 | 123:2 | 18:10 | 18:24 | 18:24 |
| 125:8 | 136:21 | | **New York Stock Exchange** | | 138:12 | | | 21:20 | 21:21 | 27:10 |
| **most** [1] | 51:10 | | [1] | | 32:4 | **objected** [1] | | 46:8 | 27:12 | 28:12 | 33:7 |
| | | | **New York** [4] | | 68:17 | **objection** [67] | | 9:2 | 34:13 | 34:16 | 34:17 |
| | | | | | | | | | 34:17 | 38:14 | 38:23 |
| | | | | | | | | | 39:14 | 39:16 | 44:4 |
| | | | | | | | | | 44:25 | 47:13 | 47:18 |

49:25 50:14 55:11
55:24 56:2 56:3
56:23 57:19 63:2
69:14 80:10 80:11
80:12 82:2 84:9
86:8 86:11 86:14
86:15 99:6 100:13
101:3 104:22 106:25
111:25 112:4 114:19
118:10 118:10 119:4
127:24 128:17 128:18
130:3 133:8 136:10
141:9

**one/half** [1] 134:8
**one/third** [2] 67:5
135:5
**ones** [1] 118:9
**ongoing** [2] 73:5
74:19
**open** [1] 32:3
**opened** [1] 20:3
**opinion** [4] 66:7
125:20 125:23 126:10
**opportunity** [3] 13:4
38:25 52:21
**option** [1] 134:14
**orally** [1] 122:21
**order** [10] 16:3 16:4
16:5 16:6 20:9
49:16 51:10 51:20
103:16 103:19
**original** [2] 46:12
135:23
**otherwise** [3] 20:23
33:11 47:12
**outcome** [1] 141:18
**outside** [1] 139:10
**outstanding** [5] 38:19
38:21 38:24 51:14
97:20
**overnight** [1] 69:2
**own** [21] 14:21 17:17
17:19 23:13 25:11
31:8 32:6 32:23
41:17 46:17 60:10
102:2 104:18 108:13
113:17 114:3 114:17
114:20 114:22 122:16
137:21
**owned** [7] 13:23 13:25
23:14 67:4 67:16
85:4 128:12
**owner** [4] 98:10 98:12
127:21 128:5
**owners** [1] 96:8
**ownership** [2] 37:18
38:2

-P-

**package** [1] 73:20
**page** [3] 41:13 140:8
142:7
**paid** [12] 17:22 38:24
108:18 112:13 120:13

125:14 135:6 135:9
135:9 136:25 137:3
137:21
**paint** [20] 14:3 14:3
14:6 14:16 20:3
20:4 20:5 20:5
20:8 20:14 20:15
35:10 70:25 71:9
71:24 73:2 76:23
76:24 76:25 77:3
**paints** [1] 20:9
**paper** [2] 41:16 56:2
**papers** [2] 19:25 99:8
**paperwork** [1] 75:19
**paragraph** [23] 55:24
63:20 68:6 68:7
75:21 75:22 75:24
75:25 76:12 78:12
78:18 78:19 78:20
82:13 82:14 85:22
86:7 87:23 87:24
127:3 127:20 131:13
134:4
**paragraphs** [1] 62:12
**part** [21] 35:23 36:13
37:13 37:20 37:25
38:5 38:19 74:19
82:22 88:18 91:19
92:20 103:4 103:25
104:18 104:24 104:25
108:14 108:16 110:5
113:5
**parted** [2] 71:14 73:6
**partial** [5] 10:14 71:10
71:11 136:14 136:18
**partially** [2] 70:5
72:25
**participation** [1] 98:20
**particular** [2] 62:12
104:10
**parties** [3] 119:4 141:16
141:18
**partitioned** [1] 128:3
**parts** [1] 37:11
**party** [3] 83:9 83:12
83:22
**pass** [3] 24:6 91:2
91:4
**passed** [2] 24:8 24:11
24:14 25:7 28:20
**past** [2] 53:18 116:24
**pattern** [1] 47:11
**pause** [2] 56:15 139:11
**pay** [20] 14:21 16:6
35:20 35:23 35:25
37:17 37:25 38:4
59:21 73:12 87:11
97:19 97:22 102:21
104:16 104:23 105:7
119:13 119:22 120:12
**payment** [11] 38:5
61:19 71:10 71:11
75:6 134:11 134:19
134:21 135:11 136:8
136:15

**payments** [2] 136:5
136:6
**payroll** [1] 133:7
**pays** [1] 106:19
**pending** [2] 51:18
107:9
**pension** [1] 105:14
**penthouse** [1] 110:8
**people** [4] 58:12 63:4
63:9 103:24
**per** [4] 16:6 121:24
124:8 124:13
**percentage** [1] 108:3
**Perhaps** [1] 103:10
**period** [9] 13:7 15:7
20:23 27:20 34:7
36:4 91:12 92:19
111:2
**permanent** [1] 119:8
**permitted** [1] 53:14
**person** [6] 47:4 55:5
98:18 111:13 117:23
141:10
**personal** [4] 78:2
105:25 113:10 113:14
**personally** [4] 91:24
97:18 131:6 131:17
**personnel** [1] 138:7
**pertaining** [1] 97:20
**pertinent** [1] 99:16
**phase** [1] 26:5
**phone** [2] 51:9 86:23
**physically** [1] 129:20
**picked** [1] 100:4
**piece** [5] 21:23 34:17
85:4 106:25 117:7
**pieces** [1] 56:2
**place** [8] 21:13 49:16
70:9 74:20 75:13
89:13 92:10 122:13
**placed** [1] 54:10
**places** [1] 102:11
**plaintiff** [10] 41:10
46:21 54:4 54:6
56:19 58:2 88:15
127:18 135:7 140:8
**plaintiff's** [1] 135:5
**plan** [2] 23:24 44:11
**plane** [1] 90:21
**plans** [1] 27:13
**play** [2] 131:23 132:4
**played** [5] 64:24 131:21
132:2 132:5 132:18
**pleaded** [1] 50:3
**plot** [1] 127:21
**plus** [5] 19:10 20:3
20:18 66:23 73:2
80:24 87:8 98:17
105:2 105:2 134:8
**poetry** [1] 127:4 127:6
**point** [5] 54:21 55:12

