UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-11683 NG

| | | |
|---|---|---|
| SAMI J. BAGHDADY, | ) | Michael P. Angelini |
| Plaintiff, | ) | BBO#019340 |
| | ) | |
| v. | ) | |
| | ) | |
| GEORGE J. BAGHDADY, | ) | |
| GEORGE J. BAGHDADY and GEORGE J. | ) | |
| BAGHDADY, JR., as Trustees of the Sylvia M. | ) | |
| Baghdady Qualified Personal Residence Trust, | ) | |
| SYLVIA M. BAGHDADY and GEORGE J. | ) | |
| BAGHDADY, JR., as Trustees of the George J. | ) | |
| Baghdady Qualified Personal Residence Trust, | ) | |
| And THE BAGHDADY FAMILY LIMITED | ) | |
| PARTNERSHIP, | ) | |
| Defendants. | ) | |

## CERTIFICATION PURSUANT TO LOCAL RULE 7.1

Pursuant to Local Rule 7.1(A)(2), I, Kimberly A. Stone, counsel for Sami J. Baghdady in the above captioned matter, hereby certify that on January 3, 2005, I contacted Caryn L. Daum, Esquire, counsel for Defendants, by telephone in an attempt in good faith to resolve the issues which are the subject of the Motion for Leave to File Post-Hearing Submission in Further Opposition to Defendants' Motion to Dismiss or to Transfer Venue. The issues were not resolved.

SAMI J. BAGHDADY,

By his attorneys,

Michael P. Angelini (BBO#019340)
Kimberly A. Stone (BBO#630952)
Bowditch & Dewey, LLP
311 Main Street
P.O. Box 15156
Worcester, MA 01615-0156
Tel: (508) 926-3435
Fax: (508) 929-3033

Dated: January 3, 2005

{J:\CLIENTS\lit\023184\0101\00496703.DOC;1}

## CERTIFICATE OF SERVICE

I, Kimberly A. Stone, hereby certify that I have served a copy of the foregoing by mailing same postage prepaid this 3rd day of January, 2005 to the following:

James A. Wade, Esquire
John W. Steinmetz, Esquire
Caryn L.Daum, Esquire
Robinson & Cole, LLP
One Boston Place
Boston, MA 02108

_____
Kimberly A. Stone