UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-11683 NG

| | | |
|---|---|---|
| SAMI J. BAGHDADY, | ) | Michael P. Angelini |
| Plaintiff, | ) | BBO# 019340 |
| | ) | |
| v. | ) | |
| | ) | |
| GEORGE J. BAGHDADY, | ) | |
| GEORGE J. BAGHDADY and GEORGE J. | ) | |
| BAGHDADY, JR., as Trustees of the Sylvia M. | ) | |
| Baghdady Qualified Personal Residence Trust, | ) | |
| SYLVIA M. BAGHDADY and GEORGE J. | ) | |
| BAGHDADY, JR., as Trustees of the George J. | ) | |
| Baghdady Qualified Personal Residence Trust, | ) | |
| And THE BAGHDADY FAMILY LIMITED | ) | |
| PARTNERSHIP, | ) | |
| Defendants. | ) | |

**ASSENTED TO - MOTION TO EXTEND DEADLINE FOR FILING OBJECTIONS TO
MAGISTRATE'S REPORT AND RECOMMENDATION**

Sami J. Baghdady ("Sami Baghdady") hereby respectfully requests an extension of fourteen (14) days in which to file Objections to Magistrate's Report and Recommendation. This additional time is needed to allow the parties sufficient time in which to continue discussions which may resolve this dispute.

No party will be prejudiced by the allowance of this additional time as all parties assent to this Motion.

**SAMI J. BAGHDADY,**

By his attorneys,


/s/ Kimberly A. Stone
Michael P. Angelini (BBO# 019340)
Kimberly A. Stone (BBO# 630952)
Bowditch & Dewey, LLP
311 Main Street
P.O. Box 15156
Worcester, MA 01615-0156
Tel: (508) 926-3435
Fax: (508) 929-3033


Dated:   May 3, 2005

<u>**CERTIFICATE OF SERVICE**</u>

I, Kimberly A. Stone, hereby certify that I have served a copy of the foregoing by mailing same, postage prepaid, this 3rd day of May, 2005 to the following:

> James A. Wade, Esquire
> John W. Steinmetz, Esquire
> Caryn L. Daum, Esquire
> Robinson & Cole, LLP
> One Boston Place
> Boston, MA  02108


> <u>/s/ Kimberly A. Stone</u>
> Kimberly A. Stone