UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-11683 NG

| | | |
|---|---|---|
| SAMI J. BAGHDADY, | ) | Michael P. Angelini |
|     Plaintiff, | ) | BBO# 019340 |
| | ) | |
| v. | ) | |
| | ) | |
| GEORGE J. BAGHDADY, | ) | |
| GEORGE J. BAGHDADY and GEORGE J. | ) | |
| BAGHDADY, JR., as Trustees of the Sylvia M. | ) | |
| Baghdady Qualified Personal Residence Trust, | ) | |
| SYLVIA M. BAGHDADY and GEORGE J. | ) | |
| BAGHDADY, JR., as Trustees of the George J. | ) | |
| Baghdady Qualified Personal Residence Trust, | ) | |
| And THE BAGHDADY FAMILY LIMITED | ) | |
| PARTNERSHIP, | ) | |
|     Defendants. | ) | |

## JOINT MOTION TO STAY ACTION

Plaintiff Sami J. Baghdady ("Sami Baghdady") and Defendants George J. Baghdady, et al. ("George Baghdady"), hereby respectfully request a stay on this Action for a period of sixty (60) days. This additional time is needed to allow the parties sufficient time in which to continue discussions which may resolve this dispute.

No party will be prejudiced by the allowance of this additional time as all parties request the stay.

{J:\CLIENTS\lit\023184\0101\00543973.DOC;1}

| | |
|---|---|
| **SAMI J. BAGHDADY,** | **GEORGE J. BAGHDADY and GEORGE J. BAGHDADY, JR., as Trustees of the Sylvia M. Baghdady Qualified Personal Residence Trust, SYLVIA M. BAGHDADY and GEORGE J. BAGHDADY, JR., as Trustees of the George J. Baghdady Qualified Personal Residence Trust, And THE BAGHDADY FAMILY LIMITED PARTNERSHIP,** |
| By his attorneys, | By their attorneys, |
| /s/ Kimberly A. Stone<br>Michael P. Angelini (BBO# 019340)<br>Kimberly A. Stone (BBO# 630952)<br>Bowditch & Dewey, LLP<br>311 Main Street<br>P.O. Box 15156<br>Worcester, MA 01615-0156<br>Tel: (508) 926-3435<br>Fax: (508) 929-3033 | /s/ Caryn L. Daum<br>James A. Wade, *Pro Hac Vice*<br>John W. Steinmetz (BBO# 568108)<br>Caryn L. Daum (BBO# 647001)<br>Robinson & Cole, LLP<br>One Boston Place<br>Boston, MA  02108<br>(617) 557-5900 |

Dated:   May 23, 2005

## **CERTIFICATE OF SERVICE**

    I, Kimberly A. Stone, hereby certify that I have served a copy of the foregoing by mailing same, postage prepaid, this 23rd day of May, 2005 to the following:

                                          James A. Wade, Esquire
                                          John W. Steinmetz, Esquire
                                          Caryn L. Daum, Esquire
                                          Robinson & Cole, LLP
                                          One Boston Place
                                          Boston, MA  02108


                                          /s/ Kimberly A. Stone
                                          Kimberly A. Stone