UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| SAMI J. BAGHDADY, | ) ) ) | |
| Plaintiff, | ) ) ) | |
| vs. | ) ) ) | |
| GEORGE J. BAGHDADY; GEORGE J. BAGHDADY and GEORGE J. BAGHDADY, JR., as Trustees of the Sylvia M. Baghdady Qualified Personal Residence Trust; SYLVIA M. BAGHDADY and GEORGE J. BAGHDADY, JR., as Trustees of the George J. Baghdady Qualified Personal Residence Trust; and THE BAGHDADY FAMILY LIMITED PARTNERSHIP, | ) ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. 04-11683 NG |
| Defendants. | ) ) | |

**DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME
TO FILE RESPONSE TO PLAINTIFF'S PARTIAL
OBJECTION TO MAGISTRATE'S REPORT AND RECOMMENDATION**

In accordance with Judge Nancy Gertner's electronic order dated July 27, 2005, Defendants, George J. Baghdady; George J. Baghdady and George J. Baghdady, Jr., as Trustees of the Sylvia M. Baghdady Qualified Personal Residence Trust; Sylvia M. Baghdady and George J. Baghdady, Jr., as Trustees of the George J. Baghdady Qualified Personal Residence Trust; and The Baghdady Family Limited Partnership (collectively referred to as the "Defendants") hereby move for an extension of time to file *Defendants' Response to Plaintiff's Partial Objection to Magistrate's Report and Recommendation*. In support of this motion, the Defendants state as follows.

BOST1-864059-1

On or about December 17, 2004, the parties appeared before Magistrate Judge Bowler for a hearing on the Defendants' Motion to Dismiss. On or about April 20, 2005, Magistrate Judge Bowler issued her *Report and Recommendation Re: Defendants' Motion to Dismiss or to Transfer Venue If Action Is Not Dismissed in its Entirety* (hereinafter referred to as the "Report"). In Footnote 23 on page 40 of the Report, Magistrate Judge Bowler provided instructions to the parties concerning the filing of any response to any party's Objection. Footnote 23 provides that **"Any party may respond to another party's objections within ten days after service of the objections."**

Following the issuance of the Report, the parties jointly move to stay the case for sixty (60) days. On May 24, 2005, this Court allowed the parties' motion to stay. The stay expired on July 23, 2005.

On or about July 21, 2005, Defendants' were served with *Plaintiff's Partial Objection to Magistrate's Report and Recommendation*. As such, in accordance with Magistrate Judge Bowler's April 20, 2005 order, the Defendants have until August 1, 2005 to file any Response to the Plaintiff's Partial Objection. The Defendants intend on filing their Response by the end of the business day on August 1, 2005.

Defendants' counsel conferred with Plaintiff's counsel on July 28, 2005. Plaintiff's counsel indicated that her client would not assent to the motion, but would not be opposing the motion either. (See Affidavit of Caryn L. Daum, attached hereto as *Exhibit A*).

WHEREFORE, in light of Judge Gertner's July 27, 2005 Order and in accordance with Magistrate Judge Bowler's April 20, 2005 Order, the Defendants' respectfully request an extension of time until August 1, 2005 to file their *Response to Plaintiff's Partial Objection to Magistrate's Report and Recommendation*.

                                        **DEFENDANTS,**
By their attorneys,

/s/ Caryn L. Daum
James A. Wade, *Pro Hac Vice*
John W. Steinmetz (BBO# 568108)
Caryn L. Daum (BBO# 647001)
ROBINSON & COLE, LLP
One Boston Place
Boston, MA 02108
(617) 557-5900

Dated: July 28, 2005

### CERTIFICATE OF SERVICE

I, Caryn L. Daum, hereby certify that a true and accurate copy of the foregoing document was served by first-class mail, postage prepaid, on this 28th day of July, 2005, upon:

        Michael P. Angelini, Esq.
        Kimberly A. Stone, Esq.
        Bowditch & Dewey, LLP
        311 Main Street
        Worcester, MA 01615

                                        /s/ Caryn L. Daum
                                        Caryn L. Daum