# EXHIBIT A

BOST1-864067-1

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SAMI J. BAGHDADY,<br><br>        Plaintiff,<br><br>vs.<br><br>GEORGE J. BAGHDADY;<br>GEORGE J. BAGHDADY and GEORGE J.<br>BAGHDADY, JR., as Trustees of the Sylvia M.<br>Baghdady Qualified Personal Residence Trust;<br>SYLVIA M. BAGHDADY and GEORGE J.<br>BAGHDADY, JR., as Trustees of the George J.<br>Baghdady Qualified Personal Residence Trust;<br>and THE BAGHDADY FAMILY LIMITED<br>PARTNERSHIP,<br><br>        Defendants. | Civil Action No. 04-11683 NG |

**AFFIDAVIT OF CARYN L. DAUM IN SUPPORT OF DEFENDANTS'
MOTION TO EXTEND TIME FOR FILING A RESPONSE TO PLAINTIFF'S
PARTIAL OBJECTION TO MAGISTRATE'S REPORT AND RECOMMENDATION**

I, Caryn L. Daum, hereby depose and state as follows:

1. I am an attorney in the law firm of Robinson & Cole LLP. I am counsel of record for all named Defendants in this action.

2. On July 28, 2005, I spoke with Plaintiff's counsel, Kimberly A. Stone, via telephone. Attorney Stone informed me that her client would not assent to the within Motion, but also indicated that her client would not be opposing the Motion.

Signed under the penalties of perjury this 28th day of July, 2005.

/s/ Caryn L. Daum
Caryn L. Daum

Case 1:04-cv-11683-NG    Document 24-2    Filed 07/28/2005    Page 3 of 3