UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| SAMI J. BAGHDADY,<br><br>    Plaintiff,<br><br>vs.<br><br>GEORGE J. BAGHDADY;<br>GEORGE J. BAGHDADY and GEORGE J. BAGHDADY, JR., as Trustees of the Sylvia M. Baghdady Qualified Personal Residence Trust;<br>SYLVIA M. BAGHDADY and GEORGE J. BAGHDADY, JR., as Trustees of the George J. Baghdady Qualified Personal Residence Trust; and THE BAGHDADY FAMILY LIMITED PARTNERSHIP,<br><br>    Defendants. | Civil Action No. 04-11683 NG |

## LOCAL RULE 7.1 (A) (2) CERTIFICATION

  I, Caryn L. Daum, counsel for the Defendants, hereby certify that counsel for the defendants conferred with counsel for the plaintiff, Kimberly A. Stone, on July 28, 2005 in a good faith effort to resolve and narrow the matters at issue concerning the *Defendants' Motion to Extend Time to File a Response to Plaintiff's Partial Objection to Magistrate's Report and Recommendation*.  Attorney Stone indicated that her client would not assent to the Motion, but also indicated that he would not oppose the Motion either.

                          DEFENDANTS,
                          By their attorneys,

                          /s/ Caryn L. Daum_____
                          James A. Wade, *Pro Hac Vice*
                          John W. Steinmetz, (BBO# 568108)
                          Caryn L. Daum, (BBO# 647001)
                          ROBINSON & COLE, LLP
                          One Boston Place
                          Boston, MA 02108
                          (617) 557-5900

Dated: July 28, 2005


## CERTIFICATE OF SERVICE

I, Caryn L. Daum, hereby certify that a true and accurate copy of the foregoing document was served by first-class mail, postage prepaid, on this 28th day of July, 2005, upon:

        Michael P. Angelini, Esq.
        Kimberly A. Stone, Esq.
        Bowditch & Dewey, LLP
        311 Main Street
        Worcester, MA 01615

                          /s/ Caryn L. Daum_____
                          Caryn L. Daum