UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SAMI J. BAGHDADY,<br>      Plaintiff,<br><br>vs.<br><br>GEORGE J. BAGHDADY;<br>GEORGE J. BAGHDADY and GEORGE J.<br>BAGHDADY, JR., as Trustees of the Sylvia M.<br>Baghdady Qualified Personal Residence Trust;<br>SYLVIA M. BAGHDADY and GEORGE J.<br>BAGHDADY, JR., as Trustees of the George J.<br>Baghdady Qualified Personal Residence Trust;<br>and THE BAGHDADY FAMILY LIMITED<br>PARTNERSHIP,<br>      Defendants. | Civil Action No. 04-11683 NG |

**STIPULATION REGARDING EXTENSION OF TIME FOR DEFENDANTS TO ANSWER OR OTHERWISE RESPOND THE PLAINTIFF'S COMPLAINT**

On or about August 29, 2005, this Court ordered that this case be transferred to the United States District Court for the District of Connecticut. The parties, by their counsel, jointly stipulate to extend the time for Defendants to answer or otherwise respond to the Plaintiff's Complaint until October 7, 2005, pending transfer of this matter to the United States District Court for the District of Connecticut.

| | |
|---|---|
| PLAINTIFF,<br>By his attorney, | DEFENDANTS,<br>By their attorneys, |
| /s/ Kimberly A. Stone<br>Kimberly A. Stone, (BBO# 630952)<br>BOWDITCH & DEWEY, LLP<br>311 Main Street<br>P.O. Box 15156<br>Worcester, MA 01615-0156<br>(508) 926-3435 | /s/ Caryn L. Daum<br>John W. Steinmetz, (BBO# 568108)<br>Caryn L. Daum, (BBO# 647001)<br>ROBINSON & COLE, LLP<br>One Boston Place<br>Boston, MA 02108<br>(617) 557-5900 |

Dated: September 7, 2005

BOST1-867030-2

APPROVED:

_____
Honorable _____
United States District Court Judge

Dated: _____