UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SAMI J. BAGHDADY )<br>    Plaintiff, )<br> )<br>    v. )<br> )<br>GEORGE J. BAGHDADY; )<br>GEORGE J. BAGHDADY and GEORGE J. )<br>BAGHDADY, JR., as Trustees of the )<br>Sylvia M. Baghdady Qualified )<br>Personal Residence Trust; and )<br>THE BAGHDADY FAMILY LIMITED )<br>PARTNERSHIP, )<br>    Defendants. ) | C.A. No. 04-11683-NG |

GERTNER, D.J.:

### ORDER OF TRANSFER

Defendants move to transfer the above-captioned case to the United States District Court for the District of Connecticut. Because the property at issue and all of the defendants are located in Connecticut, a transfer of venue is authorized under 28 U.S.C. § 1404(a). Accordingly, I hereby **GRANT** defendants' motion and **TRANSFER** this case to the United States District Court for the District of Connecticut.

**SO ORDERED.**

**Dated:   September 19, 2005**        /s/ NANCY GERTNER, U.S.D.J.