95:23 96:4 96:15
**pointing** [1] 57:18
**poor** [1] 63:3
**portion** [2] 28:4 82:2
**posed** [2] 50:8 103:4
**position** [14] 12:6
17:14 34:21 60:8
60:8 60:13 67:11
70:7 76:8 87:7
96:9 96:11 99:21
111:11
**possible** [5] 73:7
73:18 74:17 122:15
138:14
**pounds** [3] 66:12 66:13
68:5
**power of attorney** [26]
57:15 67:22 67:24
80:5 80:9 81:5
81:8 81:12 81:22
85:25 94:12 95:16
95:20 95:22 99:4
128:16 128:23 129:2
129:7 129:12 129:13
129:14 129:24 130:19
130:20 130:22
**powers of attorney** [2]
86:14 131:10
**practice** [2] 11:24
23:3 23:11 28:13
**precise** [1] 55:3
**Preclude** [1] 53:20
**precluded** [1] 53:3
**premised** [1] 53:13
**preparation** [1] 5:6
5:12
**prepare** [2] 5:15
117:20
**present** [7] 39:5 39:12
39:16 93:15 95:5
119:3 119:4
**Presentation** [1] 54:11
**presented** [1] 48:5
49:23
**preserve** [1] 53:23
**president** [4] 29:19
30:3 30:5 30:9
**pretty** [4] 44:3 56:6
56:7 74:10 110:3
**prevailed** [1] 34:19
**previously** [1] 42:25
**price** [10] 77:2 80:6
80:18 134:7 134:15
134:23 135:7 135:8
135:9 135:10
**privacy** [1] 103:3
106:17 107:19
**private** [2] 59:7 59:8
**probe** [1] 103:23
**probed** [2] 46:9 103:10
**probing** [1] 40:7
**problem** [1] 103:2
**problems** [1] 45:24

GEORGE J. BAGHDADY vs.
SAMI J. BAGHDADY, ET AL

Multi-Page™

proceed - rest
SAMI J. BAGHDADY - SESSION I

| | | |
|---|---|---|
| **proceed** [2] | 26:23 | |
| 75:4 | | |
| **proceedings** [2] | 56:15 | |
| 139:11 | | |
| **process** [3] 57:3 | 57:7 | |
| 118:17 | | |
| **processing** [1] | 19:25 | |
| **produce** [2] | 52:4 | |
| 118:15 | | |
| **produced** [6] | 41:24 | |
| 43:4 | 43:9 | 49:19 |
| 52:14 | 52:17 | |
| **product** [1] | 135:14 | |
| **production** [2] | 52:18 | |
| 138:11 | | |
| **professional** [3] | 11:13 | |
| 11:16 | 23:3 | |
| **program** [1] | 10:7 | |
| **project** [2] 26:15 | 26:16 | |
| **promise** [1] | 82:24 | |
| **proof** [1] 49:5 | | |
| **properly** [1] | 87:25 | |
| **properties** [13] | 73:15 | |
| 101:9 | 114:5 | 114:6 |
| 114:17 | 114:20 | 114:22 |
| 115:14 | 116:5 | 116:17 |
| 123:10 | 123:16 | 123:16 |
| **property** [67] | 17:17 | |
| 17:20 | 21:9 | 21:12 |
| 21:17 | 21:23 | 22:13 |
| 22:25 | 23:13 | 23:16 |
| 23:19 | 24:5 | 24:14 |
| 25:4 | 25:5 | 25:7 |
| 25:13 | 34:17 | 35:18 |
| 35:21 | 38:8 | 61:5 |
| 66:6 | 66:8 | 71:8 |
| 73:24 | 76:6 | 77:22 |
| 78:6 | 78:8 | 80:6 |
| 84:14 | 85:5 | 87:10 |
| 87:25 | 94:24 | 95:8 |
| 96:2 | 96:9 | 96:15 |
| 98:11 | 114:19 | 114:21 |
| 114:24 | 115:22 | 115:25 |
| 116:23 | 118:18 | 119:14 |
| 119:23 | 120:3 | 120:7 |
| 120:23 | 121:12 | 122:7 |
| 123:6 | 123:24 | 128:4 |
| 128:6 | 128:8 | 128:8 |
| 134:23 | 135:6 | 135:7 |
| 136:11 | 136:15 | 136:25 |
| **proposed** [1] | 69:17 | |
| **protect** [2] 29:4 | 85:10 | |
| **protective** [3] | 49:16 | |
| 103:16 | 103:18 | |
| **provide** [4] | 82:25 | |
| 99:3 | 105:11 | 108:23 |
| **provided** [1] | 46:5 | |
| **prudent** [1] | 85:8 | |
| **public** [8] 32:2 | 34:14 | |
| 37:16 | 59:3 | 103:5 |
| 103:12 | 103:23 | 104:2 |
| **pull** [1] 55:7 | | |
| **purchase** [7] | 22:25 | |
| 59:14 | 61:2 | 61:4 |
| 69:18 | 78:13 | 78:16 |
| 78:17 | 78:22 | 78:24 |
| 80:18 | 83:2 | 84:8 |
| 86:2 | 94:14 | 115:16 |
| 117:6 | 117:20 | 118:18 |
| 119:13 | 119:22 | 122:20 |
| 135:7 | 135:8 | 135:9 |
| 135:10 | | |
| **purchased** [3] | 67:2 | |
| 90:20 | 116:23 | |
| **purchases** [1] | 117:25 | |
| **purpose** [4] | 23:19 | |
| 70:20 | 75:25 | 76:4 |
| **purposes** [4] | 32:19 | |
| 42:17 | 106:14 | 116:24 |
| **pursuant** [1] | 141:8 | |
| **pursue** [2] 9:24 | 10:3 | |
| **put** [1] 18:22 | | |

**-Q-**

| | | |
|---|---|---|
| **qualifications** [2] | 50:20 | |
| 113:20 | | |
| **qualified** [1] | 141:7 | |
| **qualify** [1] 23:10 | | |
| **questioning** [1] | 39:22 | |
| **questions** [11] | 30:15 | |
| 30:17 | 46:4 | 46:10 |
| 50:7 | 58:16 | 62:11 |
| 62:16 | 63:18 | 104:6 |
| 139:6 | | |
| **quick** [1] 63:12 | | |
| **quickly** [1] 39:23 | | |
| **quitclaim** [2] | 73:22 | |
| 75:4 | | |
| **quite** [1] 12:16 | | |
| **quote** [1] 76:12 | | |
| **quoting** [2] | 127:10 | |
| 133:20 | | |

**-R-**

| | | |
|---|---|---|
| **raised** [2] 47:14 | 126:9 | |
| **rather** [2] 66:12 | 103:9 | |
| **Ray** [1] 73:22 | | |
| **re** [1] 57:12 | | |
| **read** [20] 39:2 | 39:8 | |
| 77:5 | 77:5 | 81:20 |
| 81:25 | 81:25 | 82:14 |
| 88:10 | 107:7 | 107:9 |
| 130:23 | 131:4 | 131:5 |
| 131:6 | 131:9 | 134:3 |
| 134:5 | 135:14 | 142:2 |
| **ready** [2] 21:14 | 75:5 | |
| **real** [1] 128:4 | | |
| **real estate** [5] | 33:25 | |
| 113:21 | 114:11 | 117:14 |
| 117:23 | | |
| **really** [10] 30:15 | 30:16 | |
| 35:24 | 75:2 | 88:5 |
| 91:16 | 100:2 | 106:14 |
| 111:21 | 127:22 | |
| **reason** [2] 72:10 | 85:21 | |
| **reasonably** [5] | 40:8 | |
| 42:9 | 43:22 | 44:6 |

| | | |
|---|---|---|
| 50:9 | | |
| **reasons** [1] | 7:23 | |
| **receipts** [1] | 118:15 | |
| **receive** [2] 9:9 | 80:21 | |
| **received** [2] | 80:14 | |
| 80:23 | | |
| **receives** [2] | 106:11 | |
| 110:5 | | |
| **recent** [1] 51:10 | | |
| **recess** [2] 54:8 | 54:9 | |
| 107:6 | | |
| **recollect** [2] | 70:4 | |
| 70:15 | | |
| **recollection** [7] | 17:25 | |
| 72:8 | 89:24 | 92:23 |
| 93:12 | 132:16 | 137:19 |
| **recollections** [1] | 70:14 | |
| **reconvened** [1] | 139:21 | |
| **record** [19] 24:18 | 34:15 | |
| 37:16 | 49:6 | 50:5 |
| 53:23 | 57:12 | 58:4 |
| 63:17 | 76:11 | 103:5 |
| 103:13 | 104:2 | 107:13 |
| 134:3 | 135:13 | 139:9 |
| 139:12 | 141:14 | |
| **recorded** [1] | 94:2 | |
| 94:7 | | |
| **recording** [4] | 57:23 | |
| 87:9 | 118:18 | 122:22 |
| **recover** [1] 12:18 | | |
| **reduced** [1] | 141:13 | |
| **refer** [1] 77:12 | | |
| **referring** [2] | 59:2 | |
| 86:11 | | |
| **refinancing** [1] | 136:19 | |
| **reflected** [1] | 81:18 | |
| **refuses** [1] 126:3 | | |
| **regardless** [1] | 128:2 | |
| **registered** [1] | 11:24 | |
| 78:25 | 79:4 | 82:25 |
| 84:8 | 93:14 | |
| **registration** [1] | 99:12 | |
| **Registry** [5] | 93:15 | |
| 94:7 | 94:18 | 99:12 |
| 119:2 | | |
| **related** [1] 141:16 | | |
| **relating** [1] | 95:25 | |
| **relationship** [1] | 98:22 | |
| **relationships** [1] | 102:13 | |
| **relative** [1] | 5:18 | |
| 99:16 | 141:17 | |
| **relatively** [1] | 39:23 | |
| **released** [1] | 34:19 | |
| **relevance** [12] | 30:16 | |
| 30:17 | 46:18 | 93:18 |
| 110:22 | 110:24 | 111:20 |
| 115:9 | 117:22 | 121:3 |
| 121:4 | 137:25 | |
| **relevancy** [1] | 138:14 | |
| **relevant** [1] | 40:8 | |
| 43:22 | 44:15 | 46:3 |
| 50:8 | 52:8 | 101:24 |

| | | |
|---|---|---|
| 109:15 | 109:22 | 109:25 |
| 111:7 | 111:8 | 124:16 |
| **relied** [1] 118:21 | | |
| **rely** [1] 114:14 | | |
| **remember** [20] | 17:22 | |
| 38:12 | 48:7 | 59:24 |
| 61:11 | 68:2 | 70:12 |
| 70:18 | 71:7 | 92:4 |
| 93:7 | 94:21 | 95:9 |
| 95:15 | 97:4 | 127:7 |
| 127:13 | 127:14 | 136:24 |
| 137:8 | | |
| **remortgaged** [1] | 136:25 | |
| **remortgaging** [1] | 38:8 | |
| **renegotiate** [1] | 77:25 | |
| **rent** [11] 35:20 | 35:25 | |
| 36:2 | 101:10 | 104:23 |
| 108:11 | 112:5 | 112:6 |
| 112:25 | 113:2 | 113:4 |
| **rental** [6] 101:9 | 105:23 | |
| 110:17 | 111:6 | 112:20 |
| 116:17 | | |
| **renting** [1] 21:13 | | |
| **rents** [5] 87:2 | 87:3 | |
| 97:15 | 102:10 | 108:10 |
| **repair** [1] 98:5 | | |
| **repairing** [1] | 98:11 | |
| **repairs** [5] 96:25 | 97:3 | |
| 98:18 | 122:12 | 122:13 |
| **repayment** [1] | 136:18 | |
| **repeat** [5] 61:3 | 81:10 | |
| 94:5 | 115:23 | 119:20 |
| **report** [1] 51:24 | 111:5 | |
| **reported** [1] | 54:12 | |
| **reporter** [1] | 107:10 | |
| **reports** [1] 51:22 | | |
| **represent** [7] | 81:23 | |
| 103:6 | 107:14 | 130:12 |
| 130:18 | 130:20 | 133:19 |
| **representative** [3] | 81:22 | |
| 82:3 | 82:10 | |
| **represented** [3] | 66:20 | |
| 83:9 | 84:21 | |
| **request** [5] 46:11 | 137:12 | |
| 138:11 | 138:16 | 138:17 |
| 139:3 | | |
| **requested** [2] | 50:15 | |
| 96:25 | | |
| **required** [1] | 119:3 | |
| **requirement** [1] | 94:17 | |
| **residence** [3] | 105:2 | |
| 113:5 | 113:6 | |
| **resident** [1] | 131:14 | |
| **residential** [1] | 32:14 | |
| 32:15 | | |
| **residents** [1] | 119:8 | |
| **resolve** [1] 40:3 | | |
| **respect** [2] 16:9 | 49:8 | |
| **response** [4] | 62:4 | |
| 102:20 | 135:2 | 136:4 |
| **responsible** [1] | 122:12 | |
| **rest** [2] 61:9 | 73:16 | |

GEORGE J. BAGHDADY vs.                    Multi-Page™                    result - SPALDING
SAMI J. BAGHDADY, ET ANG    Case 3:01-cv-02022-JCH    Document 16-2    Filed 11/29/2004    Page 51 of 54
                                                                        SAMI J. BAGHDADY - SESSION I

**result** [1]   16:7   34:3
98:5

**resume** [1]   12:23

**resumed** [1]   139:15

**retired** [7]   10:17   10:18
28:15   28:17   32:22
105:20   105:21

**return** [3]   90:9   118:14
135:5

**returned** [2]   13:14
29:2

**review** [3]   5:13   5:15
5:19

**reviewed** [1]   5:17

**revisit** [1]   54:24   55:15

**ribs** [1]   12:14

**ridiculous** [1]   112:4

**right** [40]   6:14   11:3
12:20   12:21   25:20
27:21   28:3   33:9
34:25   39:6   40:21
47:20   58:9   58:15
65:7   66:23   70:7
73:3   74:3   77:6
78:25   79:16   85:6
93:11   95:11   95:15
102:9   104:14   105:10
110:9   114:5   116:9
128:6   130:11   134:20
134:24   136:15   136:16
137:5   138:12

**rights** [5]   40:17   103:3
106:16   107:16   107:19

**risk** [1]   52:25

**roof** [2]   27:10   27:17

**rooms** [3]   27:10   27:19
127:24

**rough** [1]   38:23

**rude** [1]   58:14

**rules** [7]   40:6   41:21
47:10   53:13   53:15
53:18   55:8

**ruling** [4]   45:2   45:4
45:7   54:13

**run** [2]   17:16   122:13

**running** [7]   15:20
18:18   19:5   20:5
35:12   71:5   72:5

---

**-S-**

**s** [8]   41:10   47:3
54:4   54:6   56:19
58:2   127:18   140:8

**Sage** [2]   139:16   141:9

**sake** [1]   113:13

**salary** [2]   102:18   104:16
105:2

**sale** [19]   34:2   65:14
78:13   78:16   78:17
78:22   78:24   81:23
83:2   84:8   86:2
94:14   99:12   115:17
117:20   122:20   130:12
130:21   134:22

**salesman** [1]   17:10

**Sami** [34]   47:21   48:9
48:14   48:24   50:2
54:2   64:4   64:11
64:14   64:17   79:14
80:5   80:13   80:13
82:9   83:11   83:14
83:23   87:4   87:5
96:24   98:18   98:19
99:6   116:20   129:23
130:2   130:8   130:13
130:18   131:14   132:5
132:19   136:19

**Sami J Baghdady** [3]
141:10   142:2   142:18

**Sami's** [3]   50:23   132:7
132:8

**Samir** [1]   102:8   105:13

**Samir's** [1]   106:2

**sample** [12]   41:11
50:15   54:23   56:17
56:20   56:22   57:13
58:3   58:5   140:10
140:13   140:15

**sand** [1]   112:4

**satisfaction** [1]   16:17

**satisfied** [1]   129:4

**savings** [1]   60:17

**saw** [2]   131:23   131:25

**says** [16]   41:17   50:22
54:22   55:13   65:14
68:13   69:2   80:19
80:20   87:18   88:3
88:15   126:21   127:20
134:22   135:4

**scheme** [1]   76:17

**scholarship** [1]   10:13
10:15

**school** [2]   6:10   7:15

**Science** [1]   11:4

**sciences** [1]   9:12

**scope** [2]   44:19   53:14
53:17

**seal** [1]   141:20

**sealed** [2]   82:25   84:7

**seats** [1]   90:21

**second** [20]   15:12   28:13
37:20   37:25   43:16
61:22   62:13   62:17
63:19   80:11   80:12
81:8   81:12   87:19
88:17   114:24   128:22
128:25   129:6   130:19

**secretarial** [1]   102:12

**secretary** [1]   99:22

**see** [18]   30:15   30:16
43:5   50:21   53:11
62:8   62:18   71:15
93:17   97:2   110:24
111:20   127:8   130:25
132:4   133:25   135:3
137:10

**seeing** [1]   131:17

**seem** [2]   33:11   48:7

---

**selecting** [1]   82:8
82:9

**self-explanatory** [2]
77:13   79:17

**sell** [7]   31:20   31:23
31:25   70:22   79:4
79:5   79:7

**seller** [2]   119:3   122:24

**selling** [2]   113:21   114:10

**send** [15]   14:20   58:8
70:24   72:20   72:22
84:4   84:4   97:14
118:12   120:14   127:4
129:23   138:16   138:17
139:8

**sending** [1]   98:15

**sense** [1]   46:13

**sent** [16]   72:23   76:20
77:8   84:9   87:9
96:25   97:4   98:4
118:7   120:13   127:5
129:3   129:13   130:3
130:13   136:13

**separate** [1]   127:24

**September** [8]   43:17
51:11   93:8   138:20
139:22   141:9   141:20
142:4

**Serve** [1]   139:2

**served** [1]   138:21

**service** [1]   114:16

**services** [1]   106:21

**session** [2]   39:5   139:17

**Session I** [1]   142:2

**set** [6]   14:19   16:5
76:17   110:18   141:8
141:19

**settled** [2]   16:15   16:17

**seven** [2]   101:15   115:12

**several** [6]   86:22   96:17
101:12   101:12   101:13
101:20

**Shall** [1]   57:20

**shape** [1]   122:11

**share** [5]   38:5   38:6
67:18   134:7   134:14

**shares** [34]   25:4   25:5
25:8   29:16   31:20
31:25   32:3   65:5
66:6   66:7   67:2
67:20   67:21   70:22
71:8   71:12   71:17
72:25   76:6   77:3
82:4   89:12   91:8
91:18   91:18   93:13
93:14   94:7   98:23
128:5   128:9   128:13
136:15   137:9

**ship** [1]   20:9

**shoe** [2]   121:22   121:22

**short** [2]   53:24   107:5

**shorter** [1]   57:19

**Shorthand Reporter** [1]
141:25

---

**show** [5]   44:5   44:11
61:25   121:2   126:12

**showing** [2]   63:15
65:18

**shown** [1]   5:7

**siblings** [3]   25:7
35:2   94:23

**sick** [3]   90:3   92:13
93:4

**side** [1]   137:20

**sign** [7]   41:6   41:7
46:12   60:22   60:23
98:21   98:25

**signature** [9]   41:11
42:19   46:15   46:17
46:18   46:19   46:20
50:3   50:23   140:10

**signatures** [2]   41:8
46:14

**signed** [21]   48:21   48:25
78:13   78:14   79:11
79:12   80:23   81:3
81:13   82:7   85:24
86:8   94:13   126:17
126:18   126:24   129:17
130:17   130:18   130:19
130:19

**signing** [3]   46:18   87:5
129:6

**simply** [2]   42:23   49:22

**sister** [7]   28:23   33:5
33:15   39:17   69:13
77:20   86:18

**sit** [2]   7:5   112:13
114:4

**sitting** [1]   42:11

**six** [3]   15:7   25:8
51:2

**sizes** [1]   122:3

**small** [3]   27:10   27:23
127:24

**so-called** [1]   49:24

**Social Security** [3]   5:21
5:23   112:12

**sold** [3]   68:2   77:23

**sole** [1]   127:20

**someone** [10]   48:16
48:20   103:9   117:19
120:15   129:13   129:22
130:6   130:14   139:8

**sometime** [1]   133:4

**son** [3]   102:8   105:13
116:19

**soon** [2]   73:7   73:17

**sophisticated** [1]   83:25

**sorry** [6]   30:21   33:3
33:10   63:10   63:11
77:4

**Souk El Gharb** [1]   7:16

**sound** [1]   58:14

**SPALDING** [133]   15:2
18:4   30:21   33:3
33:9   40:2   40:10

| | | |
|---|---|---|
| 40:14 | 41:9 | 41:22 |
| 42:5 | 42:16 | 42:23 |
| 43:7 | 43:14 | 43:19 |
| 43:25 | 44:10 | 44:20 |
| 45:2 | 45:6 | 45:9 |
| 45:12 | 45:14 | 45:18 |
| 45:21 | 46:5 | 46:22 |
| 47:3 | 47:19 | 47:21 |
| 47:25 | 48:5 | 48:11 |
| 48:16 | 48:20 | 49:2 |
| 49:12 | 50:13 | 50:13 |
| 50:24 | 51:4 | 51:8 |
| 51:13 | 51:17 | 51:20 |
| 52:2 | 52:10 | 52:13 |
| 52:20 | 52:25 | 53:5 |
| 53:8 | 53:10 | 53:16 |
| 53:22 | 54:19 | 55:16 |
| 55:24 | 56:7 | 56:18 |
| 56:21 | 57:5 | 57:16 |
| 57:18 | 57:22 | 57:25 |
| 58:4 | 59:4 | 62:5 |
| 62:10 | 62:21 | 62:25 |
| 63:6 | 63:10 | 71:22 |
| 75:24 | 76:14 | 78:19 |
| 80:11 | 81:7 | 85:2 |
| 87:15 | 88:11 | 94:4 |
| 101:3 | 103:6 | 103:14 |
| 103:18 | 104:3 | 104:5 |
| 104:8 | 104:14 | 106:6 |
| 106:18 | 106:24 | 107:5 |
| 107:7 | 109:3 | 109:6 |
| 109:16 | 109:22 | 110:7 |
| 110:14 | 110:21 | 111:9 |
| 111:22 | 112:2 | 119:17 |
| 121:4 | 121:9 | 121:21 |
| 124:17 | 125:6 | 125:18 |
| 126:2 | 127:11 | 127:17 |
| 130:4 | 130:7 | 133:14 |
| 133:23 | 135:16 | 135:19 |
| 135:21 | 135:25 | 137:14 |
| 138:4 | 138:15 | 138:18 |
| 138:23 | 139:4 | 139:13 |

**speak** [1] 139:10
**speaks** [1] 88:12
**specific** [3] 68:14    70:13
   95:20
**specifically** [6]    62:11
   72:25   87:20   88:4
   120:2   138:23
**speculate** [1]    77:17
**speculation** [1]    66:5
**spend** [1] 92:20
**spending** [1]    124:25
**spent** [1] 96:20
**split** [2] 29:15   137:4
**spring** [5] 11:2   12:22
   12:24   89:25   91:11
**square** [5] 107:24   108:2
   109:19   109:20   141:9
**ss** [1] 141:4
**staff** [1] 116:18
**stage** [1] 25:24
**standard** [1]    117:7
**standpoint** [1] 103:2
**start** [6] 8:20   10:20
   11:7   15:5   57:20

| | | |
|---|---|---|
| | 57:24 | |

**started** [12]    11:9
   11:11   15:4   15:6
   18:18   18:23   26:11
   26:23   29:8   29:10
   29:11   29:14
**state** [3]   14:4   49:9
   135:4
**state of Connecticut** [3]
   63:21   141:4   141:7
**statement** [3]    86:4
   86:17   87:8   98:13
   131:14   134:9
**States** [1] 27:24
**stating** [1] 80:13
**status** [1] 7:6
**stay** [2] 13:9   31:5
**stayed** [4] 13:11   26:24
   29:2   69:2
**staying** [1] 92:8
**stead** [1] 139:8
**still** [10] 18:25   24:13
   28:21   30:7   32:7
   98:12   102:2   102:15
   105:19   128:2
**stipulations** [1]    141:8
**stock** [9] 36:19   36:21
   36:22   58:18   58:23
   59:8   59:14   60:5
   137:21
**stopped** [1]    12:18
**store** [41] 15:11   15:13
   15:13   15:17   16:3
   16:5   16:20   17:2
   17:6   17:14   17:16
   17:18   18:2   18:7
   18:9   18:9   18:17
   18:19   18:19   19:11
   20:5   20:13   35:10
   35:12   36:4   36:7
   36:11   36:14   70:25
   71:4   71:4   71:9
   71:24   71:25   72:4
   72:5   73:2   76:23
   76:24   76:25   77:3
**stores** [13] 14:3   14:6
   14:16   14:21   14:23
   15:4   15:9   15:20
   18:23   19:5   20:18
   27:2   36:12
**stories** [2] 121:23   121:24
**story** [2] 121:25   137:20
**Stratford** [15]    15:11
   15:16   15:17   16:20
   17:15   18:3   18:4
   18:16   19:11   59:23
   61:15   61:16   73:24
   134:8   136:12
**street** [5] 5:3   31:18
   63:22   63:25   141:10
**studies** [3] 7:12   8:16
   8:20   9:6   10:24
**study** [3] 8:18   9:20
   10:3
**stuff** [1]   135:17

**subdivided** [1]    27:13
**subdivision** [1]    27:16
**subject** [3] 21:10   116:7
   123:19
**submitted** [1]    5:17
**Subscribed** [1]    142:20
**sued** [2]   39:17   40:16
   40:17
**suffered** [1]    12:13
**suggestion** [1]    81:17
**suit** [1]   40:11
**summer** [1]    9:18
   10:25   89:25
**Sunday** [1] 72:17
**Sundays** [1]    72:14
**Superior Court** [1]
   142:25
**supplemental** [1]   52:18
**support** [1]    102:23
**supposed** [1]    73:23
**survived** [1]    36:11
**suspending** [1]   139:14
**suspicion** [2]    48:19
   49:24
**swore** [1]   126:24
**sworn** [2]   141:11   142:20
**system** [1] 128:5

### -T-

**taking** [1] 76:14
**talks** [1] 78:20
**tax** [1] 87:11
**taxes** [3]   111:5   111:19
   112:12
**teaching** [3]    14:11
   14:12   14:13
**Tech** [9]   9:19   10:5
   10:12   10:14   10:15
   10:22   11:6   14:17
   24:13
**technical** [1]    29:14
**Teeny** [26] 64:4   64:11
   64:14   64:17   76:18
   79:14   80:5   80:13
   80:13   82:9   83:11
   83:14   83:23   87:4
   96:24   98:18   99:6
   116:20   129:23   130:2
   130:8   130:13   130:18
   131:14   132:5   132:19
**Teeny's** [1]    98:19
**Teledyne** [7]    30:8
   30:10   30:17   31:5
   31:9   31:24   32:2
**telephone** [1]    54:9
   59:20   70:2
**telling** [5] 43:19   43:25
   49:18   104:9   111:22
**tells** [1]   133:10
**Temporarily** [1]   108:19
**ten** [7]   54:16   54:17

| | | |
|---|---|---|
| 54:25 | 55:2 | 74:16 |
| 101:17 | 127:15 | |

**tenant** [1]   102:13
**tenants** [2] 122:11   122:15
**tentatively** [2]    70:23
   72:24
**term** [3]   40:20   66:3
   124:5
**terms** [3]   75:13   105:5
   109:10
**test** [1]   11:21
**testified** [1]    112:7
   130:2
**testify** [5]   49:7   49:11
   49:25   50:6   141:11
**testimony** [13]    5:19
   11:9   39:3   39:8
   39:9   44:21   48:8
   83:13   111:15   112:18
   133:3   141:14   142:4
**Thank you** [4]    22:7
   55:16   55:18   61:18
**Thanks** [1] 55:19
**thereabouts** [5]    17:21
   17:24   33:21   126:19
   126:20
**therefore** [1]    50:11
**thereupon** [1]    141:12
**thinking** [1]    127:22
**thinks** [1]   77:14
**third** [1]   15:12
**thought** [5]    48:8
   48:11   129:18   130:8
   131:23
**three** [13]   20:17   27:9
   27:11   27:16   28:5
   41:4   41:4   63:4
   63:8   95:24   101:13
   121:15   122:5
**through** [19]    8:15
   12:20   12:22   57:2
   57:7   61:21   66:16
   67:21   67:23   69:22
   74:18   86:24   116:18
   116:18   116:20   117:14
   128:5   129:5   130:12
**times** [6]   41:4   41:4
   96:17   98:21   99:16
   128:3
**title** [3]   100:4   118:18
   122:23
**today** [14]   5:7   5:9
   5:16   7:5   43:16
   50:24   102:15   112:18
   114:4   124:8   127:22
   138:21   139:5   139:6
**together** [5]    28:6
   73:9   74:6   131:18
   132:21
**toiletries** [2]    113:11
   113:15
**tomorrow** [2]    51:21
   51:25
**took** [10]   12:10   13:3

```
                 20:6    35:12   60:10        141:11  141:11           92:20   119:9  119:13                    -W-
                 70:8    74:20   75:13      try [1]   106:9            122:22
                 81:20   89:13              trying [7]  30:14  33:25   units [14]  27:7   27:11     Wadih [2]  132:9  132:10
top [3]  108:7   110:11                        103:23  106:15  109:16    27:14   27:15   27:16     Wait [1]  85:2
   133:24                                      114:9   125:19            27:22   28:11   28:19     waived [2]  49:13  88:16
total [1]  128:9                            turn [5]  37:4   37:7        28:22   34:14   115:6     waiver [2]  88:19  88:22
totally [4]  65:8  69:5                        70:25   87:12   87:22     121:15  121:24  127:23    Wall Street Journal [1]
   70:5    86:4                             turned [8]  18:5   19:10   university [1]  11:12           65:17
touching [1]     141:12                        36:15   36:17   37:9    University of Bridgeport    wants [5]  40:19  56:14
tour [1]  15:19                                37:14   37:21   72:4      [8]        8:12                71:16   77:2   134:5
towards [1]      71:12                      turning [1]  36:19           8:14    8:21    9:7       war [1]  96:19
town [1]  63:22                             twenty-five [1]  80:24      9:17    9:21    11:7      waste [4]  52:6   107:22
track [1]  19:11                            two [31]  12:3   12:4        138:8                        110:2
trade [2]  116:12  124:2                       19:18   19:19   21:4    unless [2]  87:20  88:4     wasting [1]      49:20
traded [1]  32:3                               21:17   26:24   27:10   untimely [2]      138:17    Wednesday [2]    139:15
train [1]  69:7                                28:11   29:13   29:14     138:18                       139:21
transaction [9]  73:8                          31:6    37:10   37:11   untrue [4]  67:6   67:7     week [1]  17:16
   75:13   78:23   89:13                       40:20   49:8    51:17     82:21   82:22             weekends [1]     72:19
   89:15   89:16   94:2                        52:3    52:14   53:23   up [26]  6:6    6:8         weeks [5]  51:2   51:17
   94:6    129:5                               56:2    60:5    74:12     14:19   16:5    18:12       52:3    52:14   65:10
transcribe [1]   41:13                         75:14   114:22  119:8     25:8    29:10   48:4      well-known [1]   131:15
   42:12   47:8    56:12                       122:5   127:25  130:17    57:17   63:7    65:13     whereby [1]      82:2
transcribed [1]  47:2                          124:13  139:5            70:19   73:11   73:14      whim [1]  108:25
transcription [1]  142:4                    two-year [1]  15:7           73:21   75:8    76:17     White [2]  5:3    63:25
transcripts [1]  39:2                       typewriting [1]  141:13      77:23   81:21   81:24     whole [7]  64:13  78:23
transfer [21]    10:11                      typographical [1]  47:5      100:4   110:3   123:16      82:23   85:4    108:5
   73:21   74:20   82:3                                                  129:16  130:25  131:3       135:16  141:11
   86:19   86:24   87:9                                                used [8]  16:6    28:12     wife [1]  13:22  20:19
   87:11   91:8    91:15                             -U-                 61:15   74:6    95:19       20:21   21:16   27:25
   93:14   93:19   93:24                                                 97:19   97:22   122:7       29:4    35:14
   98:22   118:19  119:6    U.B [2]  9:21   12:2      usually [5]  97:14   117:11   wife's [1]  19:25  21:2
   119:12  119:21  120:21   U.B. [1]  11:10             117:14  117:23  122:12     willing [3]  42:8  43:21
   122:23  135:5            U.S [9]  7:7    8:5                                      47:12
transferred [5]  8:5           13:13   13:18   13:23                             willingness [1]  70:22
   9:19    25:14   84:14       20:22   29:4    119:22           -V-              winter [1]      52:19
   93:13                       120:18                                            wit [1]  141:10
transfers [1]    89:12      U.S 1 [1]  12:15         vacant [3]  112:6   112:24   withhold [1]             112:10
translate [3]    56:9       U.S. [1]  13:21            113:2                         112:12
   56:10   56:24            ultimately [4]       19:7   vague [2]  26:8   93:19    within [6]  15:7  20:23
translating [1]  57:8          26:6    30:3    73:25   valuation [1]  115:13         52:4    53:14   83:6
translation [2]  57:2       unavailable [1]  139:7    valuations [1]  123:9          83:7
   57:10                    uncles [1]  132:7         value [17]  65:25   66:6     without [2]              98:19
transportation [2]  105:12  under [8]  16:25   41:20    105:23  106:2   106:15      103:23
   106:13                      47:10   47:11   51:20    107:2   108:4   108:4      witness [27]      42:18
travel [1]  63:2   92:24       53:15   105:19  137:13   109:17  110:17  111:6       44:17   49:7    49:24
treasurer [3]    29:19      understand [22]      17:4    112:8   112:19  122:17      50:5    55:22   56:16
   29:20   29:22               22:4    26:10   43:2     123:15  125:20  134:13      56:20   57:6    57:20
trends [2]  123:11  123:11     46:11   47:19   58:12   values [1]  123:6             57:23   58:3    82:19
trial [5]  16:13   44:13       58:21   67:13   89:9    versus [1]  109:20            100:17  102:20  102:22
   44:22   46:24   53:6        93:20   93:22   96:7    Vice-president [2]  29:24     104:7   105:25  106:5
tried [1]  126:2               102:24  106:10  106:23   29:25                        111:7   115:11  129:6
trip [3]  90:14   92:22        115:19  116:3   116:14  Violett [4]  24:25   77:20    140:14  140:16  141:10
   132:16                      117:13  119:19  123:3    78:5    78:8                 141:14  141:19
trips [1]  93:7    93:10    undeveloped [1]  115:22   virtue [1]  34:8             witnessed [1]    91:24
truck [1]  12:15            uniform [1]  122:4        visa [2]  20:19   20:24      woman [1]  90:3   92:13
true [1]  52:16    67:4     unit [7]  27:12   28:12   visit [11]  13:4   68:10     word [2]  76:12  76:13
   67:7    67:8    67:10       28:13   28:16   108:4    68:16   68:22   68:22      words [5]  41:13  42:13
   82:15   82:23   88:5        124:8   124:13          68:23   68:24   72:19         81:12   81:18   133:23
   126:14  133:12  141:14   United States [23]  6:12    74:3    132:23  132:24    worked [2]  28:17  35:11
Trumbull [1]     141:4         6:15    6:18    7:3     visited [8]  64:8   68:8    works [1]  102:15
Trust [1]  61:16               8:7     8:24    9:4      72:14   72:17   74:18      worth [14]  36:21  36:25
truth [4]  126:25  141:11      19:14   29:3    64:6     78:4    132:6   133:11       60:3    60:5    65:19
                               64:8    85:9    89:19   visiting [1]  78:10
                               89:20   89:22   90:2    volunteered [1]  14:19
                               90:6    91:10   91:12   VP [1]  29:18
```

GEORGE J. BAGHDADY vs.
SAMI J. BAGHDADY, ET AL
Multi-Page™
Document 16-2    Filed 11/29/2004
write - Zaid
SAMI J. BAGHDADY - SESSION I

| | | |
|---|---|---|
| 66:8 | 66:13 | 66:15 |
| 76:23 | 76:24 | 77:22 |
| 78:6 | 78:8 | 139:6 |

**write [16]** 41:3  41:6
| 41:16 | 41:17 | 42:12 |
| 42:24 | 48:10 | 48:14 |
| 52:9 | 54:16 | 55:9 |
| 55:20 | 57:9 | 57:13 |
| 79:21 | 83:18 | |

**writes [2]** 42:3  47:3

**writing [8]** 43:3  44:5
| 44:11 | 50:15 | 56:16 |
| 58:5 | 77:7 | 122:21 |

**written [10]** 42:4
| 43:17 | 47:24 | 48:9 |
| 48:17 | 50:2 | 50:7 |
| 55:4 | 127:4 | 133:23 |

**wrong [12]** 65:8  69:4
| 69:5 | 77:5 | 77:5 |
| 86:4 | 86:17 | 90:4 |
| 130:9 | 130:10 | 133:13 |
| 134:16 | | |

**wrote [13]** 42:21  42:25
| 44:17 | 47:15 | 47:17 |
| 47:18 | 47:22 | 48:25 |
| 49:11 | 49:25 | 133:17 |
| 133:20 | 134:10 | |

### -Y-

**year [18]** 6:2  7:21
| 8:3 | 8:20 | 10:9 |
| 10:21 | 12:22 | 14:13 |
| 21:12 | 24:2 | 35:15 |
| 47:24 | 58:18 | 65:2 |
| 89:23 | 95:10 | 95:12 |
| 105:17 | | |

**yearly [1]** 102:18

**years [11]** 12:3  12:4
| 19:18 | 19:19 | 21:5 |
| 26:24 | 31:6 | 74:16 |
| 96:18 | 111:4 | 127:15 |

**yesterday [1]** 5:18

**yet [2]** 39:4  39:11

**yourself [6]** 82:14
| 82:18 | 116:17 | 117:19 |
| 120:17 | 135:4 | |

### -Z-

**Zahleh [17]** 6:9
| 21:6 | 21:7 | 38:5 |
| 38:6 | 66:8 | 71:8 |
| 78:25 | 94:14 | 97:21 |
| 99:13 | 114:24 | 116:20 |
| 121:12 | 124:8 | 126:9 |
| 131:15 | | |

**Zaid [6]** 82:6  82:9
| 84:20 | 87:11 | 130:11 |
| 130:20 | | |